**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED

2005 JUL 13 P 4:57

| | | |
|---|---|---|
| THE STATE OF ALABAMA<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., ET AL.<br><br>Defendants. | ) | CASE NO. 2:05cv647-M<br><br>**NOTICE OF REMOVAL**<br><br>(Federal Question) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 *et seq.*, defendants hereby notice removal of this civil action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama. This Court has removal jurisdiction because this is a civil action "of which the district courts have original jurisdiction" and an action "founded on a claim or right arising under . . . the laws of the United States." 28 U.S.C. § 1441(a) - (b); *see* 28 U.S.C. § 1331. In particular, federal question jurisdiction exists because the State of Alabama's claim to recover Medicare Part B co-payments raises a substantial federal question in that it requires the resolution of issues of federal law relating to the federal Medicare program. *See Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363 (June 13, 2005); *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 9, 28 (1983); *cf State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

This removal is one of several simultaneous removals of substantially identical cases brought by attorneys general in various state courts for the purpose of consolidating them with substantially identical claims being litigated in a federal multi-district litigation pending in Boston under the caption In re Pharmaceutical Industry Average Wholesale Price Litigation.

In further support of this Notice, defendants state:

1. On or about January 26, 2005, the State of Alabama filed the civil action captioned *State of Alabama v. Abbott Laboratories, Inc., et al.*, CV-05-219, in the Circuit Court of Montgomery, Alabama. On or about April 13th, 2005, the State of Alabama filed an amended complaint in the above-captioned action in the Circuit Court of Montgomery, Alabama (the "Complaint").

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1, attached hereto as Exhibit A is a true and correct copy of all records and proceedings from the state court.

3. Pursuant to 28 U.S.C. § 1446(d), defendants shall file a copy of this Notice of Removal with the Clerk of the Circuit Court of Montgomery, Alabama, and serve plaintiff and all other parties with this Notice of Removal promptly after the filing of this Notice.

## I. THE STATE OF ALABAMA ACTION

4. This case is virtually identical to numerous cases that have been transferred from district courts throughout the country and consolidated in a Multidistrict Litigation ("MDL") proceeding, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (the "AWP MDL"), which is currently pending before the Honorable Patti B. Saris in the United States District Court for the District of Massachusetts.

5. Like this case, many of the cases now pending in the AWP MDL were originally filed in state courts before removal to federal court. The AWP MDL currently includes similar actions brought by the States of Montana and Nevada. To preserve judicial resources and avoid potentially inconsistent rulings, almost all of the removed cases were initially stayed pending transfer by the Judicial Panel on Multidistrict Litigation to the AWP MDL.[1] Defendants shall similarly seek a stay of proceedings in this action pending transfer by the Judicial Panel on Multidistrict Litigation.

6. The Complaint alleges claims against dozens of pharmaceutical manufacturers. It alleges that each defendant drug manufacturer caused the State of Alabama's Medicaid program to overpay for that company's pharmaceutical products by reporting inflated average wholesale price ("AWP") and other pricing information, which serves as the basis for Alabama's Medicaid reimbursement rates for prescription drugs. Cplt. ¶¶ 107-119.

---

[1] Specifically, the courts issued stays in the following twelve average wholesale price ("AWP") actions: (i) *Geller v. Abbott Labs., Inc. et al.*, Case No. CV 02-00553 DDP (C.D. Cal. Mar. 22, 2002) (Pregerson J.) ("The Court finds that all factors, including the jurisdictional issues presented and the potentially expansive nature of this litigation, favor granting the stay"); (ii) *Montana v. Abbott Labs., Inc. et al.*, Case No. CV 02-09-H-DWM (D. Mont. June 21, 2002) (Molloy J.) ("In this case, the benefit of judicial economy and consistency among pretrial rulings outweighs any prejudice plaintiff may suffer as a result of a stay."); (iii) *Nevada v. Abbott Labs., Inc. et al.*, Case No. CV-N-02-80-ECR (D. Nev. Jul. 26, 2002) (Reed J.); (iv) *Nevada v. American Home Prods., Inc.*, No. CV-N-02-202-ECR (D. Nev. Jul. 26, 2002) (Reed J.); (v) *Thompson v. Abbott Labs. Inc. et al.*, Case No. CGC-02-411813 (N.D. Cal. Sept. 30, 2002) (Wilken J.); (vi) *Rice v. Abbott Labs., Inc. et al.*, Case No. C 02-3925 (N.D. Cal. Nov. 26, 2002) (Jenkins J.); (vii) *Virag v. Allergan, Inc. et al.*, Case No. 02-8417 RSWL (C.D. Cal. Jan. 7, 2003) (Lew J.); (viii) *Turner v. Abbott Labs., et al.*, Case No. 02-CV-05006 (N.D. Cal. Mar. 3, 2003) (Jenkins J.) (order granting stipulation by parties regarding stay of all proceedings); (ix) *Digel v. Abbott Labs., Inc. et al.*, Case No. 03-2109 (W.D. Tenn. Mar. 10, 2003); (x) *Swanston v. TAP Pharm. Prod. Inc., et al.*, Case No. 03-CV-62 (D. Ariz. May 16, 2003); (xi) *Int'l Union of Operating Eng'rs Local No. 68 Welfare Fund v. AstraZeneca PLC*, 03 CV 03230 (D.N.J. July 23, 2003); and (xii) *County of Erie v. Abbott Labs.*, 05-CV-0259E (SC) (W.D.N.Y. June 1, 2005).

7. In particular, the Complaint alleges that for Alabama Medicaid beneficiaries who are also qualified to receive federal Medicare benefits, Alabama Medicaid pays the Medicare beneficiaries' 20% co-payment under Medicare Part B, which until recently was based on AWP. Cplt. ¶ 109-10; *see also* 42 U.S.C. § 1395l(a); 1395u(o). The State alleges that by reporting allegedly inflated AWP pricing information, defendants have caused the Alabama Medicaid program to make inflated Medicare Part B co-payments. Cplt. ¶ 3. The State seeks to recover the amounts allegedly overpaid for these Medicare Part B co-payments. *Id.*

8. Plaintiff asserts claims for fraudulent misrepresentation, fraudulent suppression, wantonness, and unjust enrichment and seeks various legal and equitable remedies.

## II. REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

9. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because it arises under the laws of the United States. Specifically, federal question jurisdiction exists because the State of Alabama's claim to recover Medicare Part B co-payments raises a substantial federal question in that it requires the resolution of issues of federal law relating to the federal Medicare program, namely the meaning of AWP in the federal Medicare statute and regulations. *See Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363, 2368 (June 13, 2005) (removal jurisdiction exists where the meaning of a federal statute is an essential element of a state law claim); *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 9, 28 (1983); *cf State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

10. The state law claim asserted by the State relating to Medicare Part B co-payments necessarily depends on an interpretation of the federal statute and regulations

governing Medicare Part B reimbursement, which until recently pegged such reimbursement (and the corresponding 20% co-payment) to a drug's AWP. Indeed, as Judge Saris has already ruled, a plaintiff in an AWP action cannot recover on its state law claims relating to Medicare Part B co-payments unless it proves its fundamental assertion that the AWP was "inflated" as the term AWP has been interpreted under the federal Medicare reimbursement statute and regulations. *See State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003) (holding that an essential element of the State of Minnesota's claims relating to Medicare Part B co-payments "is proof of a discrepancy between the AWPs reported by [defendant] and the meaning of AWP under the Medicare statute.").

11. This Court has supplemental jurisdiction over all of plaintiff's non-federal claims pursuant to 28 U.S.C. § 1367.

## III. REMOVAL IS TIMELY

12. When originally filed, this action was not removable because Judge Saris, presiding over the AWP MDL, had ruled in an earlier attempt to remove other AWP actions brought by states that under *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808 (1986), state law claims relating to Medicare Part B co-payments were not removable because there is no private cause of action under the federal Medicare statute, notwithstanding the fact that she found that interpretation of the federal Medicare statute was an essential element of those claims. *See State of Montana*, 266 F. Supp. 2d at 256-57 (copy attached hereto as Exhibit B). Defendants thus could not remove this case in good faith because it would have been transferred to Judge Saris who had already made clear her opinion on the federal question issue.

13. In *Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363, (June 13, 2005)(copy attached hereto as Exhibit C), however, the Supreme Court ruled directly to the contrary, holding that state law claims that raise a substantial federal question are removable to federal court regardless of whether the particular federal statute involved has a private right of action. *Grable* made clear that Judge Saris's previous removal decision in the *State of Montana* action had been incorrect. Thus, the Supreme Court's decision in *Grable* rendered this case removable where it had previously been non-removable.

14. Pursuant to the second paragraph of 28 U.S.C. § 1446(b), this removal is therefore timely because it is filed within thirty days of receipt by defendants of the United States Supreme Court's decision in *Grable*, which constitutes an "other paper from which it may first be ascertained" that this case is removable. *See Smith v. Burroughs Corp., et al.*, 670 F. Supp 740, 741 (E.D. Mich. 1987) (removal petition timely where defendants filed notice of removal within thirty days of Supreme Court decision rendering claim removable); *see also Davis v. Time Insurance Co.*, 698 F. Supp. 1317, 1321-22 (S.D. Miss. 1988); *but see Holiday v. Travelers Ins. Co.*, 666 F. Supp. 1286, 1289 (W.D. Ark. 1987). [2]

15. Simultaneous with the removal of the Alabama action, defendants are removing to federal court several other AWP actions brought by other states. The basis for removal of those actions is the same as that for this case. The interest of judicial efficiency would best be served by having Judge Saris, who has been dealing with AWP issues for over

---

[2] In addition, to the extent there are defendants who have consented to removal that have not yet been served (as noted in signature blocks), there is an alternate basis as to why the removal is timely, because the "30 day" clock has not yet started to run for such defendant(s).

three years, decide any potential remand motions in these cases. Moreover, Judge Saris is exceptionally well-suited to decide any motion to remand because, as discussed above, Judge Saris is familiar with the precise federal question issue that is raised in this case. Finally, allowing Judge Saris to determine this jurisdictional issue in all of the removed AWP cases will avoid the substantial risk of inconsistent rulings.

## IV. CONSENT TO REMOVAL

16. All served defendants consent to and have joined in this Notice of Removal.

17. No defendant waives any defense to the Complaint, including but not limited to lack of service, improper service or lack of personal jurisdiction.

## V. TRANSFER TO THE AWP MDL

18. As discussed above, this action is substantially identical to dozens of cases that have been transferred from district courts throughout the country and consolidated in the AWP MDL. Once this action is removed to federal court, defendants will notify the Judicial Panel on Multidistrict Litigation that this action is closely related to those pending before Judge Saris in the AWP MDL and thus should be treated as a "tag-along action" within the meaning of the Rules of the Judicial Panel on Multidistrict Litigation.

**WHEREFORE**, defendants notice the removal of this case to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. §§ 1331 & 1441 *et seq.*

Betsy P. Collins (COL055)
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**Attorneys for Abbott Laboratories and TAP Pharmaceuticals**

Of Counsel:
Daniel E. Reidy
James R. Daly
Toni-Ann Citera
J. Ryan Mitchell
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Edward S. Sledge, III (SLEDE7917)
Archibald T. Reeves, IV (REEVA2720)
McDowell Knight Roedder & Sledge, L.L.C.
Suite 900, Riverview Plaza
63 South Royal (36602)
Post Office Box 350
Mobile, AL 36601

**Attorneys for Defendant**
**Alcon Laboratories, Inc.**

Of Counsel:

Richard D. Raskin
Michael P. Doss
SIDLEY AUSTIN BROWN & WOOD LLP
10 S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036

F. M. Haston, III (HAS012)
BRADLEY ARANT ROSE & WHITE
One Federal Place
1819 Fifth Ave. North
Birmingham, AL 35203-2104
Telephone: (205) 521-8303
Facsimile: (205) 488-6303

**Attorney for Defendant Allergan, Inc.**

Steven F. Casey
Bar No.: ASB-3548-E67S
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com

John R. Fleder
*Admitted Pro Hac Vice*
HYMAN, PHELPS & McNAMARA, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 737-4580
Facsimile: (202) 737-9329
Email: jrf@hpm.com

Donald R. Jones, Jr.
Bar No.: ASB-8900-O67D
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334) 277-3772
Email: don@djoneslaw.com

***Attorneys for Defendants,***
***Alpharma, Inc. and Purepac Pharmaceutical Co.***

Dated: July 12, 2005

Anthony A. Joseph
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9447
Facsimile: (205) 458-9500

Attorneys for Amgen Inc.

OF COUNSEL:

Steven F. Barley
Joseph H. Young
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Baltimore, Maryland 21202
Telephone: (410) 659-2700
Facsimile: (410) 539-6981

Dated: July 13, 2005

James H. Anderson (AND021)
BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P.C.
250 Commerce Street, Suite 100
P.O. Box 1988
Montgomery, Alabama 36102
Telephone: (334) 834-5311
Facsimile: (334) 834-5362

Attorneys for Defendants

**ANDRX CORPORATION AND ANDRX PHARMACEUTICALS, INC.**

Of Counsel:

Robert J. Muldoon, Jr.
James W. Matthews
Katy E. Koski
Courtney A. Clark
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 646-2000
Facsimile: (617) 646-2222

Thomas W. Christian (CHR004)
Sharon D. Stuart (DON015)
CHRISTIAN & SMALL LLP
505 North 20th Street
Birmingham, AL 32503
(205) 795-6588
(205) 328-7234 Facsimile

OF COUNSEL:
D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Carlos M. Pelayo
DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

**Attorneys for Defendants**
**AstraZeneca Pharmaceuticals LP**
**and AstraZeneca LP**

Richard H. Gill (GIL007)
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 6101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

**Attorneys for Defendant**
**Aventis Pharmaceuticals, Inc.**

Of Counsel:
Carlos Provencio
Shook Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

Michael Koon
Joseph Matye
Nicola Heskett
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

/s/ Richard H. Gill
Richard H. Gill (GIL007)
C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

**Attorneys for Defendant**
**ZLB Behring LLC, formerly known as**
**Aventis Behring LLC**

Of Counsel:
William D. Nussbaum
Jonathan T. Rees
Gregory M. Petouvis
Hogan and Hartson L.L.P.
555 13th Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Bruce F. Rogers (ROG010)
Bainbridge, Mims, Rogers & Smith, LLP
Post Office Box 530886
Birmingham, Alabama 35253

**Attorneys for Barr Laboratories, Inc.**

Of Counsel:
Edwin John U
Karen Walker
Barak Cohen
Kirkland & Ellis, LLP
655 15 Street, NW, Suite 1200
Washington, D.C. 20005

Respectfully submitted,

[signature]

J. Rushton McClees (Bar # MCC055)
Sirote Permutt L.C.
2311 Highland Ave. South
Birmingham, Alabama 35205
Telephone: (205) 930-5100
Facsimile: (205) 930-5101

Attorneys for Defendants Baxter International Inc. and Baxter Healthcare Corporation

Of counsel:

Merle M. DeLancey, Jr.
Jason D. Wallach
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L St., N.W.
Washington, DC 20037
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Of Counsel:

Richard D. Raskin
Michael Doss
SIDLEY AUSTIN BROWN & WOOD LLP
10 S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036

F.M. Haston, III (HAS012)
BRADLEY ARANT ROSE & WHITE
One Federal Place
1819 Fifth Ave. North
Birmingham, AL 35203-2104
Telephone: (205) 521-8303
Facsimile: (205) 488-6303

**Attorney for Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation, and Bayer Healthcare, LLC**

F. M. Haston, III (HAS012)
BRADLEY ARANT ROSE & WHITE
One Federal Place
1819 Fifth Ave. North
Birmingham, AL 35203-2104
Telephone: (205) 521-8303
Facsimile: (205) 488-6303

**Attorney for Biovail Pharmaceuticals, Inc.**

OF COUNSEL:

**PAUL T. COVAL**
**ALEXANDRA T. SCHIMMER**
Vorys, Sater, Seymour &
Pease LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

**SANDY G. ROBINSON - ROBIS5756**
**JARROD J. WHITE - WHITJ1010**
Cabaniss, Johnston, Gardner,
Dumas & O'Neal LLP
Post Office Box 2906
Mobile, Alabama 36652

Attorneys for Defendants
Boehringer Ingelheim Corporation,
Boehringer Ingelheim
Pharmaceuticals, Inc. and
Boehringer Ingelheim Roxane, Inc.

Of Counsel:
Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON, LLP
875 Third Avenue
New York, New York 10022

Harlan I. Prater, IV (PRA004)
Stephen J. Rowe (ROW013)
Derrick A. Mills (MIL119)
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

**Attorneys for Defendant**
**Bristol-Myers Squibb Co.**

Of Counsel
Paul F. Doyle
Christopher C. Palermo
Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7789
Facsimile: (212) 808-7897

Joseph W. Letzer (LET002)
Gary M. London (LON001)
Burr & Forman LLP
420 North 20th Street
Suite 3100 SouthTrust Tower
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Warren C. Matthews (MAT030)
Burr & Forman LLP
Suite 1950, RSA Tower
201 Monroe Street
Montgomery, Alabama 36104
Telephone: (334) 241-7000
Facsimile: (334) 262-0020

**Attorneys for Dey, L.P.**

Julia B Cooper

Julia Boaz Cooper (COO054)
Bradley, Arant, Rose & White, LLP
1819 5th Avenue North
Birmingham, AL 35203-2104

**Attorneys for Eisai, Inc.**

Of counsel:
Brien T. O'Connor
E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

/s/ Tabor R. Novak, Jr.

Tabor R. Novak, Jr. (NOV001)
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

**Attorneys for Eli Lilly and Company**

Of Counsel:
William A. Davis, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
701 Pennsylvania Ave.
Washington, D.C. 20004
202-434-7315

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

**ATTORNEYS FOR ENDO PHARMACEUTICALS INC.**

OF COUNSEL:
Jonathan L. Stern
David D. Fauvre
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

**ATTORNEYS FOR ETHEX CORPORATION**

OF COUNSEL:
Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai
Michael J. Rinaldi
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

**ATTORNEYS FOR KV PHARMACEUTICAL COMPANY***

OF COUNSEL:
Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai
Michael J. Rinaldi
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

***KV has moved to dismiss the amended complaint for lack of personal jurisdiction, and KV specifically reserves its personal jurisdiction objection and intends to fully brief it at an appropriate time.**

William H. Hardie, Esq. State # HAR084
Attorney for Defendants Forest Laboratories, Inc.
and Forest Pharmaceuticals, Inc.

OF COUNSEL:

JOHNSTONE, ADAMS, BAILEY, GORDON & HARRIS, L.L.C.
P. O. Box 1988
Mobile, Alabama 36633
Telephone: (251) 432-7682
Fax: (251) 432-0712

Peter J. Venaglia, Esq.
Brian Rafferty, Esq.
DORNBUSH SCHAEFFER STRONGIN &
WEINSTEIN, LLP
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

RLS@J-

Richard L. Sharff (SHA039)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
(205) 521-8000

**Attorneys for Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.**

Of Counsel:
Michael T. Scott
Andrew L. Hurst
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 -- East Tower
Washington, D.C. 20005
(202) 414-9200

Julia Boaz Cooper (COO054)
Bradley, Arant, Rose & White, LLP
1819 5th Avenue North
Birmingham, AL 35203-2104

**Attorneys for Genzyme Corporation**

Of counsel:
Brien T. O'Connor
Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

**ATTORNEYS FOR GILEAD SCIENCES, INC.**

OF COUNSEL:
Robert S. Litt
Rebecca L. Dubin
Joel E. Richardson
Jessica L. Medina
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Edward S. Sledge, III (SLE003)
Archibald T. Reeves, IV (REE029)
McDowell Knight Roedder & Sledge LLC
63 South Royal Street Suite 900
Post Office Box 350
Montgomery, AL 36601

Of Counsel:
Kevin R. Sullivan
Grace Rodriguez
John D. Shakow
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006

**Attorneys for Hoffmann-La Roche Inc.
and Roche Laboratories Inc.**

Dated: Montgomery, Alabama
July 12, 2005

Respectfully submitted,

W. Stancil Starnes, STA025
Laura Peck, PEC003
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, AL 35259-8512
(205) 868-6000

David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099
(206) 359-8000

Attorneys for Defendant
Immunex Corporation

Of Counsel:
Bruce Wessel
Brian Ledahl
Irell & Mandella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-7927
Facsimile: (310) 203-7199

George W. Walker, III (WAL097)
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

**Attorneys for Defendants**
**IVAX Corporation and**
**IVAX Pharmaceuticals, Inc.**

Of Counsel:
Andrew D. Schau, Esq.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Robert F. Northcutt (NOR015)
James H. McLemore (MCL014)
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

**Attorneys for Johnson & Johnson; ALZA Corporation; Janssen Pharmaceutical Products, LP; McNeil-PPC, Inc.; Ortho Biotech Products, LP; and, Ortho-McNeil Pharmaceutical Corporation**

Lisa W. Borden (WRI 027)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0480

OF COUNSEL:

Gary Greenberg
Louis J. Scerra, Jr.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Sam Blair
John Starnes
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
165 Madison Avenue
Suite 2000
Memphis, TN 38103

**Attorneys for King Pharmaceuticals, Inc. and Monarch Pharmaceuticals, Inc.**

Of counsel:

Steven M. Umin, Esq.
James V. Hayes, Esq.
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Lee H. Copeland, Esq. (COP004)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172
Email: copeland@copelandfranco.com
**Attorneys for Defendant MedImmune, Inc.**

Robert C. Brock (BRO040)
Robert A. Huffaker (HUF003)
F. Chadwick Morriss (MOR033)

Of Counsel:

**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
Post Office Box 270
184 Commerce Street
Montgomery, Alabama 36104
Tel: (334) 206-3100
Fax: (334) 262-6277

and

John M. Townsend
Robert P. Reznick
Robert B. Funkhouser
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, DC 20006-2401
Tel: (202) 721-4600
Fax: (202) 721-4646

***Attorneys for Defendant Merck & Co., Inc.***

Dated: July 13, 2005

Respectfully submitted,

David W. Long-Daniels (ASB 4593 – 060D)
Greenberg Traurig, LLP
The Forum
3290 Northside Parkway
Suite 400
Atlanta, Georgia 30327
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for Defendants Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc.*

*Of Counsel*

Gary R. Greenberg
Louis J. Scerra, Jr.
Jonathan D. Cohen
James M. Vant
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

William D. Coleman (COL030)
James N. Walter, Jr. (WAL021)
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

**Attorneys for Novartis Pharmaceuticals Corporation**

Of Counsel:
Saul Morgenstern
Jane W. Parver
Mark Godler
Kay Scholer LLP
425 Park Avenue
New York, New York 10022-3598

Of Counsel:

Richard D. Raskin
Michael P. Doss
SIDLEY AUSTIN BROWN & WOOD LLP
10 S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036

F. M. Haston, III (HAS012)
BRADLEY ARANT ROSE & WHITE
One Federal Place
1819 Fifth Ave. North
Birmingham, AL 35203-2104
Telephone: (205) 521-8303
Facsimile: (205) 488-6303

**Attorney for Defendant Novo Nordisk Inc.**

Edward S. Sledge, III (SLEDE7917)
Archibald T. Reeves, IV (REEVA2720)
McDowell Knight Roedder & Sledge, L.L.C.
Suite 900, Riverview Plaza
63 South Royal (36602)
Post Office Box 350
Mobile, AL 36601

**Attorneys for Defendant**
**Organon Pharmaceuticals USA, Inc.**

Of Counsel:
Richard M. Cooper
Paul K. Dueffert
Thomas J. Roberts
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5599
Facsimile: (202) 434-5029

George W. Walker, III (WAL097)
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

**Attorneys for Defendant**
**Par Pharmaceutical, Inc.**

Philip H. Butler (BUT007)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Attorneys for**
**Pfizer Inc.**

Of Counsel:
John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Philip H. Butler (BUT007)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Attorneys for**
**Agouron Pharmaceuticals, Inc.**

Of Counsel:
John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Of Counsel:
John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

Philip H. Butler (BUT007)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Attorneys for**
**Pharmacia Corporation**

Philip H. Butler (BUT007)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Attorneys for**
**Pharmacia & UpJohn Company**

Of Counsel:
John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Scott A. Stempel
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

C. Clay Torbert III

C. Clay Torbert III (TOR006)
Chad W. Bryan (BRY032)
CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069

**Attorneys for Sandoz, Inc.**

Of Counsel:
Wayne Cross
Michael Gallagher
Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

Richard H. Gill
Copeland Franco Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, AL 36101

Of Counsel:
Kevin R. Sullivan
Grace Rodriguez
John D. Shakow
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
**Attorneys for Sanofi-Synthelabo Inc.**

Dated: Montgomery, Alabama
July 12, 2005

Respectfully submitted,

John A. Henig, Jr. (HEN019)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery AL 36101-0347
Tel: (334) 834-1180
Fax: (334) 834-3172
henig@copelandfranco.com

Attorneys for Defendant
Schering-Plough Corporation

Of counsel:

Brien T. O'Connor
John T. Montgomery
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Tel: (617) 951-7000
Fax: (617) 951-7050

J. Steven Baughman
Christopher May
ROPES & GRAY LLP
One Metro Center
700 12th Street N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 508-4606
Fax: (202) 508-4650

Of counsel:

Brien T. O'Connor
John T. Montgomery
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Tel: (617) 951-7000
Fax: (617) 951-7050

J. Steven Baughman
Christopher May
ROPES & GRAY LLP
One Metro Center
700 12th Street N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 508-4606
Fax: (202) 508-4650

John A. Henig, Jr. (HEN019)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery AL 36101-0347
Tel: (334) 834-1180
Fax: (334) 834-3172
Email: henig@copelandfranco.com
Attorneys for Defendant
Warrick Pharmaceuticals Corporation

Respectfully submitted,[1]

Joseph P. H. Babington (BABIJ7938)
Patrick C. Finnegan (FINNP3533)
Jason R. Watkins (WATKJ3882)
HELMSING LEACH HERLONG NEWMAN & ROUSE
150 Government St.
Suite 2000
Mobile, Alabama 36602
Telephone: (251) 432-5521
Facsimile: (251) 432-0633

**Attorneys for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline**

**Dated: July 12, 2005**

Of Counsel:

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-2994
Facsimile: (215) 994-2222

Mark D. Seltzer
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

---

[1] The Complaint names GlaxoSmithKline plc, Glaxo Wellcome, Inc. and SmithKline Beecham Corp. as separate defendants. Glaxo Wellcome, Inc. and SmithKline Beecham Corp. have merged. In the United States, "SmithKline Beecham Corporation" is the remaining corporation, and it is doing business as "GlaxoSmithKline." Thus, the defendants named as Glaxo Wellcome, Inc. and SmithKline Beecham Corp. are both appearing under the correct corporate name of SmithKline Beecham Corporation, d/b/a GSK. Named defendant GlaxoSmithKline plc is a holding company with no employees organized under the laws of England and Wales. GlaxoSmithKline plc was not involved in the matters raised by the complaint, can only be properly served under the Hague Convention, has not been served, and specifically reserves all arguments as to insufficient service. At any rate, GSK and all related entities, whether or not properly named or served, consent to removal.

Respectfully submitted,

Joe Espy, III (ESP002)
One of the Attorneys for Takeda Pharmaceuticals
North America, Inc.

OF COUNSEL:

MELTON, ESPY & WILLIAMS, P.C.
P.O. Drawer 5130
Montgomery, AL 36103
Telephone: 334-263-6621
Facsimile: 334-263-7252

Robert R. Stauffer
Anthony C. Porcelli
JENNER & BLOCK, LLP
One IBM Plaza, Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 840-7305

/s/ W. Joseph McCorkle /PAC

Elizabeth I. Hack
T. Reed Stephens
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

W. Joseph McCorkle, Jr. (MCC056)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078

F. Inge Johnstone (JOH159)
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

**Attorneys for**
**Teva Pharmaceuticals USA, Inc.**

Of Counsel:

Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 737-4580
Facsimile: (202) 737-9329
Email: DBF@hpm.com

Steven F. Casey (ASB-3548-E67S)
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com

**Attorneys for Watson Laboratories, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc.**

By: [signature]

Alvin L. (Peck) Fox, Jr. (FOX005)
MAYNARD COOPER & GALE
201 Monroe Street, Suite 1650
Montgomery, AL 36104

Lee E.. Bains, Jr. (BAI005)
Maibeth J. Porter (POR003)
MAYNARD COOPER & GALE
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**Attorneys for Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.**

Of Counsel:
S. Craig Holden
Kelly J. Davidson
Ober, Kaler, Grimes & Shriver
A PROFESSIONAL CORPORATION
120 East Baltimore Street
Baltimore, MD 21202-1643

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by hand delivery or by U.S. Mail, as reflected below, on this the 13th day of July, 2005:

| | |
|---|---|
| Honorable Melissa Rittenour<br>Circuit Court Clerk<br>Montgomery County Courthouse<br>251 South Lawrence Street<br>Montgomery, AL 36102 | [Hand Delivery] |
| Troy King, Attorney General<br>State of Alabama<br>300 State House<br>11 South Union Street<br>Montgomery, Alabama 36130 | [Hand Delivery] |
| Roger L. Bates<br>Hand, Arendall, L.L.C.<br>1200 Park Place Tower<br>2001 Park Place North<br>Birmingham, Alabama 35203 | [U.S. Mail] |
| Caine O'Rear III<br>Windy C. Bitzer<br>Hand Arendall, L.L.C.<br>Post Office Box 123<br>Mobile, Alabama 36601 | [U.S. Mail] |
| Jere L. Beasley<br>W. Daniel Miles, III<br>Clinton C. Carter<br>Beasley, Allen Crow, Methvin,<br>Portis & Miles, PC<br>218 Commerce Street<br>Montgomery, Alabama 36104 | [Hand Delivery] |

Of Counsel