**IN THE CIRCUIT COURT OF**
**MONTGOMERY COUNTY, ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. CV 2005-219** |
| **ABBOTT LABORATORIES, INC., et al.** | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' FUJISAWA HEALTHCARE, INC. AND FUJISAWA USA, INC. MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

Defendants Fujisawa Healthcare, Inc. and Fujisawa USA, Inc. ("Fujisawa") respectfully move the Court for an order dismissing this action, pursuant to Rules 9(b), 12(b)(6) and 12(b)(7) of the Alabama Rules of Civil Procedure, because the First Amended Complaint fails to state a claim against this Defendant upon which relief can be granted. In the alternative, Fujisawa respectfully moves the Court to enter an order requiring a more definite statement of Plaintiff's claims, pursuant to Rule 12(e) of the Alabama Rules of Civil Procedure, upon the ground that the First Amended Complaint is so vague or ambiguous with respect to the allegations against this Defendant that Fujisawa cannot reasonably be required to frame a responsive pleading. As further grounds for this motion, Fujisawa states the following:

1. Plaintiff's First Amended Complaint and each count asserted therein fail to state a claim against Fujisawa upon which relief can be granted.

2. The First Amended Complaint – which purports to assert various claims for relief labeled as fraudulent misrepresentation (Count One), fraudulent suppression (Count Two), wantonness (Count Three) and unjust enrichment (Count Four), all of which are predicated on the same alleged misrepresentation or suppression of pricing information – provides only a general description of Fujisawa's business but fails to identify and plead the essential elements of the date, time, circumstance and means of any alleged misrepresentation or suppression by Fujisawa; in fact, the First Amended Complaint makes no particular or specific allegations against Fujisawa that would constitute misrepresentation or suppression. Consequently, the First Amended Complaint fails to plead the purported fraud by Fujisawa that underlies all of the claims in the First Amended Complaint with the particularity required by Rule 9(b) of the Alabama Rules of Civil Procedure, and should be dismissed pursuant to Rule 12(b)(6).

3. Count One of the First Amended Complaint fails to plead a claim for fraudulent misrepresentation with the particularity required by Rule 9(b) and therefore fails to state a claim because it fails to identify:

a. The specific products or transactions as to which Fujisawa allegedly made fraudulent representations;

b. The representations Fujisawa allegedly made;

c. How such representations were allegedly made by Fujisawa to Plaintiff;

d. Why or how such representations were false and misleading;

e. Whether and how Plaintiff claims to have reasonably relied upon each such misrepresentation to its detriment;

f. The nature and extent of any injury to Plaintiff that it alleges to have suffered as a result of such representations.

4. Count Two fails to state a claim for fraudulent suppression because it fails to plead the existence of a confidential relationship or other circumstances which would give rise to an obligation on the part of Fujisawa to communicate or disclose pricing information of the type the First Amended Complaint purports to assert was "suppressed", and fails to plead such a claim with the particularity required by Rule 9(b) because it fails to identify:

a. The specific products or transactions as to which Fujisawa allegedly fraudulently suppressed information;

b. The specific information Fujisawa allegedly suppressed;

c. Why or how the allegedly suppressed information was necessary to Plaintiff;

d. Whether and how Plaintiff would have acted differently in the event the allegedly suppressed information had been made available to it;

e. The nature and extent of any injury to Plaintiff that it alleges to have suffered as a result of not having access to the allegedly suppressed information.

5. Count Three purports to assert a claim for wantonness predicated entirely on the alleged fraud purportedly set forth in Count One; because the underlying alleged fraud is not pled with the particularity required by Rule 9(b), Count Three also fails and should be dismissed pursuant to Rule 12(b)(6).

6. Count Three fails to state a claim for wantonness upon which relief can be granted under Alabama law, even in the unlikely event that the underlying allegations of fraud were deemed acceptable under Rule 9(b).

7. Count Four purports to assert a claim for unjust enrichment predicated entirely on the alleged fraud purportedly set forth in Count One; because the underlying alleged fraud is not pled with the particularity required by Rule 9(b), Count Four also fails and should be dismissed pursuant to Rule 12(b)(6).

8. Count Four fails to state a claim for unjust enrichment upon which relief can be granted under Alabama law, even in the unlikely event that the underlying allegations of fraud were deemed acceptable under Rule 9(b). Plaintiff does not allege that Fujisawa received Plaintiff's alleged overpayment(s).

9. The First Amended Complaint fails to allege any plausible proximate causal link between any alleged misconduct by Fujisawa and any injury to Plaintiff.

10. The allegations of the First Amended Complaint facially show that each of Plaintiff's claims is barred by the applicable statute of limitations, and, therefore, the First Amended Complaint fails to state a claim upon which relief could be granted, and is due to be dismissed pursuant to Rule 12(b)(6). The First Amended Complaint describes numerous lawsuits, claims and investigations that predate Plaintiffs filing of the original Complaint by more than two years. Thus, Plaintiff knew or through the exercise of reasonable diligence should have known of the facts allegedly supporting its potential claims more than two years prior to the filing of the original Complaint in this action.

11. The First Amended Complaint fails to join indispensable parties as required by Rule 19, Alabama Rules of Civil Procedure, and is due to be dismissed pursuant to Rule 12 (b) (7).

WHEREFORE, Defendant Fujisawa moves to dismiss the First Amended Complaint with prejudice; in the alternative, Defendant Fujisawa moves the Court to order Plaintiff to file a more definite statement of its claims, pursuant to Rule 12(e) of the Alabama Rules of Civil Procedure.

Fujisawa seeks leave to file a brief in support, or to join in and adopt the brief or briefs of other Defendants, on such schedule as the Court shall set, and requests oral argument on this matter.

Respectfully submitted,

Richard L. Sharff, Jr. (SHA039)
Ty E. Dedmon (DED001)
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
(205) 521-8000
(205) 521-8800 (fax)

Kathleen H. McGuan (*pro hac* motion pending)
Andrew L. Hurst (*pro hac* motion pending)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 -- East Tower
Washington, D.C. 20005
(202) 414-9200
(202) 414-9299 (fax)

Attorneys for Defendants
Fujisawa Healthcare, Inc. and
Fujisawa USA, Inc.

DATED: April 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement, upon Plaintiff's counsel by placing a copy in the United States Mail, postage prepaid, and properly addressed to them on this the 29th day of April, 2005. I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the foregoing document by electronic mail upon counsel for each of the remaining parties listed below on the same date.

**[SEE ATTACHED LIST]**

RLSL@J.
Of Counsel

## ATTACHMENT TO CERTIFICATE OF SERVICE

| Defendant | Counsel |
|---|---|
| Abbott Laboratories, Inc. | Toni-Ann Citera<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 |
| | James R. Daly<br>Jeremy P. Cole<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601 |
| | Betsy Collins<br>Leah Poynter<br>Alston & Bird LLP<br>One Atlantic Center,<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| Alcon Laboratories, Inc. | Edward S. Sledge, III<br>Archibald T. Reeves, IV<br>McDowell Knight Roedder & Sledge, L.L.C.<br>63 South Royal Street, Suite 900<br>P.O. Box 350<br>Mobile, AL 36601 |
| Allergan, Inc. | Richard Raskin<br>Michael Doss<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 |
| | F.M. "Tripp" Haston, III<br>Bradley Arant Rose & White LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Alpharma, Inc.<br>PurePac Pharmaceutical Co. | John R. Fleder<br>Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005 |
| | Steven F. Casey<br>Balch & Bingham LLP<br>1710 North Sixth Avenue<br>P.O. Box 306<br>Birmingham, AL 35201-0306 |
| Amgen, Inc. | Joseph H. Young<br>Steven F. Barley<br>Hogan & Hartson, LLP<br>111 S. Calvert Street, Suite 1600<br>Baltimore, MD 21202 |
| | Anthony A. Joseph<br>Johnston Barton Proctor & Powell LLP<br>2900 AmSouth/Harbert Plaza<br>1901 Sixth Avenue North<br>Birmingham, AL 35203-2618 |

| | |
|---|---|
| Andrx Corporation<br>Andrx Pharmaceuticals, Inc. | Robert J. Muldoon, Jr.<br>James W. Matthews<br>Katy E. Koski<br>Sherin Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110 |
| | James H. Anderson<br>Beers, Anderson, Jackson, Patty & Van Heest, P.C.<br>P.O. Box 1988<br>Montgomery, AL 36102 |
| AstraZeneca Pharmaceuticals LP<br>AstraZeneca LP | D. Scott Wise<br>Michael S. Flynn<br>Carlos M. Pelayo<br>Kim Harris<br>Davis Polk & Wardwell<br>450 Lexington Ave.<br>New York, NY 10017 |
| | Thomas W. Christian<br>Sharon D. Stuart<br>Christian & Small<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203 |
| Aventis Pharmaceuticals, Inc. | Carlos E. Provencio<br>Shook, Hardy & Bacon L.L.P.<br>Hamilton Square<br>600 14th Street, N.W., Suite 800<br>Washington, DC 20005-2004 |
| | Michael Koon<br>Nicola Heskett<br>Joseph G. Matye<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Boulevard.<br>Kansas City, MO 64108 |
| | Richard H. Gill<br>Copeland, Franco, Screws & Gill, P.A.<br>444 South Perry Street<br>P.O. Box 347<br>Montgomery, AL 36101-0347 |
| Aventis Behring, LLC<br>ZLB Behring, LLC | William D. Nussbaum<br>Jonathon T. Rees<br>Gregory Petouvis<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004 |
| | Richard H. Gill<br>Copeland, Franco, Screws & Gill, P.A.<br>444 South Perry Street<br>P.O. Box 347<br>Montgomery, AL 36101-0347 |

| | |
|---|---|
| Barr Laboratories, Inc. | Karen Walker<br>Pamela Auerbach<br>Sean Trende<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005 |
| | Bruce F. Rogers<br>Bainbridge, Mims, Rogers & Smith, LLP<br>The Luckie Building<br>Suite 415, 600 Luckie Drive<br>P.O. Box 530886<br>Birmingham, AL 35253 |
| Baxter International, Inc.<br>Baxter Healthcare Corporation | Merle DeLancey<br>Tina Reynolds<br>Jason D. Wallach<br>Dickstein Shapiro Morin & Oshinsky LLP<br>2101 L Street, N.W.<br>Washington, DC 20037-1526 |
| | J. Rushton McClees<br>Sirote & Permutt, P.C.<br>2311 Highland Avenue South<br>Birmingham, AL 35205 |
| Bayer Corporation<br>Bayer Pharmaceuticals Corporation<br>Bayer Healthcare, LLC | Richard Raskin<br>Michael Doss<br>Sara Rankin<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 |
| | F.M. "Tripp" Haston, III<br>Bradley Arant Rose & White LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Biovail Pharmaceuticals, Inc. | F.M. "Tripp" Haston, III<br>Bradley Arant Rose & White LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Boehringer Ingelheim Corporation<br>Boehringer Ingelheim Pharmaceuticals, Inc.<br>Roxane Labs, Inc. | Paul Coval<br>Douglas L. Rogers<br>Darrell A.H. Miller<br>Vorys, Sater, Seymour and Pease, LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008 |
| | Sandy G. Robinson<br>Cabaniss, Johnston, Gardner, Dumas & O'Neal<br>P.O.Box 2906<br>Mobile, AL 36652 |

| | |
|---|---|
| Bristol-Myers Squibb Company | Lyndon M. Tretter<br>Steven M. Edwards<br>James Zucker<br>Hogan & Hartson, LLP<br>875 Third Avenue, Suite 2600<br>New York, NY 10022 |
| | Harlan I. Prater, IV<br>Lightfoot, Franklin & White, L.L.C.<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3200 |
| Dey, L.P. | Paul F. Doyle<br>Christopher C. Palermo<br>Neil Merkl<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| | Joseph W. Letzer<br>Gary M. London<br>Burr & Forman LLP<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 |
| Eisai, Inc. | Brien T. O'Conner<br>E. Abim Thomas<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110 |
| | Julia Boaz Cooper<br>Bradley, Arant, Rose & White, LLP<br>1819 5th Avenue North<br>Birmingham, AL 35203-2104 |
| Eli Lilly and Company | William Davis<br>Mintz, Levin, Cohen, Ferris, Glovsky & Popeo<br>701 Pennsylvania Avenue, N.W., Suite 900<br>Washington, DC 20004 |
| | Tabor R. Novak, Jr.<br>Ball, Ball, Matthews & Novak, P.A.<br>2000 Interstate Park Drive, Suite 204<br>Montgomery, AL 36109 |
| Endo Pharmaceuticals, Inc. | Jonathan Stern<br>Nathan Cortez<br>David Fauvre<br>Arnold & Porter<br>Thurman Arnold Building<br>555 Twelfth Street, NW<br>Washington, D.C. 20004-1206 |
| | Lawrence Clark<br>Robert Eckinger<br>Michael Wade<br>Adams and Reese LLP<br>Concord Center<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |

| | |
|---|---|
| Ethex Corporation | Robert S. Litt<br>Justin Antonipillai<br>Michael Rinaldi<br>Arnold & Porter<br>Thurman Arnold Building<br>555 Twelfth Street, NW<br>Washington, D.C. 20004-1206 |
| | Lawrence Clark<br>Robert Eckinger<br>Michael Wade<br>Adams and Reese LLP<br>Concord Center<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |
| Forest Laboratories, Inc.<br>Forest Pharmaceuticals, Inc. | Peter J. Venaglia<br>Brian T. Rafferty<br>Dornbush Schaeffer Strongin & Weinstein, LLP<br>747 Third Avenue<br>New York, NY 10017 |
| | William Hardie<br>Johnstone Adams Bailey Gordon & Harris, L.L.C.<br>P.O. Box 1988<br>Mobile, AL 36633-1988 |
| Genzyme Corporation | Brien T. O'Conner<br>Eric Christofferson<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110 |
| | Julia Boaz Cooper<br>Bradley, Arant, Rose & White, LLP<br>1819 5th Avenue North<br>Birmingham, AL 35203-2104 |
| Gilead Sciences, Inc. | Robert S. Litt<br>Jessica Medina<br>Rebecca Dubin<br>Arnold & Porter LLP<br>Thunnan Arnold Building,<br>555 Twelfth Street, NW<br>Washington, D.C. 20004-1206 |
| | Lawrence Clark<br>Robert Eckinger<br>Michael Wade<br>Adams and Reese LLP<br>Concord Center<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |
| Hoffmann-La Roche Inc. | Grace Rodriguez<br>Kevin Sullivan<br>John Shakow<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-4706 |

| | |
|---|---|
| | Edward S. Sledge, III<br>Archibald T. Reeves, IV<br>McDowell, Knight, Roedder, & Sledge, LLC<br>63 South Royal Street Suite 900<br>Post Office Box 350<br>Mobile, AL 36601 |
| Immunex Corporation | David J. Burman<br>Katie M. O'Sullivan<br>Zoe Philippides<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 |
| | W. Stancil Starnes<br>Starnes & Atchison LLP<br>100 Brookwood Place, 7th Floor<br>P.O. Box 598512<br>Birmingham, AL 35259-8512 |
| IVAX Corporation<br>IVAX Pharmaceuticals, Inc. | Bruce Wessel<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 |
| | George W. Walker, III<br>Copeland, Franco, Screws & Gill, P.A.<br>444 South Perry Street<br>P.O. Box 347<br>Montgomery, AL 36101-0347 |
| Johnson & Johnson<br>ALZA Corporation<br>Jansen Pharmaceutica Products L.P.<br>McNeil-PPC, Inc.<br>Ortho Biotech Products, L.P.<br>Ortho-McNeil Pharmaceutical, Inc. | William F. Cavanaugh<br>Andrew D. Schau<br>Erik Haas<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| | Robert F. Northcutt<br>James H. McLemore<br>Capell & Howard, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069 |
| K-V Pharmaceutical Company | Robert S. Litt<br>Justin Antonipillai<br>Michael Rinaldi<br>Arnold & Porter<br>Thurman Arnold Building<br>555 Twelfth Street, NW<br>Washington, D.C. 20004-1206 |
| | Lawrence Clark<br>Robert Eckinger<br>Michael Wade<br>Adams and Reese LLP<br>Concord Center<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |

| | |
|---|---|
| King Pharmaceuticals, Inc.<br>Monarch Pharmaceuticals, Inc. | Gary Greenberg<br>Louis J. Scerra, Jr.<br>Greenberg Traurig LLP<br>One International Place,<br>Boston, MA 02110 |
| | Sam Blair<br>John Starnes<br>Baker Donelson Bearman Caldwell & Berkowitz, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 |
| | Lisa W. Borden<br>Baker Donelson Bearman Caldwell & Berkowitz, P.C.<br>1600 South Trust Tower<br>420 20th Street<br>Birmingham, AL 35203 |
| MedImmune, Inc. | Steven M. Umin<br>James V. Hayes<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5901 |
| | Lee H. Copeland<br>Copeland, Franco, Screws & Gill, P.A.<br>444 South Perry Street<br>P.O. Box 347<br>Montgomery, AL 36101-0347 |
| Merck & Co., Inc. | John M. Townsend<br>Robert P. Reznick<br>Robert B. Funkhouser<br>Hughes Hubbard & Reed LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401 |
| | Robert C. Brock<br>Robert Huffaker<br>Rushton, Stakely, Johnson & Garrett, P.A.<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36101-0270 |
| Mylan Laboratories, Inc.<br>Mylan Pharmaceuticals, Inc.<br>UDL Laboratories, Inc. | Gary Greenberg<br>Louis J. Scerra, Jr.<br>Greenberg Traurig LLP<br>One International Place,<br>Boston, MA 02110 |
| | David Long Daniels<br>Greenberg Traurig, LLP<br>3290 Northside Parkway, Suite 400<br>Atlanta, GA 30327 |
| Novartis Pharmaceuticals Corporation | Saul Morgenstern<br>Jane W. Parver<br>Mark Godler<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 |

| | |
|---|---|
| Purdue Pharma, L.P. | Lori A. Schechter<br>Tiffany Cheung<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 |
| | Harlan I. Prater, IV<br>Lightfoot, Franklin & White, L.L.C.<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3200 |
| Roche Laboratories, Inc. | Grace Rodriguez<br>Kevin Sullivan<br>John Shakow<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-4706 |
| | Edward S. Sledge, III<br>Archibald T. Reeves, IV<br>McDowell, Knight, Roedder, & Sledge, LLC<br>63 South Royal Street Suite 900<br>Post Office Box 350<br>Mobile, AL 36601 |
| Sandoz, Inc. | Wayne Cross<br>Michael Gallagher<br>Brendan Woodard<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| | C. Clay Torbert, III<br>Capell & Howard, P.C.<br>150 South Perry Street<br>Montgomery, AL 36104 |
| Sanofi-Synthelabo Inc. | Grace Rodriguez<br>Kevin Sullivan<br>John Shakow<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-4706 |
| | Richard H. Gill<br>Copeland, Franco, Screws & Gill, P.A.<br>444 South Perry Street<br>P.O. Box 347<br>Montgomery, AL 36101-0347 |
| Schering Plough Corporation<br>Warrick Pharmaceuticals Corporation | Brien T. O'Connor<br>John T. Montgomery<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110 |
| | J. Steven Baughman<br>Christopher May<br>Ropes & Gray LLP<br>One Metro Center<br>700 12th Street, N.W., Suite 900<br>Washington, DC 20005-3948 |

| | |
|---|---|
| | John A. Henig, Jr.<br>Copeland, Franco, Screws & Gill, P.A.<br>P.O. Box 347<br>Montgomery, AL 36101-0347 |
| SmithKline Beecham Corporation, d/b/a GlaxoSmithKline | Mark H. Lynch<br>Ronald G. Dove, Jr.<br>Geoffrey E. Hobart<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| | Frederick G. Herold<br>Dechert LLP<br>1117 California Avenue<br>Palo Alto, CA 94304-1106 |
| | Thomas H. Lee II<br>Dechert LLP<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |
| | Mark D. Seltzer<br>Holland & Knight LLP<br>10 Street James Ave.<br>Boston, MA 02116 |
| | Joseph P. Babington<br>Helmsing Leach Herlong Newman & Rouse<br>150 Government Street, Suite 2000<br>Mobile, AL 36602 |
| Takeda Pharmaceuticals North America, Inc. | Robert R. Stauffer<br>Anthony C. Porcelli<br>Jenner & Block LLP<br>One IBM Plaza, Suite 4200<br>Chicago, IL 60611 |
| | Joseph C. Espy, III<br>Melton, Espy & Williams<br>P.O. Drawer 5130<br>Montgomery, AL 36103-5130 |
| TAP Pharmaceutical Products, Inc. | Toni-Ann Citera<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 |
| | James R. Daly<br>Jeremy P. Cole<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601 |
| | Betsy Collins<br>Leah Poynter<br>Alston & Bird LLP<br>One Atlantic Center,<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |

| | |
|---|---|
| TEVA Pharmaceutical Industries LTD. | Elizabeth I. Hack<br>T. Reed Stephens<br>Sonnenschein Nath & Rosenthal LLP<br>1301 K Street, NW<br>Suite 1600 East Tower<br>Washington, DC 20005 |
| | F. Inge Jonhstone<br>Balch & Bingham, LLP<br>1710 6th Avenue North<br>P.O. Box 306<br>Birmingham, AL 35201-0306 |
| | W. Joseph McCorkle, Jr.<br>Balch & Bingham LLP<br>2 Dexter Avenue<br>Post Office Box 78<br>Montgomery, Alabama 36101 |
| Watson Pharmaceuticals, Inc.<br>Watson Pharma, Inc.<br>Watson Laboratories, Inc. | Douglas B. Farquhar<br>Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005 |
| | Steven F. Casey<br>Balch & Bingham LLP<br>1710 North Sixth Avenue<br>P.O. Box 306<br>Birmingham, AL 35201-0306 |
| Wyeth Pharmaceuticals, Inc.<br>Wyeth, Inc. | Craig Holden<br>Kelly Davidson<br>Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD 21202-1643 |
| | Maibeth J. Porter<br>Lee E. Bains, Jr.<br>Maynard, Cooper & Gale, P.C.<br>2400 AmSouth/Harbert Plaza<br>1901 Sixth Avenue North<br>Birmingham, AL 35203-2618 |
| | Alvin L. "Peck" Fox, Jr.<br>Maynard, Cooper & Gale, P.C.<br>201 Monroe Street, Suite 1650<br>Montgomery, AL 36104-3720 |

| STATE OF ALABAMA/PLAINTIFF'S COUNSEL | |
|---|---|
| Troy King<br>Attorney General<br>State of Alabama<br>11 South Union Street<br>Montgomery, AL 36130 | Caine O'Rear III<br>Windy C. Blitzer<br>Hand Arendall, L.L.C.<br>P.O. Box 123<br>Mobile, AL 36601 |
| Roger L. Bates<br>Hand Arendall, L.L.C.<br>1200 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | Jere L. Beasley<br>W. Daniel Miles, III<br>Clinton C. Carter<br>Beasley, Allen, Crow, Methvin, Portis & Miles, PC<br>PO Box 4160<br>Montgomery, AL 36103-4160 |