**IN THE CIRCUIT COURT OF**
**MONTGOMERY COUNTY, ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CV 2005-219** |
| | ) | |
| **ABBOTT LABORATORIES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2005 JUN 28 PM 3:58

**SUPPLEMENTAL MEMORANDUM OF LAW BY THE "ALABAMA TEN" DEFENDANTS IN SUPPORT OF THEIR MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**

**INTRODUCTION**

Defendants Alcon Laboratories, Inc. ("Alcon"), Allergan, Inc. ("Allergan"), Andrx Corporation ("Andrx Corp."), Andrx Pharmaceuticals, Inc. ("Andrx Pharm."), Biovail Pharmaceuticals, Inc. ("Biovail"), Eisai Inc. ("Eisai"), Genzyme Corporation ("Genzyme"), Gilead Sciences, Inc. ("Gilead"), Novo Nordisk Pharmaceuticals, Inc. ("Nordisk"), and Takeda Pharmaceuticals North America, Inc. ("TPNA") (referred to in this memorandum as the "Alabama Ten")[1] join in Defendants' Joint Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint ("Joint Memorandum"), but submit this supplemental memorandum of law to highlight additional defects in Plaintiff's claims against them.

Specifically, while the First Amended Complaint ("Complaint") alleges that the defendants as a group have been the subject of other suits and governmental investigations

---

[1] *See also In re Pharm. Indus. Average Wholesale Price Litig.*, No. 01-12257-PBS (D. Mass.)(April 8, 2005 Memorandum and Order, Saris, J.) (dismissing "the remaining AWP claims against the 'Suffolk 13,'" plus six additional defendants, for failure to plead fraud with particularity in a case with allegations regarding inflated AWPs that are similar to the allegations in the Complaint)(attached hereto as Exhibit A).

involving alleged inflation of "average wholesale prices" ("AWP"), the Alabama Ten do not fit the mold. To the contrary, the Alabama Ten (a) have not been sued by any other state attorney general, (b) have not been sued in any class action, and (c) are not alleged to be the subject of any governmental investigation relating to AWP. For this reason, in addition to those set forth in the Defendants' Joint Memorandum, the Alabama Ten group of defendants should be dismissed.

## ARGUMENT

Plaintiff relies on a single thread to tie the Alabama Ten to this litigation – pending litigation in other jurisdictions, almost all of which do not name the Alabama Ten as defendants. Mere reference to the existence of these other lawsuits does nothing to meet Plaintiff's burden to plead fraud with particularity with respect to the Alabama Ten. Accordingly, Plaintiff has failed to satisfy the requirement of Rule 9(b) of the Alabama Rules of Civil Procedure.

Plaintiff mentions each of the Alabama Ten only once in the Complaint, alleging that each is "engaged in the business of manufacturing, distributing, marketing, and/or selling prescription drugs . . . reimbursed by Alabama Medicaid." (Am. Compl. ¶¶ 8, 9, 39, 48, 77, 92.) Plaintiff has not identified a single allegedly "false and inflated" AWP, WAC or Direct Price that any of the Alabama Ten provided or concealed. Plaintiff has not set forth a single allegedly fraudulent action taken by any one of the Alabama Ten, much less the time, place, content, or circumstances of any allegedly fraudulent conduct by these Defendants. In *United States ex rel. Atkins v. McInteer*, 345 F. Supp. 2d 1302, 1305 (N.D. Ala. 2004), the Court dismissed a complaint which failed to describe a single discrete incident of alleged fraud by a particular defendant, because of its "total lack of particularity or specificity." Similarly, here Plaintiff has

not pled a single alleged fact in support of its claims against the Alabama Ten, and thus fails the particularity requirement of Rule 9(b) of the Alabama Rules of Civil Procedure.[2]

In a vain attempt to find some meager support for its claims, Plaintiff alleges generally as to all of the Defendants that "[f]or specificity of pleading (particularly with respect to the fraud allegations), suffice it to say that Defendants are and have been on notice of the claims asserted herein as a result of the many investigations and actions undertaken on this same subject" (Am. Compl. ¶ 134), relying on other state and federal lawsuits and various other governmental actions. (Am. Compl. ¶¶ 120-130.) Plaintiff's vague reliance on these other lawsuits and investigations is inadequate to support its obligation under Rule 9(b) to plead fraud with particularity. *See Cooper v. Blue Cross Blue Shield of Fla.*, 19 F.3d 562, 566-67 (11th Cir. 1994) (Rule 9(b) ensures that companies are not sued solely based on rumors of widespread fraud in their industry).

As to the Alabama Ten, this defect is even more pronounced. The Alabama Ten (a) have not been sued by any other state attorney general, including those listed in footnote 5 of the Complaint; (b) are not named as defendants in any AWP-related class action lawsuit; and (c) are not identified in the Complaint as being the subjects of any criminal case or government investigation. At best, the Alabama Ten are currently named in only one, and in some cases two, lawsuits brought by units of local government in New York,[3] but the existence of these lawsuits

---

2 The particularity requirement of Rule 9(b) applies to each Count of the Complaint because each Count incorporates by reference and relies on the same general allegations of a "fraudulent scheme" to provide "false and inflated" price information. (*E.g.*, Am. Compl. ¶¶ 111, 114, 132, 135-36, 139-40, 143-44, 148.) *See Am. Nat'l Red Cross v. ASD Specialty Health Care, Inc.*, 325 F. Supp. 2d 1322, 1326 (S.D. Ala. 2002) (applying Rule 9(b) requirement to unjust enrichment claim based on allegations that defendant acquired product from plaintiff under "false pretenses").

3 The City of New York and 32 counties in New York filed essentially identical lawsuits against many defendants, including nine of the Alabama Ten. (Andrx Pharm. has not been named as a defendant in any AWP lawsuits other than this one.) The City of New York and 30 of the counties (the "New York Plaintiffs") are represented by the same plaintiff's counsel. On June 15, 2005, the New York Plaintiffs

in and of itself proves nothing. Indeed, in the only proceeding identified by Plaintiff in which nine of the Alabama Ten have been named as defendants — a case brought by the City of New York (Am. Compl. ¶ 121) — the plaintiff, along with 30 New York counties, filed a Consolidated Complaint and then a Corrected Consolidated Complaint which *dropped* these nine from the list of defendants. Thus, none of the "other . . . proceedings" relied upon by Plaintiff provides any basis whatsoever for a claim against the Alabama Ten.

## CONCLUSION

Even under Plaintiff's flawed theory in which an allegation that a defendant has been sued or investigated elsewhere somehow satisfies Plaintiff's particularity burden under Rule 9(b), Plaintiff's allegations fall short as to the Alabama Ten. For the foregoing reasons, and for

filed a Consolidated Complaint which replaced 31 of the individual complaints, and on June 22, 2005, the New York Plaintiffs filed a Corrected Consolidated Complaint. The members of the Alabama Ten that were originally sued by the New York Plaintiffs are no longer named as defendants in the Consolidated Complaint or the Corrected Consolidated Complaint. Nine of the Alabama Ten (all but Andrx Pharm.) are defendants in *County of Erie v. Abbott Laboratories et al.*, No. 05-CV-6203. Two of the Alabama Ten – Genzyme and TPNA – are also defendants in *County of Nassau v. Abbott Laboratories et al.*, No. 04-CV-05126. Responsive pleadings have not been filed in *County of Erie* or *County of Nassau*, and the court has not yet had an opportunity to determine whether these complaints even state a claim against any of the named defendants. The complaints filed by the New York Counties of Nassau and Erie mirror the allegations in the lawsuits filed by the other New York counties, but were filed before the Corrected Consolidated Complaint dropped nine of the Alabama Ten from the list of defendants.

the reasons set forth in the Joint Memorandum, Alcon, Allergan, Andrx Corp., Andrx Pharm., Biovail, Eisai, Genzyme, Gilead, Novo Nordisk, and TPNA request that the First Amended Complaint be dismissed as against them in its entirety with prejudice.

Dated: Montgomery, Alabama
June 28, 2005

Respectfully submitted,

Edward S. Sledge, III (SLE003)
Archibald T. Reeves, IV (REE029)
McDowell Knight Roedder & Sledge, L.L.C.
63 South Royal Street, Suite 900
Mobile, AL 36602
Phone: (251) 432-5300
Fax: (251) 432-5303
Attorneys for Defendant
Alcon Laboratories, Inc.

F.M. Haston, III (HAS012)
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Ave., North
Birmingham, AL 35203-2104
Phone: (205) 521-8303
Fax: (205) 488-6303
Attorneys for Defendants
Allergan, Inc. and Novo Nordisk
Pharmaceuticals, Inc.

Of counsel:

Richard D. Raskin
Michael P. Doss
Sidley Austin Brown & Wood, LLP
10 S. Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

James H. Anderson (AND021)
Beers, Anderson, Jackson, Patty
& Van Heest, P.C.
250 Commerce Street, Suite 100
P.O. Box 1988
Montgomery, AL 36102
Phone: (334) 834-5311
Fax: (334) 834-5362
Attorneys for Defendants
Andrx Corporation and
Andrx Pharmaceuticals, Inc.

Of counsel:

Robert J. Muldoon, Jr.
James W. Matthews
Katy E. Koski
Sherin and Lodgen, LLP
101 Federal Street
Boston, MA 02110
Phone: (617) 646-2000
Fax: (617) 646-2222
Phone: (215) 963-5332
Fax: (215) 963-5001

F.M. Haston, III (HAS012)
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Ave., North
Birmingham, AL 35203-2104
Phone: (205) 521-8303
Fax: (205) 488-6303
Attorneys for Defendant
Biovail Pharmaceuticals, Inc.

Julia Boaz Cooper
Bradley, Arant, Rose & White, LLP
1819 5th Avenue North
Birmingham, AL 35203-2104
Phone: (205) 521-8810
Fax: (205) 488-6810
Attorneys for Defendant
Eisai Inc.

Of counsel:

Brian T. O'Connor
E. Abim Thomas
Ropes & Gray, LLP
One International Place
Boston, MA 02110
Phone: (617) 951-7000
Fax: (617) 951-7050

Julia Boaz Cooper
Bradley, Arant, Rose & White, LLP
1819 5th Avenue North
Birmingham, AL 35203-2104
Phone: (205) 521-8810
Fax: (205) 488-6810
Attorneys for Defendant
Genzyme Corporation

Of counsel:

Brian T. O'Connor
Eric P. Christofferson
Ropes & Gray, LLP
One International Place
Boston, MA 02110
Phone: (617) 951-7000
Fax: (617) 951-7050

Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
Adams & Reese, LLP
Concord Center
2100 Third Avenue North, Suite 1100
Birmingham, AL 35203
Phone: (205) 250-5000
Fax: (205) 250-5034
Attorneys for Defendant
Gilead Sciences, Inc.

Of counsel:

Robert S. Litt
Rebecca L. Dubin
Jessica L. Medina
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Phone: (202) 942-5000
Fax: (202) 942-5999

Joe Espy, III (ESP002)
Melton, Espy & Williams, P.C.
301 Adams Avenue
Drawer 5130
Montgomery, Alabama 36103-5130
Phone: 334-263-6621
Fax: 334-263-7252
Attorneys for Defendant
Takeda Pharmaceuticals North America, Inc.

Of counsel:

Robert R. Stauffer (*pro hac vice*)
Anthony C. Porcelli (*pro hac vice*)
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: 312-222-9350
Fax: 312-840-7613

CHICAGO_1273978_13

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Supplemental Memorandum of Law by the "Alabama Ten" Defendants in Support of Their Motions To Dismiss The First Amended Complaint* upon Plaintiff's counsel by placing a copy in the United States Mail, postage prepaid, and properly addressed to them on this the 28th day of June, 2005. I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Motion by electronic mail upon counsel for each of the remaining parties listed below on the same date.

**Abbott Laboratories, Inc.**
Toni Ann Citera
Jones Day
222 East 41st Street
New York, New York 10017-6702

James R. Daly
J. Ryan Mitchell
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
Leah Poynter
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**Alcon Laboratories, Inc.**
Edward S. Sledge, III
Archibald Reeves, IV
McDowell Knight Roedder & Sledge, L.L.C.
63 South Royal Street
Suite 900
Mobile, Alabama 36602

**Allergan, Inc.**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Bradley Arant LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Alpharma, Inc.**
**PurePac Pharmaceutical Co.**
John R. Fleder
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005

Steven F. Casey
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

**Amgen Inc.**
Joseph H. Young
Steven F. Barley
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202

Anthony A. Joseph
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

**Andrx Corporation**
**Andrx Pharmaceuticals, Inc.**
Robert J. Muldoon, Jr.
James W. Matthews
Katy E. Koski
Sherin Lodgen LLP
101 Federal Street
Boston, MA 02110

James H. Anderson
Beers, Anderson, Jackson, Patty
& Van Heest, P.C.
P.O. Box 1988
Montgomery, AL 36102

**AstraZeneca Pharmaceuticals LP**
**AstraZeneca LP**
D. Scott Wise
Michael Flynn
Kim Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Tom Christian
Sharon Stuart
Christian & Small
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

**Aventis Pharmaceuticals Inc.**
Carlos Provencio
Shook Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, D.C. 20005-2004

Michael Koon
Joseph Matye
Nicola Heskett
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108

Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347

**Aventis Behring, LLC**
**ZLB Behring, LLC**
William D. Nussbaum
Jonathan T. Rees
Gregory Petouvis
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347

**Barr Laboratories, Inc.**
Karen Walker
Pamela Auerbach
Sean Trende
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005

Bruce F. Rogers
Bainbridge, Mims, Rogers & Smith LLP
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama 35253

**Baxter International**
**Baxter Healthcare Corporation**
Merle DeLancey
Tina Reynolds
Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526

Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue
Birmingham, Alabama 35205

**Bayer Corporation**
**Bayer Pharmaceuticals Corporation**
**Bayer Healthcare, LLC**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Bradley Arant LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Biovail Pharmaceuticals, Inc.**
F.M. Haston, III
Bradley Arant LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Boehringer Ingelheim Corporation**
**Boehringer Ingelheim Pharmaceuticals**
**Roxane Labs, Inc.**
Paul Coval
Douglas L. Rogers
Darrell A. H. Miller
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

Sandy Robinson
Cabaniss, Johnston, Gardner, Dumas & O'Neal
Post Office Box 2906
Mobile, Alabama 36652

**Bristol-Myers Squibb Co.**
Lyndon M. Tretter
Steven M. Edwards

James Zucker
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022

Harlan I. Prater, IV
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

**Dey, L.P.**
Paul F. Doyle
Christopher C. Palermo
Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Joseph W. Letzer
Gary M. London
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

**Eisai, Inc.**
Brien T. O'Connor
E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE, LLP
1819 5th Avenue North
Birmingham, Alabama 35203-2104

**Eli Lilly and Company**
William Davis
Mitz, Levin, Cohen, Ferris
Glovsky & Popeo
701 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004

Tabor R. Novak, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**Endo Pharmaceuticals, Inc.**
Jonathan Stern
Nathan Cortez
David Fauvre
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**ETHEX Corporation**
Robert S. Litt
Justin Antonipillai
Michael Rinaldi
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**Forest Laboratories, Inc.**
**Forest Pharmaceuticals, Inc.**
Peter Venaglia
Brian Rafferty
Dornbush Schaeffer, Strongin
& Weinstein, LLP
747 Third Avenue
New York, New York 10017

William Hardie
Johnstone Adams
Post Office Box 1988
Mobile, Alabama 36633-1988

**Fujisawa Healthcare, Inc.**
**Fujisawa USA, Inc.**
Kathleen McGuan
Andrew Hurst
Reed Smith LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005

Richard L. Sharff, Jr.
Bradley, Arant, Rose & White
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

**Genzyme Corporation**
Brien T. O'Connor
Eric Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE, LLP
1819 5th Avenue North
Birmingham, Alabama 35203-2104

**Gilead Sciences, Inc.**
Robert S. Litt
Jessica Medina
Rebecca Dubin
Arnold & Porter LLP
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**Hoffmann-La Roche Inc.**
Kevin Sullivan
Grace Rodriguez
John Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601

**Immunex Corporation**
David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

W. Stancil Starnes
Starnes & Atchison LLP
7th Floor
100 Brookwood Place
Post Office Box 598512

Birmingham, AL 35259-8512
**IVAX Corporation**
**IVAX Pharmaceuticals, Inc.**
Bruce Wessel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276

George W. Walker, III
Copeland, Franco, Screws & Gill, P.A.
Montgomery, AL 36101-0347

**Johnson & Johnson**
**ALZA Corporation**
**Janssen Pharmaceutica Products, L.P.**
**McNeil-PPC, Inc.**
**Ortho Biotech Products, L.P.**
**Ortho-McNeil Pharmaceutical, Inc.**
William F. Cavanaugh
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Robert F. Northcutt
James H. McLemore
Capell & Howard, P.C.
150 South Perry Street [36104]
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Telecopier: (334) 323-8888

**K-V Pharmaceutical Company**
Robert S. Litt
Justin Antonipillai
Michael Rinaldi
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**King Pharmaceuticals, Inc.**
**Monarch Pharmaceuticals, Inc.**
Gary Greenberg
Louis J. Scerra, Jr.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

Lisa Borden
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
1600 SouthTrust Tower, 420 20th Street
Birmingham, Alabama 35203

Sam Blair
John Starnes
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
165 Madison Avenue
Suite 2000
Memphis, TN 38103

**MedImmune, Inc.**
Steve Umin
James Hayes
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Lee H. Copeland
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

**Merck & Co., Inc.**
John Townsend
Robert Reznick
Robert Funkhouser
Hughes Hubbard & Reed LLP
1775 I Street N.W.
Washington, DC 20006-2401

Robert C. Brock
Robert Huffaker
Rushton, Stakely, Johnson & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101-0270

**Mylan Laboratories Inc.**
**Mylan Pharmaceuticals Inc.**
**UDL Laboratories, Inc.**
Gary Greenberg
Louis J. Scerra, Jr.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

David Long-Daniels
Greenberg Traurig, LLP
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327

**Novartis Pharmaceuticals Corporation**
Saul Morgenstern
Jane W. Parver
Mark Godler
Kay Scholer LLP
425 Park Avenue
New York, New York 10022-3598

William D. Coleman
James N. Walter, Jr.
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

**Novo Nordisk**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Bradly, Arant LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Organon Pharmaceuticals USA**
William Campos
David Covey
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
New York, New York 10004

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601

**Par Pharmaceutical, Inc.**
Richard Cooper
Paul K. Dueffert
Thomas J. Roberts
Catherine Levy
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

George W. Walker
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

**Pfizer Inc.**
**Agouron Pharmaceuticals, Inc.**
**Pharmacia Corporation**
**Pharmacia & Upjohn Company**
**G.D. Searle, LLC**
Scott Stempel
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Philip H. Butler
George R. Parker
Bradley, Arant, Rose & White LLP
Alabama Center for Commerce Bldg.
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Purdue Pharma, L.P.**
Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Harlan Prater
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

**Roche Laboratories, Inc.**
Kevin Sullivan
Grace Rodriguez
John Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601

**Sandoz, Inc.**
Wayne Cross
Michael Gallagher
Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, New York 10036-2787

C. Clay Torbert, III
Capell & Howard, P.C.
150 South Perry Street
Montgomery, Alabama 36104

**Sanofi-Synthelabo Inc.**
Kevin Sullivan
Grace Rodriguez
John Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

**Schering-Plough Corporation**
**Warrick Pharmaceuticals Corporation**
Brien T. O'Connor
John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

J. Steven Baughman
Christopher May
Ropes & Gray LLP
One Metro Center
700 12th Street N.W., Suite 900

Washington, D.C. 20005

John A. Henig, Jr.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

**SmithKline Beecham Corporation**
**d/b/a GlaxoSmithKline**
Joseph P. Babington
HELMSING LEACH HERLONG NEWMAN & ROUSE
150 Government St.
Suite 2000
Mobile, Alabama 36602
Telephone: (251) 432-5521
Facsimile: (251) 432-0633

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-2994
Facsimile: (215) 994-2222

Mark D. Seltzer
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Counsel for Defendant SmithKline Beecham Corporation dba GlaxoSmithKline

**Takeda Pharmaceuticals North America, Inc.**
Robert Stauffer
Anthony C. Porcelli
Jenner & Block LLP
1 IBM Plaza
Suite 4200
Chicago, Illinois 60611

Joseph C. Espy, III
Melton, Espy & Williams
Post Office Drawer 5130
Montgomery, Alabama 36103

**TAP Pharmaceutical Products, Inc.**
Toni Ann Citera
Jones Day
222 East 41st Street
New York, New York 10017-6702

James R. Daly
J. Ryan Mitchell
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
Leah Poyntner
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**TEVA Pharmaceutical Industries LTD.**
Elizabeth I. Hack
Elizabeth Finberg
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

W. Joseph McCorkle, Jr.
Balch & Bingham, LLP
2 Dexter Avenue
Montgomery, AL 36104

F. Inge Johnstone
Balch & Bingham LLP
1710 6th Avenue North
P.O. Box 306
Birmingham, AL 35201-0306

**Watson Pharmaceuticals, Inc.**
**Watson Laboratories, Inc.**
**Watson Pharma, Inc.**
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005

Steven F. Casey
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

**Wyeth Pharmaceuticals, Inc.**
**Wyeth, Inc.**
Craig Holden
Kelly Davidson
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Maibeth J. Porter
Lee E. Bains, Jr.
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North

Birmingham, Alabama 35203-2618
Peck Fox
Maynard, Cooper & Gale, P.C.
201 Monroe Street
Suite 1650
Montgomery, Alabama 36104-3720

**State of Alabama**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
Hand, Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Beasley, Allen Crow, Methvin,
Portis & Miles, PC
P. O. Box 4160
Montgomery, Alabama 36103-4160

# EXHIBIT A

E-SERVED 04/08/05 06:02 PM ET AWP-MDL No. 1456

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | |
| **THIS DOCUMENT RELATES TO:**<br><br>County of Suffolk v. Abbott Laboratories, et al.<br>Civ. Action No. 1:03-cv-10643 | **MDL NO. 1456**<br>**CIVIL ACTION NO. 01-12257-PBS** |

**<u>MEMORANDUM AND ORDER</u>**

April 8, 2005

Saris, U.S.D.J.

In ruling on the Defendants' motions to dismiss, the Court required Suffolk to present more particular information about its allegation that the published Average Wholesale Price ("AWP") for each drug was fraudulent. Specifically, Suffolk was asked to provide its basis for calculating a spread between the published AWP and the actual average price at which the drug is sold by wholesalers. <u>See</u> <u>In re Pharm. Indus. Average Wholesale Price Litig.</u>, No. 01-12257, 2004 WL 2387125, at *2 (D. Mass. Oct. 26, 2004).

Suffolk presented the affidavit of Aaron Hovan, an associate at Kirby McInerney & Squire LLP, who explained that his technique for calculating the spread was to compare the published AWP with what he calculated as an actual average wholesale price for each drug. He first obtained a sampling of retail prices from four

E-SERVED 04/08/05 06:02 PM ET AWP-MDL No. 1456

online drug stores. Relying on a statement in an article comparing the Canadian and American drug systems, he assumed that retail prices for American drugs are on average 1.27 times their wholesale prices. See John R. Graham & Beverly A. Robson, Prescription Drug Prices in Canada and the United States - Part 1: A Comparative Survey, n.1, at http://oldfraser.lexi.net/publications/pps/42/s7_notes.html#FN_03 (last modified Aug. 23, 2000). He confirmed the reasonableness of this ratio with several of Suffolk's industry experts. He then used this average difference between actual wholesale and retail prices to obtain the estimated actual sale prices found in the Complaint. Suffolk compared this "actual sale price" to AWP minus 10%, the rate contained in New York's reimbursement formula, to obtain the alleged spread.

This method is not sufficient to plead allegations of fraud with particularity. In light of the fact that there are approximately 60,000 prescription drugs in the United States, the use of the purported average difference between wholesale and retail, 1.27, to calculate the actual wholesale prices for each drug is inadequate.

E-SERVED
04/08/05
06:02 PM ET
AWP-MDL No.1456

**ORDER**

The motion to dismiss the remaining AWP claims against the "Suffolk 13" and Defendants Amgen, Inc., Chiron Corporation, Fujisawa Pharmaceutical Company, Ltd., Johnson & Johnson, Warrick Pharmaceuticals, and Wyeth for failure to comply with Rule 9(b) is **ALLOWED**.

**S/PATTI B. SARIS**
United States District Judge