UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE STATE OF ALABAMA<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., ET AL.<br><br>Defendants. | CASE NO.: 2:05CV647-M |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's January 14, 2000 Order regarding Corporate Disclosure Statements, the undersigned attorney of record for defendants Baxter Healthcare Corporation and Baxter International Inc. hereby states that Baxter Healthcare Corporation (U.S.) is a wholly-owned subsidiary of Baxter International Inc. Baxter International Inc. does not have a parent corporation. Baxter International Inc. has issued shares to the public, but its subsidiaries have not. Furthermore, no publicly held company owns more than 10% of the stock issued by Baxter International Inc.

Dated: July 18th, 2005

Respectfully submitted:

Baxter Healthcare Corporation and
Baxter International Inc.

BY: /s/ J. Rushton McClees
J. Rushton McClees (MCCLJ8805)
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101

**Of Counsel**:
Merle M. DeLancey
Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W
Washington, D.C. 20037
Tel: (202)785-9700
Fax: (202) 887-0689