**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 18, 2005

# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: State of Alabama v. Abbott Laboratories, Inc. et al**
**Case Number: 2:05-cv-00647-M**

**This Notice of Correction was filed in the referenced case this date to attach PDF documents which are attachments to the Notice of Removal PDF document previously submitted.**

**The additional PDF documents are attached to this notice for your review. Reference is made to document # 1 filed on July 13, 2005.**