IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,

Plaintiff,

v.

ABBOTT LABORATORIES, INC., et al.,,

Defendants.

Case No. CV 2005-219

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2005 JUN 28 PM 3:38

**DEFENDANT ANDRX CORPORATION'S INDIVIDUAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Andrx Corporation ("Andrx Corp.") makes a *special and limited appearance* in this case for the limited purpose of filing this motion to dismiss under Alabama Rule of Civil Procedure 12(b)(2), because Andrx Corp. is not subject to personal jurisdiction in the State of Alabama.

## PRELIMINARY STATEMENT

On or about January 27, 2005, Plaintiff caused a summons, together with its Complaint (the "Complaint"), to be served on Andrx Corp. by certified mail, delivered to its corporate headquarters located at 4955 Orange Drive, Davie, Florida. Plaintiff's First Amended Complaint (the "F.A.C.") was served on or about April 13, 2005. The F.A.C. is forty-eight (48) pages long and consists of 152 separate paragraphs. Despite its prolixity, the F.A.C. contains only two paragraphs that even reference Andrx Corp. Those paragraphs provide in their entirety:

> 16. Defendant Andrx Corporation ("Andrx") is a Delaware corporation with its principal place of business located at 4955 Orange Drive, Davie, FL 33314.

* * *

> 18. Andrx and Andrx Pharm [Andrx Pharmaceuticals] (collectively, the "Andrx Defendants") are diversified health care companies that individually, and/or in combination with one another, engage in the business of manufacturing, distributing, marketing, and/or selling prescription drugs that are reimbursed by state Medicaid agencies nationwide. Pharmaceuticals that are manufactured, distributed, marketed, and/or sold by the Andrx Defendants and reimbursed by Alabama Medicaid include, but are not limited to, Cartia XT®, Albuterol, Famotidine, Glipizide ER, Metoformin HCL, and Potassium Chloride.

F.A.C. at ¶¶ 16 & 18. There is no other reference to Andrx Corp. in the F.A.C. Thus, the F.A.C. is silent as to the factual and legal basis for Plaintiff's purported claims against Andrx Corp. Moreover, the Complaint is silent as to the basis for the Court's exercise of personal jurisdiction over this non-resident defendant. Under these circumstances, Plaintiff's claims against Andrx Corp. should be dismissed because the Court lacks personal jurisdiction over it.

Plaintiff bears the burden of establishing personal jurisdiction over Andrx Corp. Its F.A.C., however, is woefully silent on this issue. All that can be gleaned from paragraphs 16 and 18 is that Andrx Corp. is a Delaware Corporation with its principal place of business located in Davie, Florida, and that either Andrx Corp. or its affiliate, Andrx Pharmaceuticals, Inc. ("Andrx Pharm"), manufactures and distributes pharmaceutical products that are reimbursed by Alabama Medicaid. The F.A.C. on its face thereby demonstrates that Andrx Corp. is neither incorporated in nor present in Alabama. Since there are no additional allegations with respect to Andrx Corp. to be found in the F.A.C., there is not even the barest allegation to support any contention that Andrx Corp.'s forum-based activities, or even its activities with respect to the events at issue in this particular lawsuit, have any relationship to the claims made against it in the F.A.C. In fact, Andrx Corp. is a holding company that does not engage in any business operations and, in particular, neither manufactures nor distributes any pharmaceutical products that are (or ever

have been) reimbursed by Alabama Medicaid. Thus, the F.A.C. as to Andrx Corp. should be dismissed in its entirety for lack of personal jurisdiction.[1]

## ARGUMENT

### I. THE CLAIMS AGAINST ANDRX CORP. SHOULD BE DISMISSED FOR LACK OF PERSONAL JURISDICTION

#### A. Personal Jurisdiction Over Non-Resident Defendants Must Satisfy Both Rule 4.2 Of The Alabama Rules Of Civil Procedure And The Requirements Of Due Process

Before this Court may exercise personal jurisdiction over Andrx Corp., it must find sufficient contacts between Andrx Corp. and the forum to satisfy the Alabama long-arm statute, the Alabama Constitution, and the Fourteenth Amendment's Due Process clause. *See Elliott v. Van Kleef*, 830 So.2d 726, 729 (Ala. 2002). Rule 4.2 of the Alabama Rules of Civil Procedure "extends the personal jurisdiction of Alabama courts to the limits of due process under the federal and state constitutions." *Elliott*, 830 So.2d at 727. It requires that a "person or entity has such contacts with this state that the prosecution of the action against the person or entity in this state is not inconsistent with the constitution of this state or the Constitution of the United States." Rule 4.2.

The constitutional standard by which jurisdictional claims are evaluated hinges on whether the non-resident defendant possesses sufficient contacts with the forum state such that subjecting him or her or it to the forum's jurisdiction does not offend "traditional notions of fair play and substantial justice." *International Shoe Co. v. Washington*, 326 U.S. 310, 316, (1945). The United States Supreme Court has further refined the concept of minimum contacts to include

---

[1] In the event that the Court for some reason concludes that Andrx Corp. is subject to personal jurisdiction in Alabama and therefore denies Andrx Corp.'s motion to dismiss on this basis, the F.A.C. should nevertheless be dismissed on the grounds set forth in (i) Defendants' Joint Memorandum of Law in Support of Their Motion to Dismiss, and (ii) The "Alabama Ten" Group of Defendants' Supplemental Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint, filed concurrently herewith.

the requirement of "purposeful availment" – that is, "some act by which the defendant purposefully avails itself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of its laws." *Hanson v. Denckla*, 357 U.S. 235, 253 (1958). "The critical question with regard to the nonresident defendant's contacts is whether the contacts are such that the nonresident defendant 'should reasonably anticipate being haled into court' in the forum state." *Elliot*, 830 So.2d at 730 (quoting *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 295 (1980)).

In order for a foreign defendant to be found subject to personal jurisdiction in Alabama, Rule 4.2 requires that the plaintiff demonstrate that the defendant has either general (continuous and systematic contacts with the forum state that are unrelated to the cause of action) or specific contacts (contacts that are related to the cause of action) with the State of Alabama. *See Wenger Tree Serv. v. Royal Truck & Equip., Inc.*, 853 So.2d 888 (Ala. 2002); *Andalusia Distrib. Co. v. Singer Hardware Co.*, 822 So.2d 1180, 1181 (Ala. 2001). "Only after such minimum contacts have been established does a court then consider those contacts in the light of other factors – such as the burden on the defendant of litigating in the forum state and the forum state's interest in adjudicating the dispute to determine whether the exercise of personal jurisdiction over the nonresident defendant comports with 'traditional notions of fair play and substantial justice.'" *Elliott*, 830 So.2d at 731 (citations omitted) (quoting *International Shoe*, 326 U.S. at 316).

### B. Plaintiff Cannot Satisfy Its Burden Of Establishing Every Fact Necessary To Establish Jurisdiction

Plaintiff bears the burden of proving that jurisdiction lies in the forum state. *See McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936); *Ex parte Georgia Farm Bureau Mutual Auto. Ins. Co.*, 889 So.2d 545, 549 (Ala. 2004) (quoting *Daynard v. Ness, Motley,*

*Loadholt, Richardson & Poole, P.A.*, 290 F.3d 42, 50 (1st Cir. 2002)); *Ex parte Covington Pike Dodge, Inc.*, No. 1030382, 2004 WL 2914918, at *1 (Ala. Dec. 17, 2004). Furthermore,

> where . . . a [court] elects to dispose of a . . . motion to dismiss for lack of personal jurisdiction without holding an evidentiary hearing, the "prima facie" standard should govern the Court's review. Under this standard, it is plaintiff's burden to demonstrate the existence of "every fact'" required to satisfy "both the forum's long-arm statute and the due process clause of the Constitution."

*United Elec. Workers v. 163 Pleasant Street Corp.*, 987 F.2d 39, 43-44 (1st Cir. 1993).

Plaintiff has not alleged that Andrx Corp. is a resident of this state. Nor has Plaintiff alleged that Andrx Corp. has personally transacted or solicited any business in Alabama. Instead, Plaintiff has merely alleged that *either* Andrx Corp. or Andrx Pharm manufactures and distributes certain pharmaceutical products that are reimbursed by Alabama Medicaid. In fact, Andrx Corp. is not engaged in any in-state activities and thus has no contacts with the State of Alabama. *See* Affidavit of Herschel Sparks at ¶ 4. Moreover, Plaintiff can not demonstrate that Andrx Corp. purposely directed any actions toward the forum state, nor that Andrx Corp. could reasonably foresee being subject to Alabama's jurisdiction. *See Elliott*, 830 So.2d at 730-31; *Murray v. Alfab, Inc.*, 601 So.2d 878 (Ala. 1992). As a holding company based in Florida and incorporated in Delaware, Andrx Corp. did not purposefully avail itself of Alabama, having no contacts there in any way, related to this case or otherwise, nor could it foresee that it would be subject to jurisdiction in Alabama's courts.

Given these facts and the failure to allege other probative facts in the F.A.C., the Court may not exercise personal jurisdiction – whether general or specific – over Andrx Corp.

WHEREFORE, Defendant Andrx Corporation moves to dismiss the First Amended Complaint with prejudice for lack of personal jurisdiction.

Dated: Montgomery, Alabama
June 28, 2005

Respectfully submitted,

James H. Anderson (AND021)
BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST, P.C.
250 Commerce Street, Suite 100
P.O. Box 1988
Montgomery, Alabama 36102
Telephone: (334) 834-5311
Facsimile: (334) 834-5362

Attorneys for Defendant

**ANDRX CORPORATION**

Of Counsel,

Robert J. Muldoon, Jr.
James W. Matthews
Katy E. Koski
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 646-2000
Facsimile: (617) 646-2222

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel for the State of Alabama:

**State of Alabama**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
Hand, Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Beasley, Allen Crow, Methvin,
Portis & Miles, PC
P. O. Box 4160
Montgomery, Alabama 36103-4160

by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed to them on this the 28th day of June, 2005.

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Memorandum by electronic mail upon counsel for each of the remaining parties listed below on the same date.

OF COUNSEL

**Abbott Laboratories, Inc.**
Toni Ann Citera
Jones Day
222 East 41st Street
New York, New York 10017-6702

James R. Daly
Jeremy P. Cole
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
Leah Poynter
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**Alcon Laboratories, Inc.**
Archibald Reeves, IV
McDowell Knight Roedder & Sledge, L.L.C.
63 South Royal Street
Suite 900
Mobile, Alabama 36602

**Allergan, Inc.**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Bradley Arant LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Alpharma, Inc.**
**PurePac Pharmaceutical Co.**
John R. Fleder
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005

Steven F. Casey
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

**Amgen Inc.**
Joseph H. Young
Steven F. Barley
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202

Anthony A. Joseph
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

**Andrx Corporation**
**Andrx Pharmaceuticals, Inc.**
Robert J. Muldoon, Jr.
James W. Matthews
Katy E. Koski
Sherin Lodgen LLP
101 Federal Street
Boston, MA 02110

James H. Anderson
Beers, Anderson, Jackson, Patty
& Van Heest, P.C.
P.O. Box 1988
Montgomery, AL 36102

**AstraZeneca Pharmaceuticals LP**
**AstraZeneca LP**
D. Scott Wise
Michael Flynn
Kim Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Tom Christian
Sharon Stuart
Christian & Small
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

**Aventis Pharmaceuticals Inc.**
Carlos Provencio
Shook Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, N.W.
Suite 800
Washington, D.C. 20005-2004

Michael Koon
Joseph Matye
Nicola Heskett
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108

Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347

**Aventis Behring, LLC**
**ZLB Behring, LLC**
William D. Nussbaum
Jonathan T. Rees
Gregory Petouvis
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347

**Barr Laboratories, Inc.**
Karen Walker
Pamela Auerbach
Sean Trende
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005

Bruce F. Rogers
Bainbridge, Mims, Rogers & Smith LLP
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama 35253

**Baxter International**
**Baxter Healthcare Corporation**
Merle DeLancey
Tina Reynolds
Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, DC 20037-1526

Rushton McClees
Sirote & Permutt, P.C.
2311 Highland Avenue
Birmingham, Alabama 35205

**Bayer Corporation**
**Bayer Pharmaceuticals Corporation**
**Bayer Healthcare, LLC**
Richard Raskin
Michael Doss
Sara Rankin
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Bradley Arant LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Biovail Pharmaceuticals, Inc.**
F.M. Haston, III
Bradley Arant LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Boehringer Ingelheim Corporation**
**Boehringer Ingelheim Pharmaceuticals**
**Roxane Labs, Inc.**
Paul Coval
Douglas L. Rogers
Darrell A. H. Miller
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

Sandy Robinson
Cabaniss, Johnston, Gardner, Dumas & O'Neal
Post Office Box 2906
Mobile, Alabama 36652

**Bristol-Myers Squibb Co.**
Lyndon M. Tretter
Steven M. Edwards
James Zucker
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022

Harlan I. Prater, IV
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

**Dey, L.P.**
Paul F. Doyle
Christopher C. Palermo
Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Joseph W. Letzer
Gary M. London
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

**Eisai, Inc.**
Brien T. O'Connor
E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE, LLP
1819 5th Avenue North
Birmingham, Alabama 35203-2104

**Eli Lilly and Company**
William Davis
Mitz, Levin, Cohen, Ferris
Glovsky & Popeo
701 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004

Tabor R. Novak, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**Endo Pharmaceuticals, Inc.**
Jonathan Stern
Nathan Cortez
David Fauvre
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**ETHEX Corporation**
Robert S. Litt
Justin Antonipillai
Michael Rinaldi
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**Forest Laboratories, Inc.**
**Forest Pharmaceuticals, Inc.**
Peter Venaglia
Brian Rafferty
Dornbush Schaeffer, Strongin
& Weinstein, LLP
747 Third Avenue
New York, New York 10017

William Hardie
Johnstone Adams
Post Office Box 1988
Mobile, Alabama 36633-1988

**Fujisawa Healthcare, Inc.**
**Fujisawa USA, Inc.**
Kathleen McGuan
Andrew Hurst
Reed Smith LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005

Richard L. Sharff, Jr.
Bradley, Arant, Rose & White
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

**Genzyme Corporation**
Brien T. O'Connor
Eric Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE, LLP
1819 5th Avenue North
Birmingham, Alabama 35203-2104

**Gilead Sciences, Inc.**
Robert S. Litt
Jessica Medina
Rebecca Dubin
Arnold & Porter LLP
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**Hoffmann-La Roche Inc.**
Kevin Sullivan
Grace Rodriguez
John Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601

**Immunex Corporation**
David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

W. Stancil Starnes
Starnes & Atchison LLP
7th Floor
100 Brookwood Place
Post Office Box 598512
Birmingham, AL 35259-8512

**IVAX Corporation**
**IVAX Pharmaceuticals, Inc.**
Bruce Wessel
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276

George W. Walker, III
Copeland, Franco, Screws & Gill, P.A.
Montgomery, AL 36101-0347

**Johnson & Johnson**
**ALZA Corporation**
**Janssen Pharmaceutica Products, L.P.**
**McNeil-PPC, Inc.**
**Ortho Biotech Products, L.P.**
**Ortho-McNeil Pharmaceutical, Inc.**
William F. Cavanaugh
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Robert F. Northcutt
James H. McLemore
Capell & Howard, P.C.
150 South Perry Street [36104]
Post Office Box 2069
Montgomery, Alabama 36102-2069

**K-V Pharmaceutical Company**
Robert S. Litt
Justin Antonipillai
Michael Rinaldi
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

Lawrence Clark
Robert Eckinger
Michael Wade
Adams & Reese LLP
Concord Center
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203

**Mylan Laboratories Inc.**
**Mylan Pharmaceuticals Inc.**
**UDL Laboratories, Inc.**
Gary Greenberg
Louis J. Scerra, Jr.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

David Long-Daniels
Greenberg Traurig, LLP
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327

**Novartis Pharmaceuticals Corporation**
Saul Morgenstern
Jane W. Parver
Mark Godler
Kay Scholer LLP
425 Park Avenue
New York, New York 10022-3598

William D. Coleman
James N. Walter, Jr.
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

**Novo Nordisk**
Richard Raskin
Michael Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
Bradly, Arant LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Organon Pharmaceuticals USA**
William Campos
David Covey
Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street
New York, New York 10004

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601

**Par Pharmaceutical, Inc.**
Richard Cooper
Paul K. Dueffert
Thomas J. Roberts
Catherine Levy
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

George W. Walker
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

**Pfizer Inc.**
**Agouron Pharmaceuticals, Inc.**
**Pharmacia Corporation**
**Pharmacia & Upjohn Company**
**G.D. Searle, LLC**
Scott Stempel
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

John C. Dodds
Kimberly K. Heuer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Philip H. Butler
Bradley, Arant, Rose & White LLP
Alabama Center for Commerce Bldg.
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Purdue Pharma, L.P.**
Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

Harlan Prater
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

**Roche Laboratories, Inc.**
Kevin Sullivan
Grace Rodriguez
John Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601

**Sandoz, Inc.**
Wayne Cross
Michael Gallagher
Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, New York 10036-2787

C. Clay Torbert, III
Capell & Howard, P.C.
150 South Perry Street
Montgomery, Alabama 36104

**Sanofi-Synthelabo Inc.**
Kevin Sullivan
Grace Rodriguez
John Shakow
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347

**Schering-Plough Corporation**
**Warrick Pharmaceuticals Corporation**
Brien T. O'Connor
John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

J. Steven Baughman
Christopher May
Ropes & Gray LLP
One Metro Center
700 12th Street N.W., Suite 900
Washington, D.C. 20005

John A. Henig, Jr.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

**SmithKline Beecham Corporation**
**d/b/a GlaxoSmithKline**
Joseph P. Babington
HELMSING LEACH HERLONG NEWMAN & ROUSE
150 Government St.
Suite 2000
Mobile, Alabama 36602

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, D.C. 20004

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304

Thomas H. Lee II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark D. Seltzer
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116

**Takeda Pharmaceuticals North America, Inc.**
Robert Stauffer
Anthony C. Porcelli
Jenner & Block LLP
1 IBM Plaza
Suite 4200
Chicago, Illinois 60611

Joseph C. Espy, III
Melton, Espy & Williams
Post Office Drawer 5130
Montgomery, Alabama 36103

**TAP Pharmaceutical Products, Inc.**
Toni Ann Citera
Jones Day
222 East 41st Street
New York, New York 10017-6702

James R. Daly
Jeremy P. Cole
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
Leah Poyntner
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**TEVA Pharmaceutical Industries LTD.**
Elizabeth I. Hack
Elizabeth Finberg
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

W. Joseph McCorkle, Jr.
Balch & Bingham, LLP
2 Dexter Avenue
Montgomery, AL 36104

F. Inge Johnstone
Balch & Bingham LLP
1710 6th Avenue North
P.O. Box 306
Birmingham, AL 35201-0306

**Watson Pharmaceuticals, Inc.**
**Watson Pharma, Inc.**
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005

Steven F. Casey
Balch & Bingham LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

**Wyeth Pharmaceuticals, Inc.**
**Wyeth, Inc.**
Craig Holden
Kelly Davidson
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Maibeth J. Porter
Lee E. Bains, Jr.
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

Peck Fox
Maynard, Cooper & Gale, P.C.
201 Monroe Street
Suite 1650
Montgomery, Alabama 36104-3720

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA,<br>Plaintiff,<br>v.<br>ABBOTT LABORATORIES, INC., et al.,,<br>Defendants. | Case No. CV 2005-219 |

**AFFIDAVIT**

I, Herschel Sparks, under oath, depose and say as follows:

1. I am the Chief Litigation Counsel at Andrx Corporation ("Andrx Corp.").
2. I have personal knowledge of the matters set forth in this affidavit.
3. Andrx Corp. is a Delaware corporation with a principal place of business in the State of Florida.
4. Andrx Corp. does not conduct any business or otherwise have contacts with the State of Alabama.
5. Andrx does not manufacture, sell, or distribute pharmaceuticals in any capacity.

Signed under the pains and penalties of perjury this twenty seventh day of June, 2005.

Herschel Sparks