**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **05-CV-647** |
| | ) | |
| **ABBOTT LABORATORIES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the standing order of this Court and Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant ETHEX Corporation submit this Corporate Disclosure Statement, and hereby state as follows:

1. ETHEX Corporation has only one parent corporation, KV Pharmaceutical Company.

2. ETHEX Corporation is a wholly-owned subsidiary of KV Pharmaceutical Company.

Dated this 18th day of July, 2005.

Respectfully submitted,

[signature]

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP

OF COUNSEL:
Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai

Michael J. Rinaldi
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034
**ATTORNEYS FOR ETHEX CORPORATION**

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 18th day of July, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

OF COUNSEL