**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **05-CV-647** |
| | ) | |
| **ABBOTT LABORATORIES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the standing order of this Court and Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant KV Pharmaceutical Company submit this Corporate Disclosure Statement, and hereby state as follows:

1. KV Pharmaceutical Company does not have any parent corporations, and no publicly-traded company owns 10% or more of KV Pharmaceutical Company's stock.[1]

Dated this 18th day of July, 2005.

Respectfully submitted,

[signature]

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP

OF COUNSEL:
Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai

[1] KV has moved to dismiss the amended complaint for lack of personal jurisdiction, and KV specifically reserves its personal jurisdiction objection and intends to fully brief it at an appropriate time.

Michael J. Rinaldi
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034
**ATTORNEYS FOR KV PHARMACEUTICAL COMPANY**

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 18th day of July, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

OF COUNSEL