/s/ George R. Parker
Of Counsel