/s/ George R. Parker

Of Counsel