**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **05-CV-647** |
| | ) | |
| **ABBOTT LABORATORIES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the standing order of this Court and Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Endo Pharmaceuticals Inc., submit this Corporate Disclosure Statement, and hereby state as follows:

1. Endo Pharmaceuticals Inc., is a wholly-owned subsidiary of Endo Pharmaceuticals Holdings Inc.

2. No publicly traded company owns more than 10% of stock in Endo Pharmaceuticals Holdings Inc.

Dated this 19th day of July, 2005.

Respectfully submitted,

Gilbert C. Steindorff IV

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000

OF COUNSEL:
Jonathan L. Stern
David D. Fauvre
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000

Facsimile: (202) 942-5999

Facsimile: (205) 250-5034

**ATTORNEYS FOR ENDO PHARMACEUTICALS INC.**

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 19th day of July, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

OF COUNSEL