**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05cv647-M |
| | ) | |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 7.1 DISCLOSURE OF**
**DEFENDANT TEVA PHARMACEUTICALS USA, INC.**

Defendant Teva Pharmaceuticals USA, Inc., in accordance with Rule 7.1 of the *Federal Rules of Civil Procedure* and this Court's Order Regarding Corporate Disclosure Statements, makes the following disclosure:

1. Teva Pharmaceuticals USA Inc. is wholly-owned by Orvet UK Limited.

2. Orvet UK Limited is wholly-owned by Teva Pharmaceuticals B.V.

3. Teva Pharmaceuticals B.V. is wholly-owned by Teva Pharmaceutical Industries, Ltd.

4. Teva Pharmaceutical Industries, Ltd is a publicly- traded entity.

5. Teva Pharmaceuticals USA, Inc. has no subsidiaries and no company other than as mentioned herein owns more than 10% of its stock.

6. Teva Pharmaceutical USA, Inc. has the following affiliates and related entities: Teva Pharmaceutical Finance II, LLC, Teva Pharmaceutical Finance III, LLC, Teva Pharmaceutical Finance B.V., Teva Pharmaceutical Finance II B.V., Teva Pharmaceutical Finance III B.V., Teva Pharmaceuticals Finance Ireland Limited, Teva Pharmaceutical Finance

Iceland I HF., Teva Pharmaceutical Finance Iceland II HF., Orvet Pharmaceuticals Finance S.A., and SICOR, Inc.

Respectfully submitted this the 19th day of July, 2005.

*s/ F. Inge Johnstone*
Attorney for Defendant,
Teva Pharmaceuticals USA

**OF COUNSEL:**

W. Joseph McCorkle, Jr. (MCC-056)
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

F. Inge Johnstone (JOH-159)
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Elizabeth I. Hack
T. Reed Stephens
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Suite 600 East Tower
Washington, D.C. 20005
Telephone: (202) 408-9236
Facsimile: (202) 408-6399

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed to them or by email on this the 19th day of July, 2005:

*s/ F. Inge Johnstone*
OF COUNSEL

Andrew Hurst ahurst@reedsmith.com
Andy Schau adschau@pbwt.com
Anthony A. Joseph aaj@jbpp.com
Anthony C. Porcelli aporcelli@jenner.com
Archibald Reeves, IV areeves@mcdowellknight.com
Betsy Collins bcollins@alston.com
Bill Cavanaugh wfcavanaugh@pbwt.com
Brendan Woodard bwoodard@whitecase.com
Brian Rafferty rafferty@dsswlaw.com
Brien T. O'Connor boconnor@ropesgray.com
Bruce F. Rogers brogers@bmrslaw.com
Bruce Wessel bwessel@irell.com
Carlos Provencio cprovencio@shb.com
Christopher C. Palermo cpalermo@kelleydrye.com
Christopher May christopher.may@ropesgray.com
Clay Torbert cct@chlaw.com
Craig Holden scholden@ober.com
D. Scott Wise d.wise@dpw.com
Darrell A. H. Miller dahmiller@vssp.com
Dave Burman dburman@perkinscoie.com
David Covey david.covey@sdma.com
David Fauvre david_fauvre@aporter.com
David Long-Daniels long-danielsd@gtlaw.com
Douglas Farquhar dbf@hpm.com
Douglas L. Rogers dlrogers@vssp.com
E. Abim Thomas athomas@ropesgray.com
Edward S. Sledge, III esledge@mcdowellknight.com
Elizabeth Finberg efinberg@sonnenschein.com
Elizabeth I. Hack ehack@sonnenschein.com
Eric Christofferson eric.christofferson@ropesgray.com
Erik Haas ehaas@pbwt.com
Frederick Herold frederick.herold@dechert.com
Gary Greenberg greenbergg@gtlaw.com
Gary M. London glondon@burr.com
Geoffrey Hobart ghobart@hklaw.com
George W. Walker walker@copelandfranco.com

| | |
|---|---|
| Grace Rodriguez | gmrodriguez@kslaw.com |
| Gregory Petouvis | gmpetouvis@hhlaw.com |
| Hank Young | jhyoung@hhlaw.com |
| Harlan I. Prater, IV | hprater@lfwlaw.com |
| Inge Johnstone | ijohnsto@balch.com |
| J. Rushton McClees | rmcclees@sirote.com |
| J. Steven Baughman | sbaughman@ropesgray.com |
| Jack Dodds | jdodds@morganlewis.com |
| James Hayes | jhayes@wc.com |
| James Matthews | jwmatthews@sherin.com |
| James N. Walter, Jr. | jnw@chlaw.com |
| James R. Daly | jrdaly@jonesday.com |
| James Zucker | jszucker@hhlaw.com |
| Jane W. Parver | jparver@kayescholer.com |
| Jeremy Cole | jpcole@jonesday.com |
| Jessica Medina | jessica_medina@aporter.com |
| Joe Espy | jespy@mewlegal.com |
| John A. Henig | henig@copelandfranco.com |
| John R. Fleder | jrf@hpm.com |
| John Shakow | jshakow@kslaw.com |
| John Townsend | townsend@hugheshubbard.com |
| Johnson Ansbro | jansbro@orrick.com |
| Jonathan Stern | jonathan_stern@aporter.com |
| Jonathon T. Rees | jtrees@hhlaw.com |
| Joseph P. Babington | jpb@helmsinglaw.com |
| Joseph W. Letzer | jletzer@burr.com |
| Julia Cooper | jcooper@walstonwells.com |
| Justin Antonipillai | justin_antonipillai@aporter.com |
| Karen Walker | kwalker@kirkland.com |
| Kathleen McGuan | kmcguan@reedsmith.com |
| Katie O'Sullivan | kosullivan@perkinscoie.com |
| Katy E. Koski | kekoski@sherin.com |
| Kelly Davidson | kjdavidson@ober.com |
| Kevin Sullivan | krsullivan@kslaw.com |
| Kim Harris | kim.harris@dpw.com |
| Lawrence Clark | lawrence.clark@arlaw.com |
| Leah Poynter | lpoynter@alston.com |
| Lee H. Copeland | copeland@copelandfranco.com |
| Lisa Borden | lborden@bakerdonelson.com |
| Lori A. Schechter | lschechter@mofo.com |
| Louis J. Scerra, Jr. | scerral@gtlaw.com |
| Lyndon Tretter | lmtretter@hhlaw.com |
| March Lynch | mlynch@cov.com |
| Mark Godler | mgodler@kayescholer.com |
| Merle DeLancey | delanceym@dsmo.com |
| Michael Doss | mdoss@sidley.com |

Michael Flynn mflynn@dpw.com
Michael Gallagher mgallagher@whitecase.com
Michael Mervis mmervis@proskauer.com
Michael Rinaldi michael_rinaldi@aporter.com
Michael Wade michael.wade@arlaw.com
Mike Koon mkoon@shb.com
Nathan Cortez nathan_cortez@aporter.com
Neil Merkl nmerkl@kelleydrye.com
Nicola Heskett nheskett@shb.com
Pamela Auerbach pauerbach@kirkland.com
Paul Coval pjcoval@vssp.com
Paul F. Doyle pdoyle@kelleydrye.com
Paul K. Dueffert pdueffert@wc.com
Peter Venaglia venaglia@dsswlaw.com
Philip H. Butler pbutler@bradleyarant.com
Rebecca Dubin rebecca_dubin@aporter.com
Richard Cooper rcooper@wc.com
Richard H. Gill gill@copelandfranco.com
Richard Mark rmark@orrick.com
Richard Raskin rraskin@sidley.com
Richard Sharff, Jr. rsharff@bradleyarant.com
Robert C. Brock rcb@rsjg.com
Robert Eckinger robert.eckinger@arlaw.com
Robert F. Northcutt rfn@chlaw.com
Robert Funkhouser funkhous@hugheshubbard.com
Robert Huffaker rah@rsjg.com
Robert J. Muldoon, Jr. rjmuldoon@sherin.com
Robert R. Stauffer rstauffer@jenner.com
Robert Reznick reznick@hugheshubbard.com
Robert S. Litt robert_litt@aporter.com
Ronald G. Dove, Jr. rdove@cov.com
Ronald Rauchberg rrauchberg@proskauer.com
Sam Blair sblair@bakerdonelson.com
Sandy Robinson sgr@cabaniss.com
Sara Rankin srankin@sidley.com
Saul Morgenstern smorgenstern@kayescholer.com
Scott Stempel sstempel@morganlewis.com
Sean Trende strende@kirkland.com
Sharon Stuart sdstuart@csattorneys.com
Sivan Korn skorn@orrick.com
Stan Starnes wss@starneslaw.com
Steve Barley sfbarley@hhlaw.com
Steve Casey scasey@balch.com
Steve Edwards smedwards@hhlaw.com
Steve Umin sumin@wc.com
Lee Bains lbains@mcglaw.com

Maibeth J. Porter mporter@mcglaw.com
Peck Fox pfox@mcglaw.com
Susan Avant savant@balch.com
T Reed Stephens rstephens@sonnenschein.com
Tabor Novak tnovak@ball-ball.com
Thomas J. Roberts troberts@wc.com
Tina Reynolds reynoldst@dsmo.com
Tom Christian twchristian@scattorneys.com
Toni-Ann Citera tcitera@jonesday.com
Tripp Haston thaston@bradleyarant.com
Wayne Cross wcross@whitecase.com
William Campos william.campos@sdma.com
William D. Coleman wdc@chlaw.com
William D. Nussbaum wdnussbaum@hhlaw.com
William Davis wadavis@mintz.com
William Hardie whh@johnstoneadams.com
Zoe Philippides zphilippides@perkinscoie.com

**State of Alabama**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
HAND, ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
BEASLEY, ALLEN CROW, METHVIN,
PORTIS & MILES, PC
P. O. Box 4160
Montgomery, Alabama 36103-4160