**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **05-CV-647** |
| | ) | |
| **ABBOTT LABORATORIES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the standing order of this Court and Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Gilead Sciences, Inc., submit this Corporate Disclosure Statement, and hereby state as follows:

1. Gilead Sciences, Inc. does not have any parent corporations, and no publicly-traded company owns 10% or more of Gilead Sciences, Inc.'s stock.

Dated this 19th day of July, 2005.

Respectfully submitted,

Gilbert C Steindorff IV

Lawrence B. Clark (CLA-012)
Robert D. Eckinger (ECK-001)
Gilbert C. Steindorff, IV (STE-173)
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

**ATTORNEYS FOR GILEAD SCIENCES, INC.**

OF COUNSEL:
Robert S. Litt
Rebecca L. Dubin
Joel E. Richardson
Jessica L. Medina
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 19th day of July, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

OF COUNSEL