s/ George W. Walker, III
Of Counsel

s/ John A. Henig, Jr.

Of Counsel

s/ Lee H. Copeland
Of Counsel

s/ Richard H. Gill
Of Counsel