s/ John A. Henig, Jr.
Of Counsel