**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **CV-2005-647** |
| **ABBOTT LABORATORIES, INC., *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**CORPORATE DISCLOSURE**
**FOR ALPHARMA, INC.**

Pursuant to this Court's General Order Civil Misc. No. 3047, General Disclosure Statement, the undersigned counsel for defendant Alpharma, Inc. (a non-governmental corporate party) hereby certifies that Alpharma, Inc. is a publicly held corporation. Alpharma, Inc. has no parent companies and no publicly-held corporation owns 10% or more of the outstanding stock of Alpharma, Inc.

Respectfully submitted,

/s/ Steven F. Casey
Bar No.: ASB-3548-E67S
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com

John R. Fleder
*Admitted Pro Hac Vice*
HYMAN, PHELPS & McNAMARA, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 737-4580
Facsimile: (202) 737-9329
Email: jrf@hpm.com

Donald R. Jones, Jr.
Bar No.: ASB-8900-O67D
2000 Interstate Park Drive, Suite 104
Montgomery, Alabama 36109
Telephone: (334) 277-3939
Facsimile: (334) 277-3772
Email: don@djoneslaw.com

*Attorneys for Defendants,*
*Alpharma, Inc.*

Dated: July 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

/s/ Steven F. Casey