**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **CV-2005-647** |
| **ABBOTT LABORATORIES, INC., *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**CORPORATE DISCLOSURE**
**FOR WATSON PHARMA, INC. AND WATSON PHARMACEUTICALS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Watson Pharmaceuticals, Inc. (a non-governmental corporate party) hereby certifies that Watson Pharmaceuticals, Inc. is a publicly held corporation. Watson Pharmaceuticals, Inc. has no parent companies and no publicly-held corporation owns 10% or more of the outstanding stock of Watson Pharmaceuticals, Inc. Watson Pharma, Inc. is a wholly owned subsidiary of Watson Pharmaceuticals, Inc.

Respectfully submitted,

/s/ Steven F. Casey
Bar No.: ASB-3548-E67S
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com

Douglas B. Farquhar
*Admitted Pro Hac Vice*
HYMAN, PHELPS & McNAMARA, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 737-5600
Facsimile: (202) 737-9329
Email: dbf@hpm.com

*Attorneys for Defendants,*
*Watson Pharma, Inc. and*
*Watson Pharmaceuticals, Inc.*

Dated: July 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

/s/ Steven F. Casey