## NOTICE OF ELECTRONIC FILING

I hereby certify that on this 19th day of July, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants by electronic means.

Service via separate electronic means has been made on the following:

Steve Barley (sfbarley@hhlaw.com); Sam Blair (sblair@bakerdonelson.com); Dave Burman (dburman@perkinscoie.com); tcheung@mofo.com; Toni-Ann Citera (tcitera@jonesday.com); Julia Cooper (jcooper@walstonwells.com); Richard Cooper (rcooper@wc.com); Paul Coval (pjcoval@vssp.com); Wayne Cross (wcross@whitecase.com); Merle DeLancey (delanceym@dsmo.com); Michael Doss (mdoss@idley.com); Ronald G. Dove Jr. (rdove@cov.com); Paul F. Doyle (pdoyle@kelleydrye.com); Rebecca Dubin (rebecca_dubin@aporter.com); Paul K. Dueffert (pdueffert@wc.com); Steve Edwards (smedwards@hhlaw.com); David Fauvre (david_fauvre@aporter.com); Michael Doss (mdoss@idley.com); Michael Flynn (mflynn@dpw.com); Michael Gallagher (mgallagher@whitecase.com); Mark Godler (mgodler@kayescholer.com); Elizabeth I Hack (ehack@sonnenschein.com); James Hayes (jhayes@wc.com); Nicola Heskett (nheskett@shb.com); Geoffrey Hobart (ghobart@hklaw.com); Andrew Hurst (ahurst@reedsmith.com); Mike Koon (mkoon@shb.com); Thomas H. Lee II (thomas.lee@dechert.com); Mark Lynch (mlynch@cov.com); James Matthews (jwmatthews@sherin.com); Jessica Medina (jessica_medina@aporter.com); Neil Merkl (nmerkl@KelleyDrye.com); Saul Morgenstern (SMorgenstern@kayescholer.com); William D. Nussbaum (wdnummbaum@hhlaw.com); Brien T. O'Connor (boconnor@ropesgray.com); Katie O'Sullivan (kosullivan@perkinscoie.com); Christopher C. Palermo (CPalerno@KelleyDrye.com); Jane W. Parver (jparver@kayescholer.com); Carlos M. Pelayo (carlos.pelayo@dpw.com); Zoe Philippides (zphilippides@perkinscoie.com); Anthony C. Porcelli (aporcelli@jenner.com); Carlos Provencio (cprovencio@shb.com); Brian Rafferty (rafferty@dsswlaw.com); Richard Raskin (rraskin@sidley.com); Jonathon T. Rees (jtrees@hhlaw.com); Grace Rodriguez (gmrodriguez@kslaw.com); Louis J. Scerra Jr. (scerral@gtlaw.com); Lori A. Schechter (lschechter@mofo.com); Alexandra T. Schimmer (atschimmer@vssp.com); Michael T. Scott (mscott@reedsmith.com); John Starnes (jstarnes@bakerdonelson.com); Robert R. Stauffer (rstauffer@jenner.com); Scott Stempel (sstempel@morganlewis.com); Reed Stephens (rstephens@sonnenschein.com); Jonathan Stern (jonathan_stern@aporter.com); E. Abim Thomas (athomas@ropesgray.com); Lyndon Tretter (lmtretter@hhlaw.com); Steve Umin (sumin@wc.com); Peter Venaglia (venaglia@dsswlaw.com); Karen Walker (kwalker@kirkland.com); Bruce Wessel (bwessel@irell.com ); D. Scott Wise (d.wise@dpw.com); Brendan Woodard (bwoodard@whitecase.com); Douglas Farquhar (dbf@hpm.com); John R. Fleder (jrf@hpm.com); Donald Jones (don@djoneslaw.com); Chris Heinss (cheinss@balch.com)

Service via United States first class mail has been made on the following:

Justin S. Antonipillai
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005

Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Courtney A. Clark
Sherin & Lodgin LLP
101 Federal Street
Boston, MA 02110

Barak Cohen
Kirkland & Ellis
655 15th Street, NW
Suite 1200
Washington, DC 20005

Jonathan D. Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Steven S. Diamond
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Kimberley D. Harris
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Katy E. Koski
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Brian Ledahl
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Warren C. Matthews
Burr & Forman, LLP
201 Monroe Street
Suite 1950, RSA Tower
Montgomery, AL 36104

Joseph G. Matye
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Christopher May
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005

J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Robert J. Muldoon, Jr.
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Joel E. Richardson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Michael J. Rinaldi
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Thomas J. Roberts
Williams & Connolly
725 12th Street, NW
Washington, DC 20005-5901

Mark D. Seltzer
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

Edwin John U
Kirkland & Ellis
655 15th Street, N.W.
Suite 1200
Washington, DC 20005

James M. Vant
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

/s/ Steven F. Casey

Steven F. Casey
Bar No.: ASB-3548-E67S
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com