s/ Lee H. Copeland
Of Counsel