IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV647-M |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER ON MOTION

Upon consideration of the Motion for Admission to Practice Pro Hac Vice (Doc. #25), filed on 18 July 2005, and it appearing that ROBERT R. STAUFFER, ESQ., and ANTHONY C. PORCELLI, ESQ., are members in good standing of the United States District Court for the Northern District of Illinois, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 19th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE