**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 19, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style** **State of Alabama vs. Abbott Laboratories, et al.**
**Civil Action No. 2:05cv647**

**Referenced Pleading:** **Corporate Disclosure Statements**
**Documents 11,12 and 14**

**This Notice of Correction filed in the above referenced case to enter the corrected signature pages into the record and to correct the deficiencies.**