**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| THE STATE OF ALABAMA<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., ET AL.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:05 CV647-M |

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT DEY, L.P.**

Pursuant to the Order of this Court, dated January 14, 2000, Defendant Dey, L.P. ("Dey"), hereby discloses that, through certain intermediate entities that have not issued shares to the public, Merck KGaA of Darmstadt, Germany has an ownership interest in Dey. Merck KGaA is a publicly held company in Germany.

Respectfully submitted,

s/Joseph W. Letzer

Joseph W. Letzer (LET002)
Gary M. London (LON001)
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

Warren C. Matthews (MAT030)
Burr & Forman LLP
Suite 1950, RSA Tower
201 Monroe Street
Montgomery, Alabama 36104

**Attorneys for Dey, L.P.**

Of Counsel:
Paul F. Doyle
Christopher C. Palermo
Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178