s/ George W. Walker, III

Of Counsel