s/ George W. Walker, III
Of Counsel