# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

WILLIAM FRANCIS CAVANAUGH, JR., Bar # WC3474

was duly admitted to practice in this Court on

DECEMBER 14th, 1990, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 18th, 2005

J. MICHAEL McMAHON

Clerk

by: [signature]

Deputy Clerk