**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 20, 2005

# NOTICE OF DEFICIENCY AND COMPLETED CORRECTIONS

**To:** **Counsel of Record**

**From:** **Clerk's Office**

**Case Style:** **State of Alabama vs. Abbott Laboratories, Inc., et al.**

**Case Number:** **2:05cv647**

**Referenced Pleading:** **Corporate Disclosure Statements**
**Documents 48 and 49**

**This notice is filed in the above-referenced case to enter the signed Certificate of Service page.**