## CERTIFICATE OF SERVICE

I do hereby certify that on July 19, 2005, I served a true and correct copy of the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

s/Archibald T. Reeves IV
Archibald T. Reeves, IV
Bar Number: REEVA2720
Edward S. Sledge, III
Bar Number: SLEDE7917
Attorney for Defendant Organon Pharmaceuticals USA, Inc.

**James Harold Anderson**
janderson@beersanderson.com jody@beersanderson.com

**Joseph P. H. Babington**
jpb@helmsinglaw.com cer@helmsinglaw.com

**Roger L. Bates**
rbates@handarendall.com plus40@aol.com

**Jere L. Beasley**
libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com

**Windy Cockrell Bitzer**
wbitzer@handarendall.com drobinson@handarendall.com

**Lisa Wright Borden**
lborden@bakerdonelson.com cblack@bakerdonelson.com

**Robert C. (Mike) Brock**
rcb@rsjg.com pc@rsjg.com

**Chad W. Bryan**
cwb@chlaw.com melissa@chlaw.com;roxie@chlaw.com

**Philip Henry Butler**
pbutler@bradleyarant.com scarmichael@bradleyarant.com

**Clinton Chadwell Carter**
clint.carter@beasleyallen.com michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com

**Steven F. Casey**
scasey@balch.com

**Thomas William Christian**
twchristian@csattorneys.com kjones@csattorneys.com

**Lawrence B. Clark**
lawrence.clark@arlaw.com eve.matthews@arlaw.com

**William D. Coleman**
wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com

**Betsy P. Collins**
bcollins@alston.com

**Julia B. Cooper**

**Lee Hall Copeland**
copeland@copelandfranco.com moseley@copelandfranco.com

**Kelly Jeanne Davidson**
kjdavidson@ober.com

**William Asher Davis**
wadavis@mintz.com krrichardson@mintz.com

**Robert D. Eckinger**
robert.eckinger@arlaw.com

**Joseph C. Espy, III**
jespy@mewlegal.com clucas@mewlegal.com

**Patrick Conor Finnegan**
pcf@helmsinglaw.com cer@helmsinglaw.com

**Alvin Latham (Peck) Fox, Jr**
pfox@mcg-mont.com

**Robert Bruce Funkhouser**
funkhous@hugheshubbard.com

**Charles Nelson Gill**
ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com

**Richard Hamilton Gill**
gill@copelandfranco.com michaud@copelandfranco.com

**William Huger Hardie, Jr**
whh@johnstoneadams.com service@johnstoneadams.com

**Fred M. (Tripp) Haston, III**
thaston@bradleyarant.com lhawkins@bradleyarant.com

**John Alec Henig, Jr**
henig@copelandfranco.com smith@copelandfranco.com

**Frederick Geroge Herold**
frederick.herold@dechert.com

**Kimberly Kaye Heuer**
kheuer@morganlewis.com

**S. Craig Holden**
scholden@ober.com

**Robert A. Huffaker**
rah@rsjg.com va@rsjg.com

**Donald R. Jones, Jr**
don@djoneslaw.com kristi@djoneslaw.com

**Anthony Aaron Joseph**
aaj@jbpp.com

**Troy Robin King**
mmaynard@ago.state.al.us smclure@ago.state.al.us

**Joseph William Letzer**
jletzer@burr.com

**Robert S, Litt**
robert_litt@aporter.com

**Gary M. London**
glondon@burr.com tmoore@burr.com

**David Wayne Long-Daniels**
long-danielsd@gtlaw.com spitzere@gtlaw.com

**Julian Rushton McClees**
rmcclees@sirote.com jboyd@sirote.com

**Walter Joseph McCorkle, Jr**
jmccorkl@balch.com pkervin@balch.com

**James H. McLemore**
jhm@chlaw.com treasure@chlaw.com;roxie@chlaw.com;mandy@chlaw.com

**Wilson Daniel Miles, III**
dee.miles@beasleyallen.com

**Derrick A. Mills**
dmills@lfwlaw.com

**F. Chadwick Morriss**
fcm@rsjg.com jt@rsjg.com;tb@rsjg.com

**Robert F. Northcutt**
rfn@chlaw.com

**Tabor Robert Novak, Jr**
tnovak@ball-ball.com

**Caine O'Rear, III**
corear@handarendall.com

**George Robert Parker**
gparker@bradleyarant.com rpatterson@bradleyarant.com

**Laura Howard Peck**
lhp@starneslaw.com

**Harlan Irby Prater, IV**
hprater@lfwlaw.com

**Robert Philip Reznick**
reznick@hugheshubbard.com

**Sandra Grisham Robinson**
sgr@cabaniss.com kguillott@cabaniss.com

**Bruce F. Rogers**
brogers@bmrslaw.com

**Stephen Jackson Rowe**
srowe@lfwlaw.com lynnl@lfwlaw.com

**Andrew D. Schau**
adschau@pbwt.com

**John D. Shakowki**
jshakow@kslaw.com

**Richard L. Sharff, Jr**
rsharff@bradleyarant.com

**Edward Sledge Sledge, III**
esledge@mcdowellknight.com snorman@mcdowellknight.com

**William Stancil Starnes**
wss@starneslaw.com

**Gilbert Calvin Steindorff, IV**
bert.steindorff@arlaw.com

**Sharon Donaldson Stuart**
sds@csattorneys.com

**Kevin R. Sullivan**
krsullivan@kslaw.com

**C. Clay Torbert, III**
cct@chlaw.com lucy@chlaw.com;roxie@chlaw.com

**John Michael Townsend**
townsend@hugheshubbard.com

**George Walton Walker, III**
walker@copelandfranco.com michaud@copelandfranco.com

**James N. Walter, Jr**
jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com;donna@chlaw.com

**Jason Robert Watkins**
jrw@helmsinglaw.com klk@helmsinglaw.com;bxa@helmsinglaw.com

**Jarrod J. White**
jjw@cabaniss.com tsmith@cabaniss.com

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of same by electronic mail upon counsel for each of the remaining parties listed below on the same date:

**Justin S. Antonipillai**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Steven F. Barley**
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Sam Blair**
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, TN 38103

**David J. Burman**
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

**Tiffany Cheung**
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

**Eric P. Christofferson**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Courtney A. Clark**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**Barak Cohen**
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

**Jonathan D. Cohen**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Richard M. Cooper**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Paul T. Coval**
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

**Wayne Cross**
White & Case
1155 Avenue of the Americas
New York, NY 10036

**James R. Daly**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Merle M. DeLancey, Jr**
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

**Steven S. Diamond**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**John C. Dodds**
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelpha, PA 19103-2921

**Michael P. Doss**
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

**Ronald G. Dove, Jr**
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Rebecca L. Dubin**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Paul K. Dueffert**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Douglas B. Farquhar**
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

**David D. Fauvre**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**John R. Fleder**
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

**Michael S. Flynn**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Michael Gallagher**
White & Case
1155 Avenue of the Americas
New York, NY 10036

**Mark Godler**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Gary R. Greenberg**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Elizabeth I. Hack**
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

**Kimberley D. Harris**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**James V. Hayes**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Geoffrey E. Hobart**
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

**Andrew L. Hurst**
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

**Edwin John U**
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

**Michael L. Koon**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Katy E. Koski**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**Brian Ledahl**
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Mark H. Lynch**
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

**James W. Matthews**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**Warren C. Matthews**
Burr & Forman, LLP
201 Monroe Street
Suite 1950, RSA Tower
Montgomery, AL 36104

**Joseph G. Matye**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Jessica L. Medina**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**J. Ryan Mitchell**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Saul Morgenstern**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Robert J. Muldoon, Jr**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Brien T. O'Connor**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Kathleen M. O'Sullivan**
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

**Christopher Palermo**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Jane W. Parver**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Carlos M. Pelayo**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Zoe Philippides**
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

**Anthony C. Porcelli**
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

**Carlos Provencio**
Shook, Hardy, & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Richard D. Raskin**
Sidley Austin Brown & Wood LLP
10 S Dearborn Street
Chicago, IL 60603

**Jonathan T. Rees**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Daniel E. Reidy**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Joel E. Richardson**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Michael J. Rinaldi**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Thomas J. Roberts**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Grace M. Rodriguez**
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006

**Louis J. Scerra, Jr**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Lori A. Schechter**
Morrison & Forester
345 California Street
San Francisco, CA 94104-2675

**Alexandra T. Schimmer**
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

**Michael T. Scott**
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

**Mark D. Seltzer**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**John Starnes**
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, TN 38103

**Robert R. Stauffer**
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

**Scott A. Stempel**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

**T. Reed Stephens**
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

**Jonathan L. Stern**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**E. Abim Thomas**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Steven M. Umin**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**James M. Vant**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Karen Walker**
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

**Jason D. Wallach**
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

**Bruce Wessel**
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**D. Scott Wise**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036

**Joseph H. Young**
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202