**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | **Case No.:** |
| | ) | |
| **Plaintiff,** | ) | **AFFIDAVIT OF GERALD R. MITCHELL** |
| | ) | **IN SUPPORT OF KV** |
| **v.** | ) | **PHARMACEUTICAL COMPANY'S** |
| | ) | **MOTION TO DISMISS** |
| **ABBOTT LABORATORIES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

STATE OF MISSOURI )
) ss:
COUNTY OF ST. LOUIS )

Comes now Gerald R. Mitchell, Vice President and Chief Financial Officer of KV Pharmaceutical Company ("KV"), and hereby submits this affidavit in support of KV Pharmaceutical Company's motion to dismiss:

1. I am Vice President and Chief Financial Officer of KV. I have held this position since 1981.

2. The information set forth in this affidavit is personally known to me to the best of my knowledge or is otherwise known to me based on current information available to me because of my interaction with and supervision of personnel in KV's finance and accounting departments.

3. KV is a publicly traded corporation that was incorporated in Delaware in 1971. KV's principal place of business is in St. Louis County, Missouri. The address of KV Pharmaceutical Company's principal current executive offices is 2503 South Hanley Road, in St. Louis County, Missouri.

4. At the time of the events alleged in this action or at any subsequent time, KV did not regularly do or solicit business in the State of Alabama or engage in a persistent course of conduct in Alabama.

5. Among other things, KV does not have offices or places of business in Alabama. KV does not maintain any bank account or telephone listings in Alabama, and KV has no agents, servants, or employees living or working in Alabama, nor has it ever had any agents, servants, or employees that regularly come into Alabama on corporate business.

6. KV is not, and to the best of my knowledge has never been, qualified, authorized, licensed, or chartered to do business in Alabama.

7. KV has no registered agent for service of process in Alabama.

8. KV has never maintained a post office box or a mailing address in Alabama.

9. With respect to the allegations in the Complaint, KV did not market or sell any of the drugs at issue in this case. KV is the parent company to ETHEX Corporation ("ETHEX") (one of the other defendants in this action), and ETHEX marketed and sold the drugs at issue in this case.

10. KV does not sell, nor to the best of my knowledge has it ever sold, pharmaceuticals in Alabama.

11. KV has never executed any contracts with the plaintiff.

I hereby swear that the foregoing is true and correct.

Gerald R. Mitchell

Gerald R. Mitchell

Sworn to and subscribed before me this 19th day of July, 2005.

Anne R. Wansing

Notary Public

My commission expires 11/2/08.

ANNE R. WANSING
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires: Nov. 2, 2008
Commission # [illegible]