**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 21, 2005

# NOTICE OF DEFICIENCY

**To:** **Richard Sharff, Jr.**

**From:** **Clerk's Office**

**Case Style:** **State of Alabama vs. Abbott Laboratories, Inc., et al.**

**Case Number:** **2:05cv647**

**Referenced Pleading:** **Corporate Disclosure Statements**
**Document #64**

**The above referenced pleading filed by electronic means on 7/20/05 does not contain your electronic signature on the Certificate of Service as required by Civil Administrative Procedure II-C.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit corrected document to the Clerk's office by CONVENTIONAL means**. Do not submit correction electronically.

Also, see Notice to Counsel filed by clerk's office on 7/20/05.