**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **STATE OF ALABAMA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ABBOTT LABORATORIES, INC., et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 05-CV-647** |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Michael J. Rinaldi hereby withdraws from representation of defendants ETHEX Corporation and KV Pharmaceutical Company in the above-styled action. Defendants ETHEX Corporation and KV Pharmaceutical Company will continue to be represented by the firms of Arnold & Porter LLP and Adams & Reese / Lange Simpson LLP, and no prejudice to any party shall result therefrom.

/s/ Michael J. Rinaldi
MICHAEL J. RINALDI
One of the Attorneys for Defendants
ETHEX Corporation and
KV Pharmaceutical Company

OF COUNSEL:
Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Phone: (202) 942-5000

Fax: (202) 942-5999

Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 21st day of July, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael J. Rinaldi____________
OF COUNSEL