**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.: 2:05-cv-00647-VPM** |
| | * | |
| **ABBOTT LABORATORIES, INC, et al.,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S MOTION TO REMAND**
**AND**
**TO AWARD COSTS AND FEES**

Plaintiff, the State of Alabama, moves this Honorable Court to remand this action to the Circuit Court for Montgomery County, Alabama, from which it was removed and to award costs and fees associated with the improper removal of this case.

1. This action is not an action arising under the *Constitution*, *Laws* or *Treaties* of the United States. 28 U.S.C. § 1331. Plaintiff asserts only claims arising under Alabama common law and statutes. This Court lacks subject matter jurisdiction and this Court is not one for which removal is provided by 28 U.S.C. § 1441(a).

2. Plaintiff requests this Court **summarily remand** this case because based solely on the Defendants' Removal Petition and Plaintiff's Motion to

Remand and Supporting Brief, this Court can unequivocally conclude that this matter has been improperly removed and the law mandates that this matter be remanded to the Circuit Court for Montgomery County, Alabama.

3. The Removal Petition is untimely because, contrary to Defendants' grossly erroneous assertion that the United States Supreme Court's decision in *Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S.Ct. 2363 (June 13, 2005), constitutes, under 28 U.S.C. § 1446(b), an "other paper from which it may first be ascertained that the case is one which is, or has become removable…," as demonstrated in the brief filed in support of this Motion to Remand, an unrelated judicial opinion is not an "other paper" upon which removal may be based. Accordingly, Defendants' removal is untimely and this action is due to be summarily remanded back to the state court.

4. In addition, the most glaring defect in Defendants' Petition for Removal is its reliance on the case of *Smith v. Burroughs Corp. et al.*, 670 Fed.Sup. 740, 741 (E.Div.Mich. 1987), a case which has been abandoned by the very court that issued the opinion, and in doing so completely overruled the very rational upon which the Defendants rely. *Burroughs* was specifically and precisely overruled in *Kocaj v. Chrysler Corp.*, 794 Fed.Sup. 234 (E.Div.Mich. 1992), a fact which Defendants failed to share with the Court, this conduct perhaps arises to a violation of Rule 11 of the Federal Rules of Civil Procedure.

5. Furthermore, the Petition for Removal is improper based on all such other grounds which are addressed in Plaintiff's Brief filed in support of this Motion to Remand.

6. In addition to this Motion, Plaintiff has asked this Court for an expedited ruling on its Motion to Remand and due to Defendants thinly veiled attempt to stall this case long enough in the Federal Court system to attempt to mischaracterize this case as a "tag along" case to the judicial panel on multidistrict litigation and attempt to **erroneously** have this case transferred to the United States District Court for the District of Massachusetts *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No.: 1456. This abusive tactic should not be tolerated by this Court, and therefore, the Plaintiff has requested that this Court expedite a review of the Plaintiff's Motion to Remand and summarily grant that Motion to Remand, with costs and fees awarded to the Plaintiff.

7. Plaintiff has also filed a Motion to Stay any Ruling on Defendants' Motions to Dismiss, or Alternatively, Motions for More Definite Statement. All said Motions to Dismiss and Motions for More Definite Statement were previously filed in the State Court proceeding in Montgomery County Circuit Court, before the Defendants erroneously removed this case, and given that this Court does not have subject matter jurisdiction, a conclusion the Court will certainly reach upon a simple review of the pleadings, it would be unfair to have the Plaintiff respond to said Motions in this Court until subject matter jurisdiction has been determined.

8. Again, Plaintiff seeks costs and expenses, including attorney's fees as a result of this erroneous removal. Plaintiff requests that this matter be summarily remanded back to the Circuit Court for Montgomery County, Alabama, from which it was improperly removed.

s/ Troy King
Troy King
ATTORNEY GENERAL

STATE OF ALABAMA
300 State House
11 S. Union Street
Montgomery, Alabama 36130

Email: tking@ago.state.al.us

s/ Jere L. Beasley
Jere L. Beasley (BEA020)
Deputy Attorney General
W. Daniel "Dee" Miles, III (MIL060)
Deputy Attorney General
Clinton C. Carter (CAR112)
Deputy Attorney General

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160 (36103-4160)
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

Email: jere.beasley@beasleyallen.com

dee.miles@beasleyallen.com

clint.carter@beasleyallen.com

s/ Roger L. Bates
Roger L. Bates (BAT006)
Deputy Attorney General
Caine O'Rear III (ORE003)
Deputy Attorney General
Windy C. Bitzer (BIT005)
Deputy Attorney General

**HAND ARENDALL, L.L.C.**
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163

Email: rbates@handarendall.com

**HAND ARENDALL, L.L.C.**
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375

Email: corear@handarendall.com

wbitzer@handarendall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **James Harold Anderson; Joseph P. H. Babington; Lisa Wright Borden; Robert C. (Mike) Brock; Chad W. Bryan; Philip Henry Butler; Steven F. Casey; Thomas William Christian; Lawrence B. Clark; William D. Coleman; Betsy P. Collins; Julia Boaz Cooper; Lee Hall Copeland; Kelly Jeanne Davidson; William Asher Davis; Robert D. Eckinger; Joseph C. Espy, III; Patrick Conor Finnegan; Alvin Latham (Peck) Fox, Jr.; Robert Bruce Funkhouser; Charles Nelson Gill; Richard Hamilton Gill; William Huger Hardie, Jr.; Fred M. (Tripp) Haston, III; John Alec Henig, Jr.; Frederick Geroge Herold; Kimberly Kaye Heuer; S. Craig Holden; Robert A. Huffaker; Francis Inge Johnstone; Donald R. Jones, Jr.; Anthony Aaron Joseph; Joseph William Letzer; Robert S. Litt; Gary M. London; David Wayne Long-Daniels; Julian Rushton McClees; Walter Joseph McCorkle, Jr.; James H. McLemore; Derrick A. Mills; F. Chadwick Morriss; Robert F. Northcutt; Tabor Robert Novak, Jr.; George Robert Parker; Laura Howard Peck; Anthony C. Porcelli; Harlan Irby Prater, IV; Archibald Theodore Reeves, IV; Robert Philip Reznick; Sandra Grisham Robinson; Bruce F. Rogers; Stephen Jackson Rowe; Andrew D. Schau; Alexandra T. Schimmer; John D. Shakowki; Richard Lee Sharff, Jr.; Edward Sledge Sledge, III; William Stancil Starnes; Robert R. Stauffer; Gilbert Calvin Steindorff, IV; Sharon Donaldson Stuart; Kevin R. Sullivan; C. Clay Torbert, III; John Michael Townsend; George Walton Walker, III; James N. Walter, Jr.; Jason Robert Watkins; and Jarrod J. White**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **Justin S. Antonipillai; Steven F. Barley; J. Steven Baughman; Sam Blair; David J. Burman; Tiffany Cheung; Eric P. Christofferson; Toni-Ann Citera; Courtney A. Clark; Barak Cohen; Jonathan D. Cohen; Richard M. Cooper; Paul T. Coval; Wayne Cross; James R. Daly; Merle M. DeLancey, Jr.; Steven S. Diamond; John C. Dodds; Michael P. Doss; Ronald G. Dove, Jr.; Paul F. Doyle; Rebecca L. Dubin; Paul K. Dueffert; Steven M. Edwards; Douglas B. Farquhar; David D. Fauvre; John R. Fleder; Michael S. Flynn; Michael Gallagher; Mark Godler; Gary R. Greenberg; Elizabeth I. Hack; Kimberley D. Harris; James V. Hayes; Nicola Heskett; Geoffrey E. Hobart; Andrew L. Hurst; Edwin John U; Michael L. Koon; Katy E. Koski; Brian Ledahl; Thomas H. Lee, II; Mark H. Lynch; James W. Matthews; Warren C. Matthews; Joseph G. Matye; Christopher May; Jessica L. Medina; Neil Merkl; J. Ryan Mitchell; John T. Montgomery; Saul Morgenstern; Robert J. Muldoon, Jr.; William D. Nussbaum; Brien T. O'Connor; Kathleen M. O'Sullivan; Christopher Palermo; Jane W. Parver;**

**Carlos M. Pelayo; Gregory M. Petouvis; Zoe Philippides; Carlos Provencio; Brian Rafferty; Richard D. Raskin; Jonathan T. Rees; Daniel E. Reidy; Joel E. Richardson; Michael J. Rinaldi; Thomas J. Roberts; Grace M. Rodriguez; Louis J. Scerra, Jr.; Lori A. Schechter; Michael T. Scott; Mark D. Seltzer; John Starnes; Scott A. Stempel; T. Reed Stephens; Jonathan L. Stern; E. Abim Thomas; Lyndon M. Tretter; Steven M. Umin; James M. Vant; Peter J. Venaglia; Karen Walker; Jason D. Wallach; Bruce Wessel; D. Scott Wise; Brendan Woodard; and Joseph H. Young.**

s/ Jere L. Beasley
OF COUNSEL