**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 21, 2005

# NOTICE OF CORRECTION

**From:** **Clerk's Office**

**Case Style** **State of Alabama vs. Abbott Laboratories, et al.**
**Civil Action No. 2:05cv647**

**Referenced Pleading** **Corporate Disclosure Statement**
**Document #64**

This Notice of Correction filed in the above referenced case to attach signed certificate of service page.