# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re Pharmaceutical Industry Average Wholesale Price Litigation** ) | **MDL Docket No. 1456** |

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation (the "Panel"), Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), hereby notifies the Panel of the pendency of the potential "tag-along" actions noted below and identified on the attached Schedule:

**A.** **State of Minnesota v. Pharmacia Corporation**, United States District Court for the District of Minnesota, Case No. 05-CV-1394, Judge Paul A. Magnuson, Magistrate Judge Raymond L. Erickson.

This action was filed in state court on or around June 18, 2002, and removed to the United States District Court for the District of Minnesota on July 13, 2005. Copies of the Complaint and the Notice of Removal are attached as Exhibits 1 and 2 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The State of Minnesota's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.[1]

---

[1] Defendant Pharmacia Corporation initially removed this action to the United States District Court for the District of Minnesota on June 28, 2002, and the Panel transferred it to MDL No. (continued…)

DC: 1848214-1

PLAINTIFF'S EXHIBIT B

**B.** **People of the State of New York v. GlaxoSmithKline, P.L.C., et al.**, United States District Court for the Northern District of New York, Case No. 05-CV-0874, Judge Norman A. Mordue, Magistrate Judge David R. Homer.

This action was filed in state court on or around February 13, 2003, and removed to the United States District Court for the Northern District of New York on July 13, 2005. Copies of the Complaint (without exhibits) and the Notice of Removal are attached as Exhibits 3 and 4 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The State of New York's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.[2]

**C.** **People of the State of New York v. Pharmacia Corporation**, United States District Court for the Northern District of New York, Case No. 05-CV-0872, Judge Norman A. Mordue, Magistrate Judge David R. Homer.

This action was filed in state court on or around February 13, 2003, and removed to the United States District Court for the Northern District of New York on July 13, 2005. Copies of the Complaint (without exhibits) and the Notice of Removal are attached as Exhibits 5 and 6 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456.

---

1456 on December 11, 2002. Judge Saris remanded this action back to state court on August 20, 2003. Defendant Pharmacia has again removed this action to federal court.

[2] Defendant GSK initially removed this action to the United States District Court for the Northern District of New York on March 12, 2003, and the Panel transferred it to MDL No. 1456 on July 16, 2003. Judge Saris remanded this action back to state court on September 30, 2003. Defendant GSK has again removed this action to federal court.

The State of New York's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.[3]

D. **People of the State of New York** v. **Aventis Pharmaceuticals, Inc.**, United States District Court for the Northern District of New York, Case No. 05-CV-0873, Judge Norman A. Mordue, Magistrate Judge David R. Homer.

This action was filed in state court on or around February 26, 2003, and removed to the United States District Court for the Northern District of New York on July 13, 2005. Copies of the Complaint and the Notice of Removal (without exhibits) are attached as Exhibits 7 and 8 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The State of New York's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.[4]

E. **Commonwealth of Kentucky** v. **Abbott Laboratories, Inc.**, United States District Court for the Eastern District of Kentucky, Case No. 3:05-CV-48, Judge Karen K. Caldwell.

This action was filed in state court on or around September 15, 2003, and removed to the United States District Court for the Eastern District of Kentucky on July 13, 2005. Copies of the

---

[3] Defendant Pharmacia initially removed this action to the United States District Court for the Northern District of New York on March 11, 2003, and the Panel transferred it to MDL No. 1456 on July 16, 2003. Judge Saris remanded this action back to state court on September 30, 2003. Defendant Pharmacia has again removed this action to federal court.

[4] Defendant Aventis initially removed this action to the United States District Court for the Northern District of New York on March 13, 2003, and the Panel transferred it to MDL No. 1456 on July 16, 2003. Judge Saris remanded this action back to state court on September 30, 2003. Defendant Aventis has again removed this action to federal court.

Amended Complaint and the Notice of Removal are attached as Exhibits 9 and 10 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The Commonwealth of Kentucky's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.

**F.** **Commonwealth of Kentucky v. Warrick Pharmaceuticals Corporation, et al.**, United States District Court for the Eastern District of Kentucky, Case No. 05-CV-49, Judge Karen K. Caldwell.

This action was filed in state court on or around September 15, 2003, and removed to the United States District Court for the Eastern District of Kentucky on July 13, 2005. Copies of the Amended Complaint and the Notice of Removal are attached as Exhibits 11 and 12 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The Commonwealth of Kentucky's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.

**G.** **Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.**, United States District Court for the Eastern District of Pennsylvania, Case No. 05-CV-3604, Judge Juan R. Sanchez.

This action was filed in state court on March 10, 2004, and removed to the United States District Court for the Eastern District of Pennsylvania on July 13, 2005. Copies of the Corrected Amended Civil Action Complaint and the Notice of Removal are attached as Exhibits 13 and 14

respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The Commonwealth of Pennsylvania's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.

**H. State of Wisconsin v. Abbott Laboratories, Inc., et al.**, United States District Court for the Western District of Wisconsin, Case No. 05-C-408-C, Judge Barbara A. Crabb.

This action was filed in state court on June 3, 2004, and removed to the United States District Court for the Western District of Wisconsin on July 13, 2005. Copies of the First Amended Complaint (without exhibits) and the Notice of Removal are attached as Exhibits 15 and 16 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The State of Wisconsin's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.

**I. Commonwealth of Kentucky v. Alpharma, Inc., et al.**, United States District Court for the Eastern District of Kentucky, Case No. 3:05CV-047, Judge Karen K. Caldwell.

This action was filed in state court on November 4, 2004, and removed to the United States District Court for the Eastern District of Kentucky on July 13, 2005. Copies of the Complaint (without exhibits) and the Notice of Removal are attached as Exhibits 17 and 18 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of

Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The Commonwealth of Kentucky's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.

**J.** **State of Alabama v. Abbott Laboratories, Inc., et al.**, United States District Court for the Middle District of Alabama, Case No. 2:05-CV-647-M, Magistrate Judge Vanzetta P. McPherson.

This action was filed in state court on January 26, 2005, and removed to the United States District Court for the Middle District of Alabama on July 13, 2005. Copies of the First Amended Complaint and the Notice of Removal are attached as Exhibits 19 and 20 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456. The State of Alabama's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.

**K.** **People of the State of Illinois v. Abbott Laboratories, et al.**, United States District Court for the Northern District of Illinois, Case No. 05-C-4056, Judge Charles R. Norgle, Magistrate Judge Jeffrey Cole.

This action was filed in state court on February 7, 2005, and removed to the United States District Court for the Northern District of Illinois on July 13, 2005. Copies of the Complaint (without exhibits) and the Notice of Removal are attached as Exhibits 21 and 22 respectively. This action involves common questions of fact with the other actions that the Panel has transferred to Judge Patti B. Saris of the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL No. 1456.

The State of Illinois's Complaint makes the same allegations as those in cases that are already part of MDL No. 1456. Accordingly, GSK respectfully requests that the Panel transfer this action to Judge Saris as part of MDL No. 1456.

Respectfully submitted,

/s/ Mark H. Lynch

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-2994
Facsimile: (215) 994-2222

Mark D. Seltzer
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

*Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

July 15, 2005

## SCHEDULE OF RELATED ACTIONS

A. State of Minnesota v. Pharmacia Corporation, United States District Court for the District of Minnesota, Case No. 05-CV-1394, Judge Paul A. Magnuson, Magistrate Judge Raymond L. Erickson.

B. People of the State of New York v. GlaxoSmithKline, P.L.C., GlaxoWellcome, Inc., and SmithKline Beecham Corporation, United States District Court for the Northern District of New York, Case No. 05-CV-0874, Judge Norman A. Mordue, Magistrate Judge David R. Homer.

C. People of the State of New York v. Pharmacia Corporation, United States District Court for the Northern District of New York, Case No. 05-CV-0872, Judge Norman A. Mordue, Magistrate Judge David R. Homer.

D. People of the State of New York v. Aventis Pharmaceuticals, Inc., United States District Court for the Northern District of New York, Case No. 05-CV-0873, Judge Norman A. Mordue, Magistrate Judge David R. Homer.

E. Commonwealth of Kentucky v. Abbott Laboratories, Inc., United States District Court for the Eastern District of Kentucky, Case No. 3:05-CV-48, Judge Karen K. Caldwell.

F. Commonwealth of Kentucky v. Warrick Pharmaceuticals, et al., United States District Court for the Eastern District of Kentucky, Case No. 05-CV-49, Judge Karen K. Caldwell.

G. Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., Abbott Laboratories, AstraZeneca PLC, Zeneca Holdings, Inc., AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Bayer AG, Bayer Corporation, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Pfizer, Inc., Pharmacia Corporation, Johnson & Johnson, Alza Corporation, Centocor, Inc., Ethicon, Inc., Janssen Pharmaceutical Productions, L.P., McNeil-PPC, Inc., Ortho Biotech, Inc., Ortho Biotech Products, L.P., Ortho-McNeil Pharmaceutical, Inc., Amgen, Inc., Immunex Corporation, Bristol-Myers Squibb Company, Baxter International Inc., Baxter Healthcare Corporation, Immuno-U.S., Inc., Aventis Pharmaceuticals, Inc., Aventis Behring, L.L.C., Hoechst Marion Roussel, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Ben Venue Laboratories, Inc., Bedford Laboratories, Roxane Laboratories, Schering-Plough Corporation, Warrick Pharmaceuticals Corporation, Schering Sales Corporation, Dey, Inc., United States District Court for the Eastern District of Pennsylvania, Case No. 05-CV-3604, Judge Juan R. Sanchez.

H. State of Wisconsin v. Amgen Inc., Abbott Laboratories, AstraZeneca Pharmaceuticals, LP, AstraZeneca, LP, Aventis Pharmaceuticals, Inc., Aventis Behring, LLC n/k/a ZLB Behring, Baxter International, Inc., Bayer Corporation, Ben Venue Laboratories, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Dey, Inc., Immunex Corporation, Ivax Corporation, Ivax

Pharmaceuticals, Inc., Janssen Pharmaceutical Products, LP, Johnson & Johnson, Inc., McNeil-PPC, Inc., Merck & Company, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corporation, Ortho Biotech Products, LP, Ortho-McNeil Pharmaceutical, Inc., Pharmacia, Pfizer, Inc., Roxane Laboratories, Inc., Sandoz, Inc. f/k/a Geneva Pharmaceuticals, Inc., Schering-Plough Corporation, Sicor Pharmaceuticals, Inc. f/k/a Gensia Secor Pharmaceuticals, Inc., SmithKlineBeecham Corporation d/b/a GlaxoSmithKline, TAP Pharmaceutical Products, Inc., Teva Pharmaceutical Industries, Ltd., Warrick Pharmaceuticals Corporation, Watson Pharma, Inc. f/k/a Schein Pharmaceuticals, Inc., and Watson Pharmaceuticals, Inc., United States District Court for the Western District of Wisconsin, Case No. 05-C-408-C, Judge Barbara A. Crabb.

I. Commonwealth of Kentucky v. Alpharma, Inc., Amgen, Inc., AstraZeneca Pharmaceuticals LP, AstraZeneca, LP, Aventis Pharmaceuticals, Inc., Aventis Behring, LLC n/k/a ZLB Behring, B. Braun of America, Inc., B. Braun McGaw f/k/a McGaw, Inc., Barr Pharmaceuticals, Inc., Baxter International, Inc., Bayer Corporation, Ben Venue Laboratories, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Forest Laboratories, Inc., Immunex Corporation, Ivax Corporation, Ivax Pharmaceuticals, Inc., Janssen Pharmaceutical Products, LP, Johnson & Johnson, Inc., McNeill-PPC, Inc., Merck & Company, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corporation, NovoPharm USA, Inc., Ortho Biotech Products LP, Ortho-McNeill Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Pfizer, Inc., Pharmacia, Purepac Pharmaceutical Co., Roxane Laboratories, Inc., Sandoz, Inc. f/k/a Geneva Pharmaceuticals, Inc., Sicor Pharmaceuticals, Inc., f/k/a Gensia Sicor Pharmaceuticals, Inc., SmithKlineBeecham Corporation d/b/a GlaxoSmithKline, TAP Pharmaceutical Products, Inc., Teva Pharmaceutical Industries, Ltd., Watson Pharma, Inc., and Watson Pharmaceuticals, Inc., United States District Court for the Eastern District of Kentucky, Case No. 3:05CV-047, Judge Karen K. Caldwell.

J. State of Alabama v. Abbott Laboratories, Inc., Agouron Pharmaceuticals, Inc., Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Alza Corporation, Amgen, Inc., Andrx Corporation, Andrx Pharmaceuticals, Inc., AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Aventis Pharmaceuticals, Inc., Aventis Behring, L.L.C., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, Bayer Pharmaceuticals Corporation, Bayer Healthcare, LLC, Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Dey, L.P., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corporation, Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., G.D. Searle, L.L.C., Genzyme Corporation, Gilead Sciences, Inc., GlaxoSmithKline P.L.C., Glaxo Wellcome, Inc., Hoffman-LaRoche, Inc., Immunex Corporation, Ivax Corporation, Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, Inc., K-V Pharmaceutical Company, King Pharmaceuticals, Inc., McNeill-PPC, Inc., Med-Immune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corporation, Novo Nordisk

Pharmaceuticals, Inc., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeill Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corporation, Pharmacia & Upjohn Company Corporation, Purdue Pharma, L.P., Purepac Pharmaceutical Co., Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering-Plough Corporation, SmithKlineBeecham Corporation, Takeda Pharmaceuticals North America, Inc., TAP Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corporation, Watson Laboratories, Inc., Watson Pharma, Inc., and Watson Pharmaceuticals, Inc., Wyeth, Inc., Wyeth Pharmaceuticals, Inc., ZLB Behring, L.L.C., United States District Court for the Middle District of Alabama, Case No. 2:05-CV-647-M, Magistrate Judge Vanzetta P. McPherson.

**K.** People of the State of Illinois v. Abbott Laboratories, Alpharma, Inc., Alpha Therapeutic Corp., Amgen Inc., AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Aventis Pharmaceuticals, Inc., Aventis Behring, LLC n/k/a ZLB Behring, B. Braun of America, Inc., Barr Pharmaceuticals, Inc., Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Co., Chiron Corp., Dey, Inc., Elkins-Sinn, Inc., Forest Laboratories, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutical Products, LP, Johnson & Johnson, McGaw, Inc., McNeill-PPC, Inc., Merck & Co., Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., NovoPharm USA, Inc., Ortho Biotech Products LP, Ortho-McNeill Pharmaceutical, Inc., Par Pharmaceutical Cos., Inc., Pfizer, Inc., Pharmacia Corp., Purepac Pharmaceutical Co., Roxane Laboratories, Inc., Sandoz, Inc. f/k/a Geneva Pharmaceuticals, Inc., Schering-Plough Corp., Sicor Pharmaceuticals, Inc., f/k/a Gensia Sicor Pharmaceuticals, Inc., SmithKlineBeecham Corp. d/b/a GlaxoSmithKline, TAP Pharmaceutical Products, Inc., Teva Pharmaceuticals USA, Inc., Warrick Pharmaceutical Industries, Ltd., Watson Pharma, Inc. f/k/a Schein Pharmaceuticals, Inc., and Watson Pharmaceuticals, Inc., United States District Court for the Northern District of Illinois, Case No. 05-C-4056, Judge Charles R. Norgle, Magistrate Judge Jeffrey Cole.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2005, I caused a true and correct copy of Defendant GSK's Notice of Related Actions to be served on all co-counsel by electronic service and on the attorneys listed below by first-class mail, postage prepaid.

Mike Hatch, Attorney General
Michael J. Vanselow, Asst. Attorney General
Ann M. Bildtsen, Asst. Attorney General
445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128

Rose E. Firestein
Assistant Attorney General
Bureau of Consumer Frauds and Protection
120 Broadway, 3rd Floor
New York, NY 10271

Thomas W. Corbett, Jr., Attorney General
Alexis L. Barbieri, Exec. Dep. Attorney General
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

James A. Donohue, III
Chief Deputy Attorney General
Antitrust Section
14th Floor, Strawberry Square
Harrisburg, PA 17120

Donald E. Haviland
Shanin Specter
Louis C. Riccardi
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Peggy A. Lautenschlager, Attorney General
Michael R. Bauer, Asst. Attorney General
Cynthia R. Hirsch, Asst. Attorney General
Frank D. Remington, Asst. Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857

Charles Barnhill
William P. Dixon
Elizabeth J. Eberle
Miner, Barnhill & Galland, P.C.
44 East Mifflin Street, Suite 803
Madison, WI 53703

Gregory D. Stumbo, Attorney General
Janet M. Graham, Asst. Dep. Attorney General
Barbara Maines Whaley, Asst. Attorney General
Todd E. Leatherman, Asst. Attorney General
Robert S. Jones, Asst. Attorney General
Scott C. Sutherland, Asst. Attorney General
Pamela J. Murphy, Asst. Attorney General
C. David Johnston, Asst. Attorney General
Office of Attorney General
1024 Capital Center Drive
Frankfort, KY 40601

Roger L. Bates
Hand Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Caine O'Rear III
Windy C. Bitzer
Hand Arendall, L.L.C.
P.O. Box 123
Mobile, AL 36601

Jere L. Beasley
W. Daniel "Dee" Miles, III
Clinton C. Carter
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

Judson H. Miner
Charles Barnhill, Jr.
George F. Galland, Jr.
Jeffrey I. Cummings
Robert S. Libman
Mami Willenson
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610

Benjamin C. Weinberg
Paul J. Gaynor
David F. Buysse
Assistant Attorneys General
100 W. Randolph St.
Chicago, IL 60601

Jason R. Litow
Attorney for GlaxoSmithKline