RECEIVED
2005 JUL 21 P 3: 26

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:05-cv-647-M |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Richard H. Gill, counsel for Defendant Sanofi-Synthelabo, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Kevin R. Sullivan, Graciela M. Rodriguez and John D. Shakow of the firm of King & Spalding, LLP of Washington, D.C., to appear *pro hac* vice in this action for the purpose of representing Sanofi-Synthelabo, Inc. The applicants are all admitted to practice before the United States District Court for the District of Columbia, which is the district in which each applicant resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 21st day of 2005.

Of Counsel:
Kevin R. Sullivan
Grace M. Rodriguez
John D. Shakow
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Richard H. Gill
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

Attorneys for Defendant
Sanofi-Synthelabo Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon Plaintiff's counsel by placing a copy in the United States Mail, postage prepaid and property addressed to them on this the 21st day of July, 2005. I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Motion by electronic mail upon counsel Defendants on the same date.

Of Counsel

**Counsel for Plaintiff State of Alabama:**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
Hand, Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Beasley, Allen Crow, Methvin,
Portis & Miles, PC
P. O. Box 4160
Montgomery, Alabama 36103-4160

**Counsel for Defendants:**

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com
- **Joseph P. H. Babington**
  jpb@helmsinglaw.com cer@helmsinglaw.com
- **Roger L. Bates**
  rbates@handarendall.com plus40@aol.com
- **Jere L. Beasley**
  libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com
- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com
- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com
- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com
- **Chad W. Bryan**
  cwb@chlaw.com melissa@chlaw.com;roxie@chlaw.com
- **Philip Henry Butler**
  pbutler@bradleyarant.com scarmichael@bradleyarant.com
- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com
- **Steven F. Casey**
  scasey@balch.com
- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com
- **Lawrence B. Clark**
  lawrence.clark@arlaw.com eve.matthews@arlaw.com
- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com
- **Betsy P. Collins**
  bcollins@alston.com
- **Julia B. Cooper**
- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com
- **Kelly Jeanne Davidson**
  kjdavidson@ober.com
- **William Asher Davis**
  wadavis@mintz.com krrichardson@mintz.com
- **Robert D. Eckinger**
  robert.eckinger@arlaw.com
- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com
- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com

- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com
- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com
- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com
- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com
- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com
- **Frederick Geroge Herold**
  frederick.herold@dechert.com
- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com
- **S. Craig Holden**
  scholden@ober.com
- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com
- **Donald R. Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Anthony Aaron Joseph**
  aaj@jbpp.com
- **Troy Robin King**
  mmaynard@ago.state.al.us smclure@ago.state.al.us
- **Joseph William Letzer**
  jletzer@burr.com
- **Robert S, Litt**
  robert_litt@aporter.com
- **Gary M. London**
  glondon@burr.com tmoore@burr.com
- **David Wayne Long-Daniels**
  long-danielsd@gtlaw.com spitzere@gtlaw.com
- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com
- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com
- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;roxie@chlaw.com;mandy@chlaw.com
- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com
- **Derrick A. Mills**
  dmills@lfwlaw.com
- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com

- **Robert F. Northcutt**
  rfn@chlaw.com
- **Tabor Robert Novak, Jr**
  tnovak@ball-ball.com
- **Caine O'Rear, III**
  corear@handarendall.com
- **George Robert Parker**
  gparker@bradleyarant.com rpatterson@bradleyarant.com
- **Laura Howard Peck**
  lhp@starneslaw.com
- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com
- **Archibald Theodore Reeves, IV**
  areeves@mcdowellknight.com
  afarnell@mcdowellknight.com;snorman@mcdowellknight.com;jgilmore@mcdowellknight.com
- **Robert Philip Reznick**
  reznick@hugheshubbard.com
- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com
- **Bruce F. Rogers**
  brogers@bmrslaw.com
- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com
- **Andrew D. Schau**
  adschau@pbwt.com
- **John D. Shakowki**
  jshakow@kslaw.com
- **Richard L. Sharff, Jr**
  rsharff@bradleyarant.com
- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com snorman@mcdowellknight.com
- **William Stancil Starnes**
  wss@starneslaw.com
- **Gilbert Calvin Steindorff, IV**
  bert.steindorff@arlaw.com
- **Sharon Donaldson Stuart**
  sds@csattorneys.com
- **Kevin R. Sullivan**
  krsullivan@kslaw.com
- **C. Clay Torbert, III**
  cct@chlaw.com lucy@chlaw.com;roxie@chlaw.com
- **John Michael Townsend**
  townsend@hugheshubbard.com
- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com;donna@chlaw.com

- **Jason Robert Watkins**
  jrw@helmsinglaw.com klk@helmsinglaw.com;bxa@helmsinglaw.com
- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com

**Justin S. Antonipillai**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Steven F. Barley**
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Sam Blair**
Baker Donelson Bearman Caldwell &
Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, Tn 38103

**David J. Burman**
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

**Tiffany Cheung**
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

**Eric P. Christofferson**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Courtney A. Clark**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**Barak Cohen**
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

**Jonathan D. Cohen**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Richard M. Cooper**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Paul T. Coval**
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

**Wayne Cross**
White & Case
1155 Avenue of the Americas
New York, NY 10036

**James R. Daly**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Merle M. DeLancey, Jr**
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

**Steven S. Diamond**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**John C. Dodds**
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelpha, PA 19103-2921

**Michael P. Doss**
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

**Ronald G. Dove, Jr**
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Rebecca L. Dubin**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Paul K. Dueffert**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Douglas B. Farquhar**
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

**David D. Fauvre**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**John R. Fleder**
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

**Michael S. Flynn**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Michael Gallagher**
White & Case
1155 Avenue of the Americas
New York, NY 10036

**Mark Godler**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Gary R. Greenberg**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Elizabeth I. Hack**
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

**Kimberley D. Harris**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**James V. Hayes**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Geoffrey E. Hobart**
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

**Andrew L. Hurst**
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

**Edwin John U**
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

**Michael L. Koon**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Katy E. Koski**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**Brian Ledahl**
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**Mark H. Lynch**
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

**James W. Matthews**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**Warren C. Matthews**
Burr & Forman, LLP
201 Monroe Street
Suite 1950, RSA Tower
Montgomery, AL 36104

**Joseph G. Matye**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Jessica L. Medina**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**J. Ryan Mitchell**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Saul Morgenstern**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Robert J. Muldoon, Jr**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Brien T. O'Connor**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Kathleen M. O'Sullivan**
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

**Christopher Palermo**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Jane W. Parver**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

**Carlos M. Pelayo**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Zoe Philippides**
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

**Anthony C. Porcelli**
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

**Carlos Provencio**
Shook, Hardy, & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Richard D. Raskin**
Sidley Austin Brown & Wood LLP
10 S Dearborn Street
Chicago, IL 60603

**Jonathan T. Rees**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Daniel E. Reidy**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Joel E. Richardson**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Michael J. Rinaldi**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**Thomas J. Roberts**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Grace M. Rodriguez**
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006

**Louis J. Scerra, Jr**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Lori A. Schechter**
Morrison & Forester
345 California Street
San Francisco, CA 94104-2675

**Alexandra T. Schimmer**
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

**Michael T. Scott**
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

**Mark D. Seltzer**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**John Starnes**
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, Tn 38103

**Robert R. Stauffer**
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

**Scott A. Stempel**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

**T. Reed Stephens**
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

**Jonathan L. Stern**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

**E. Abim Thomas**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Steven M. Umin**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**James M. Vant**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Karen Walker**
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

**Jason D. Wallach**
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

**Bruce Wessel**
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**D. Scott Wise**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036

**Joseph H. Young**
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**KEVIN R. SULLIVAN**

was, on the 3rd day of February A.D. 1988 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 15th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ______________________

**Deputy Clerk**

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
**333 Constitution Avenue, NW**
**Washington, DC 20001**

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**GRACIELA M. RODRIGUEZ**

was, on the 7th day of March A.D. 2005 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 15th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ______________________

**Deputy Clerk**

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JOHN D. SHAKOW**

was, on the 1st day of November A.D. 1999 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 15th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ______________________

**Deputy Clerk**