IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV647-M |
| | ) | |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER ON MOTION

On 14 July 2005, a Motion for Admission to Practice Pro Hac Vice (Doc. #5) was filed, and it appears that JAN W. PARVER, ESQ., SAUL P. MORGENSTERN, ESQ., and MARK GOLDER, ESQ., are members in good standing of the United States District Court for the Southern District of New York.

On 19 July 2005, a Motion for Admission to Practice Pro Hac Vice (Doc. #45) was filed, and it appears that EDWIN JOHN U, ESQ., KAREN N. WALKER, ESQ., and BARAK COHEN, ESQ., are members in good standing of the District of Columbia Court of Appeals.

On 20 July 2005, a Motion for Admission to Practice Pro Hac Vice (Doc. #55) was filed, and it appears that ANDREW D. SCHAU, ESQ., WILLIAM FRANCES CAVANAUGH, JR., ESQ., and ERIK HAAS, ESQ., are members in good standing of the United States District Court for the Southern District of New York.

On 21 July 2005, a Motion for Admission Pro Hac Vice (Doc. #77) was filed, and it appears that KEVIN R. SULLIVAN, ESQ., GRACIELA M. RODRIGUEZ, ESQ., and JOHN D. SHAKOW, ESQ., are members in good standing of the United States District Court for the District of Columbia.

Therefore, it is

ORDERED that the motions (Doc. #5, #45, #55, and #77) are hereby GRANTED.

DONE this 22nd day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE