# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 25, 2005

## NOTICE OF REASSIGNMENT

Re: State of Alabama vs. Abbott Laboratories, Inc., et al.
Civil Action No. 2:05cv-647

The above-styled case has been reassigned to Judge Myron H. Thompson

Please note that the case number is now 2:05cv-647-T. This new case number should be used on all future correspondence and pleadings in this action.