**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 26, 2005

# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: State of Alabama v. Abbott Laboratories, Inc. et al**

**Case Number: 2:05-cv-00647-T**

**This Notice of Correction was filed in the referenced case this date to attach the 2 certificates of good standing and proposed order PDF documents previously omitted by E-filer.**

**The additional PDF documents are attached to this notice for your review. Reference is made to document # 84 filed on July 26, 2005.**