**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. CV-2005-647** |
| | ) | |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court on the Motion to Admit Attorneys *Pro Hac Vice*. After considering the motion, the Court hereby Orders, Adjudges, and Decrees, that the Motion is due to be and is hereby GRANTED. Attorneys Sarah Anne Franklin and Mona Mahendra Patel of the firm Holland & Knight are hereby admitted *pro hac vice* as additional counsel for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline in the referenced matter.

DATED this __________ day of ______________________, 2005.

______________________________
JUDGE, U.S. DISTRICT COURT