**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **CV-05-647** |
| | ) | |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO ADMIT ATTORNEYS *PRO HAC VICE***

COMES NOW the undersigned, Gilbert C. Steindorff, IV, a member in good standing of the Alabama State Bar, admitted to practice before the United States District Court for the Middle District of Alabama, and an attorney of record for Defendants ETHEX Corporation and KV Pharmaceutical Company, and hereby moves this Court to admit *pro hac vice* the following attorneys as additional counsel for Defendants ETHEX Corporation and KV Pharmaceutical Company:

1. ROBERT S. LITT, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia;[1]

2. JUSTIN S. ANTONIPILLAI, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia;

3. STEVEN S. DIAMOND, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia;

[1] Robert S. Litt is also seeking admission *pro hac vice* as additional counsel for Defendant Gilead Sciences, Inc.

In support of this motion, Certificates of Good Standing for each of the aforementioned counsel are attached.

With the filing of this motion, the undersigned submits a check in the amount of $60.00 ($20.00 per applicant), required by Local Rule 83.1(b) as established by this Court.

WHEREFORE, the undersigned requests that this Court grant the foregoing Motion and admit attorneys ROBERT S. LITT, JUSTIN S. ANTONIPILLAI, and STEVEN S. DIAMOND *pro hac vice* as additional counsel for Defendants ETHEX Corporation and KV Pharmaceutical Company.

/s/ Gilbert C. Steindorff, IV
Gilbert C. Steindorff, IV
ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

*One of the lawyers for Defendants ETHEX Corporation and KV Pharmaceutical Company*

OF COUNSEL:
Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

Robert S. Litt (admission *pro hac vice* pending)
Steven S. Diamond (admission *pro hac vice* pending)

Justin S. Antonipillai (admission *pro hac vice* pending)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Phone: (202) 942-5000
Fax: (202) 942-5999

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 26th day of July, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Gilbert C. Steindorff, IV
OF COUNSEL