# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ROBERT S. LITT**

was, on the 2nd day of July A.D. 1984 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 25th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: [signature]
**Deputy Clerk**

# United States District Court
# for the District of Columbia

## CLERK'S OFFICE

**333 Constitution Avenue, NW**
**Washington, DC 20001**

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JUSTIN SANJEEV ANTONIPILLAI**

was, on the 7th day of December A.D. 1998 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 25th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ______________________
**Deputy Clerk**

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**STEVEN S. DIAMOND**

was, on the 4th day of April A.D. 1983 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 25th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: ______________________

**Deputy Clerk**