**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **CV-05-647** |
| | ) | |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

COMES NOW the undersigned, Gilbert C. Steindorff, IV, a member in good standing of the Alabama State Bar, admitted to practice before the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant Gilead Sciences Inc., and hereby moves this Court to admit *pro hac vice* the following attorneys as additional counsel for Defendant Gilead Sciences, Inc.:

1. ROBERT S. LITT, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia;[1]
2. REBECCA L. DUBIN, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Columbia.

In support of this motion, Certificates of Good Standing for each of the aforementioned counsel are attached.

---

[1] Robert S. Litt is also seeking admission *pro hac vice* as additional counsel for Defendants ETHEX Corporation and KV Pharmaceutical Company. A check in the amount of $20.00, per Local Rule 83.1(b) accompanies Mr. Litt's application for admission *pro hoc vice* as additional counsel for Defendants ETHEX Corporation and KV Pharmaceutical Company.

With the filing of this motion, the undersigned submits a check in the amount of $20.00, required by Local Rule 83.1(b) as established by this Court.

WHEREFORE, the undersigned requests that this Court grant the foregoing Motion and admit attorneys ROBERT S. LITT and REBECCA L. DUBIN *pro hac vice* as additional counsel for Defendant Gilead Sciences, Inc.

/s/ Gilbert C. Steindorff, IV
Gilbert C. Steindorff, IV
ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

*One of the lawyers for Defendant Gilead Sciences, Inc.*

OF COUNSEL:
Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

Robert S. Litt (admission *pro hac vice* pending)
Rebecca L. Dubin (admission *pro hac vice* pending)
Joel E. Richardson (admission *pro hac vice* pending)
Jessica L. Medina (admission *pro hac vice* pending)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Phone: (202) 942-5000
Fax: (202) 942-5999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 26th day of July, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Gilbert C. Steindorff, IV
OF COUNSEL