IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| THE STATE OF ALABAMA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05 cv 00647-T |
| | ) | |
| ABBOTT LABORATORIES, INC. ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

COMES NOW Anthony A. Joseph, counsel for defendant Amgen Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission applicants, to Steven F. Barley and Joseph H. Young, of the firm Hogan & Hartson, LLP of Baltimore, Maryland to appear *pro hac* vice in this action for the purpose of representing Defendant Amgen Inc. The applicants are both admitted to practice before the United States District Court for the United States District Court for the District of Maryland, which is the district in which both applicants reside or regularly practice law. Certificates of Good Standing for both applicants are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States Court for the Middle District of Alabama.

Respectfully submitted this 26th day of July, 2005.

/s Anthony A. Joseph
Anthony A. Joseph (JOS002)

One of the Attorneys for Defendant
Amgen Inc.

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9447
Facsimile: (205) 458-9500
E-mail: aaj@jbpp.com

OF COUNSEL

Joseph H. Young
Steven F. Barley
Hogan & Hartson LLP
111 S. Calvert Street
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile (410) 539-6981

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James Harold Anderson
janderson@beersanderson.com

Joseph P. H. Babington
jpb@helmsinglaw.com

Lee E. Bains, Jr.
bainsl@maynardcooper.com

Roger L. Bates
rbates@handarendall.com

Jere L. Beasley
jere.beasley@beasleyallen.com

Windy Cockrell Bitzer
wbitzer@handarendall.com

Lisa Wright Borden
lborden@bakerdonelson.com

Robert C. (Mike) Brock
rcb@rsjg.com

Chad W. Bryan
cwb@chlaw.com

Philip Henry Butler
pbutler@bradleyarant.com

Clinton Chadwell Carter
clint.carter@beasleyallen.com

Steven F. Casey
scasey@balch.com

Thomas William Christian
twchristian@csattorneys.com

Lawrence B. Clark
lawrence.clark@arlaw.com

William D. Coleman
wdc@chlaw.com

Betsy P. Collins
bcollins@alston.com

Julia B. Cooper
jbcooper@bradleyarant.com

Lee Hall Copeland
copeland@copelandfranco.com

Kelly Jeanne Davidson
kjdavidson@ober.com

William Asher Davis
wadavis@mintz.com

Robert D. Eckinger
robert.eckinger@arlaw.com

Joseph C. Espy, III
jespy@mewlegal.com

Patrick Conor Finnegan
pcf@helmsinglaw.com

Alvin Latham (Peck) Fox, Jr
pfox@mcg-mont.com

Robert Bruce Funkhouser
funkhous@hugheshubbard.com

Charles Nelson Gill
ngill@copelandfranco.com

Richard Hamilton Gill
gill@copelandfranco.com

William Huger Hardie, Jr
whh@johnstoneadams.com

Fred M. (Tripp) Haston, III
thaston@bradleyarant.com

John Alec Henig, Jr
henig@copelandfranco.com

Frederick George Herold
frederick.herold@dechert.com

Kimberly Kaye Heuer
kheuer@morganlewis.com

S. Craig Holden
scholden@ober.com

Robert A. Huffaker
rah@rsjg.com

Francis Inge Johnstone
ijohnsto@balch.com

Donald R. Jones, Jr
don@djoneslaw.com

Troy Robin King
mmaynard@ago.state.al.us

Joseph William Letzer
jletzer@burr.com

Robert S, Litt
robert_litt@aporter.com

Gary M. London
glondon@burr.com

David Wayne Long-Daniels
long-danielsd@gtlaw.com

Julian Rushton McClees
rmcclees@sirote.com

Walter Joseph McCorkle, Jr
jmccorkl@balch.com

James H. McLemore
jhm@chlaw.com

Wilson Daniel Miles, III
dee.miles@beasleyallen.com

Derrick A. Mills
dmills@lfwlaw.com

F. Chadwick Morriss
fcm@rsjg.com

Robert F. Northcutt
rfn@chlaw.com

Tabor Robert Novak, Jr
tnovak@ball-ball.com

Caine O'Rear, III
corear@handarendall.com

George Robert Parker
gparker@bradleyarant.com

Laura Howard Peck
lhp@starneslaw.com

Anthony C. Porcelli
aporcelli@jenner.com

Harlan Irby Prater, IV
hprater@lfwlaw.com

Archibald Theodore Reeves, IV
areeves@mcdowellknight.com

Robert Philip Reznick
reznick@hugheshubbard.com

Sandra Grisham Robinson
sgr@cabaniss.com

Bruce F. Rogers
brogers@bmrslaw.com

Stephen Jackson Rowe
srowe@lfwlaw.com

Andrew D. Schau
adschau@pbwt.com

Alexandra T. Schimmer
atschimmer@vssp.com

John D. Shakow
jshakow@kslaw.com

Richard L. Sharff, Jr
rsharff@bradleyarant.com

Edward Simmons Sledge, IV
esledge@mcglaw.com

William Stancil Starnes
wss@starneslaw.com

Robert R. Stauffer
rstauffer@jenner.com

Gilbert Calvin Steindorff, IV
bert.steindorff@arlaw.com

Sharon Donaldson Stuart
sds@csattorneys.com

Kevin R. Sullivan
krsullivan@kslaw.com

C. Clay Torbert, III
cct@chlaw.com

John Michael Townsend
townsend@hugheshubbard.com

George Walton Walker, III
walker@copelandfranco.com

James N. Walter, Jr
jnw@chlaw.com

Jason Robert Watkins
jrw@helmsinglaw.com

Jarrod J. White
jjw@cabanissmobile.com

and I hereby certify that in accordance with an agreement among defense counsel, I have served a copy of the Motion by electronic mail upon counsel for each of the remaining parties listed below on the same date:

Justin S. Antonipillai
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Steven F. Barley
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Sam Blair
Baker Donelson Bearman Caldwell
& Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, Tn 38103

David J. Burman
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Tiffany Cheung
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Toni-Ann Citera
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Courtney A. Clark
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Barak Cohen
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Jonathan D. Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Richard M. Cooper
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Paul T. Coval
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

Wayne Cross
White & Case
1155 Avenue of the Americas
New York, NY 10036

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Merle M. DeLancey, Jr
Dickstein Shapiro Morin &
Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Steven S. Diamond
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John C. Dodds
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelpha, PA 19103-2921

Michael P. Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Ronald G. Dove, Jr
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Paul F. Doyle
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Rebecca L. Dubin
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Paul K. Dueffert
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Steven M. Edwards
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Douglas B. Farquhar
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

David D. Fauvre
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John R. Fleder
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

Michael S. Flynn
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael Gallagher
White & Case
1155 Avenue of the Americas
New York, NY 10036

Mark Godler
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Kimberley D. Harris
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James V. Hayes
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Nicola Heskett
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Geoffrey E. Hobart
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Andrew L. Hurst
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Edwin John U
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Michael L. Koon
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Katy E. Koski
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Brian Ledahl
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Thomas H. Lee, II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

James W. Matthews
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Warren C. Matthews
Burr & Forman, LLP
201 Monroe Street
Suite 1950, RSA Tower
Montgomery, AL 36104

Joseph G. Matye
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Christopher May
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Jessica L. Medina
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Saul Morgenstern
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Robert J. Muldoon, Jr
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

William D. Nussbaum
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Brien T. O'Connor
Ropes & Gray LLP
One International Place
Boston, MA 02110

Kathleen M. O'Sullivan
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Christopher Palermo
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jane W. Parver
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Carlos M. Pelayo
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Zoe Philippides
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Carlos Provencio
Shook, Hardy, & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

Brian Rafferty
Dornbush Schaeffer Strongin &
Weinstein, LLP
747 Third Avenue
New York, NY 10017

Richard D. Raskin
Sidley Austin Brown & Wood LLP
10 S Dearborn Street
Chicago, IL 60603

Jonathan T. Rees
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Joel E. Richardson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Michael J. Rinaldi
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Thomas J. Roberts
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Grace M. Rodriguez
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006

Louis J. Scerra, Jr
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Lori A. Schechter
Morrison & Forester
345 California Street
San Francisco, CA 94104-2675

Michael T. Scott
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Mark D. Seltzer
Holland & Knight
10 St. James Avenue
Boston, MA 02116

John Starnes
Baker Donelson Bearman Caldwell
& Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, TN38103

Scott A. Stempel
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

T. Reed Stephens
Sonnenschein Nath &
Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Jonathan L. Stern
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

Lyndon M. Tretter
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Steven M. Umin
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

James M. Vant
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Peter J. Venaglia
Dornbush Schaeffer Strongin &
Weinstein, LLP
747 Third Avenue
New York, NY 10017

Karen Walker
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Jason D. Wallach
Dickstein Shapiro Morin &
Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Bruce Wessel
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, NY 10036

/s Anthony A. Joseph
Of Counsel

W0519268.DOC