# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that STEVEN F. BARLEY, ESQUIRE, BAR NUMBER 10049, was duly admitted to practice in the United States District Court for the District of Maryland on JUNE 12, 1992, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

FELICIA C. CANNON
Clerk

Date: JULY 27, 2005

Catherine M. N. Scaffidi
Catherine Scaffidi- Deputy Clerk

United States District Court For The District Of Maryland

# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **JOSEPH HARRISON YOUNG, ESQUIRE, BAR NUMBER 04032,** was duly admitted to practice in the United States District Court for the District of Maryland on JUNE 20, 1985, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

**FELICIA C. CANNON**
Clerk

Date: JULY 27, 2005

Catherine M. N. Scaffidi
Catherine Scaffidi- Deputy Clerk