**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:05cv647-T** |
| | ) | |
| **ABBOTT LABORATORIES, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | | |

**<u>MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*</u>**

Richard L. Sharff, counsel for defendants Fujisawa Healthcare, Inc. and Fujisawa USA, Inc. ("Fujisawa") and an attorney admitted to practice before this Court, hereby respectfully moves this Court to grant permission to Michael T. Scott and Andrew L. Hurst of the firm of Reed Smith LLP to appear *pro hac vice* in this action for the purpose of representing Fujisawa. Mr. Scott is admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the district in which he resides or regularly practices law. Mr. Hurst is admitted to practice before the United States District Court for the District of Columbia, the district in which he resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted the 26th day of July, 2005.

s/Richard L. Sharff (SHA039)
Attorney for Defendants Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.

**OF COUNSEL:**

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

s/Richard L. Sharff (SHA039)

James Harold Anderson
janderson@beersanderson.com

Joseph P. H. Babington
jpb@helmsinglaw.com,

Roger L. Bates
rbates@handarendall.com

Jere L. Beasley
jere.beasley@beasleyallen.com

Windy Cockrell Bitzer
wbitzer@handarendall.com

Lisa Wright Borden
lborden@bakerdonelson.com

Robert C. (Mike) Brock
rcb@rsjg.com

Chad W. Bryan
cwb@chlaw.com

Clinton Chadwell Carter
clint.carter@beasleyallen.

Steven F. Casey
scasey@balch.com

Thomas William Christian
twchristian@csattorneys.com

Lawrence B. Clark
lawrence.clark@arlaw.com

William D. Coleman
wdc@chlaw.com

Betsy P. Collins
bcollins@alston.com

Lee Hall Copeland
copeland@copelandfranco.com

Kelly Jeanne Davidson
kjdavidson@ober.com

William Asher Davis
wadavis@mintz.com,

Robert D. Eckinger
robert.eckinger@arlaw.com

Joseph C. Espy , III
jespy@mewlegal.com,

Patrick Conor Finnegan
pcf@helmsinglaw.com,

Alvin Latham (Peck) Fox , Jr
pfox@mcg-mont.com

Robert Bruce Funkhouser
funkhous@hugheshubbard.com

Charles Nelson Gill
ngill@copelandfranco.com

Richard Hamilton Gill
gill@copelandfranco.com

William Huger Hardie , Jr
whh@johnstoneadams.com

Fred M. (Tripp) Haston , III
thaston@bradleyarant.com

John Alec Henig , Jr
henig@copelandfranco.com

Frederick Geroge Herold
frederick.herold@dechert.com

Kimberly Kaye Heuer
kheuer@morganlewis.com

S. Craig Holden
scholden@ober.com

Robert A. Huffaker
rah@rsjg.com

Donald R. Jones , Jr
don@djoneslaw.com

Anthony Aaron Joseph
aaj@jbpp.com

Troy Robin King
mmaynard@ago.state.al.us

Joseph William Letzer
jletzer@burr.com

Robert S, Litt
robert_litt@aporter.com

Gary M. London
glondon@burr.com

David Wayne Long-Daniels
long-danielsd@gtlaw.com

Julian Rushton McClees
rmcclees@sirote.com

Walter Joseph McCorkled, Jr.
jmccorkl@balch.com

James H. McLemore
jhm@chlaw.com

Wilson Daniel Miles , III
dee.miles@beasleyallen.com

Derrick A. Mills
dmills@lfwlaw.com

F. Chadwick Morriss
fcm@rsjg.com

Robert F. Northcutt
rfn@chlaw.com

Tabor Robert Novak, Jr.
tnovak@ball-ball.com

Caine O'Rear , III
corear@handarendall.com

George Robert Parker
gparker@bradleyarant.com

Laura Howard Peck
lhp@starneslaw.com

Harlan Irby Prater, IV
hprater@lfwlaw.com

Archibald Theodore Reeves , IV
areeves@mcdowellknight.com

Robert Philip Reznick
reznick@hugheshubbard.com,

Sandra Grisham Robinson
sgr@cabaniss.com

Bruce F. Rogers
brogers@bmrslaw.com

Stephen Jackson Rowe
srowe@lfwlaw.com

Andrew D. Schau
adschau@pbwt.com

John D. Shakowki
jshakow@kslaw.com

Richard L. Sharff, Jr.
rsharff@bradleyarant.com
Edward Sledge Sledge, III
esledge@mcdowellknight.com

William Stancil Starnes
wss@starneslaw.com

Gilbert Calvin Steindorff, IV
bert.steindorff@arlaw.com

Sharon Donaldson Stuart
sds@csattorneys.com

Kevin R. Sullivan
krsullivan@kslaw.com

C. Clay Torbert, III
cct@chlaw.com

John Michael Townsend
townsend@hugheshubbard.com

George Walton Walker, III
walker@copelandfranco.com

James N. Walter, Jr.
jnw@chlaw.com

Jason Robert Watkins
jrw@helmsinglaw.com

Jarrod J. White
jjw@cabanissmobile.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 2:05cv647-T** |
| | ) | |
| **ABBOTT LABORATORIES, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | | |

**ORDER**

This matter is before the Court on the Motion For Admission to Practice *Pro Hac Vice*. After considering the motion, the Court hereby Orders, Adjudges, and Decrees, that the Motion is due to be and is hereby GRANTED. Attorneys Michael T. Scott and Andrew L. Hurst of the firm Reed Smith LLP are hereby admitted *pro hac vice* as additional counsel for Defendants Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.

DATED this _________ day of _____________________, 2005.

_________________________________
MYRON H. THOMPSON, JUDGE
U.S. DISTRICT COURT