# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Michael T. Scott, Bar # 23882, was duly admitted to practice in said Court on December 1, 1976, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on July 18, 2005.

MICHAEL E. KUNZ
Clerk of Court

BY Leesa B. Erickson

Leesa B. Erickson
Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ANDREW L. HURST**

was, on the 6th day of November A.D. 2000 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 14th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: ______________________

**Deputy Clerk**