# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
**333 Constitution Avenue, NW**
**Washington, DC 20001**

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that

ROBERT P. REZNICK

was, on the 3rd day of November A.D. 1980 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 26th day of July A.D. 2005



**NANCY M. MAYER-WHITTINGTON, CLERK**

By: Maureen Higgins
**Deputy Clerk**