**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:05CV647-M** |
| | ) | |
| **ABBOTT LABORATORIES, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

COME NOW Thomas W. Christian and Sharon D. Stuart, counsel for defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, who are attorneys admitted to practice before this Court, and respectfully move this Honorable Court to grant permission to Kimberly Denise Harris, D. Scott Wise, Carlos M. Pelayo and Michael Sean Flynn of the firm of Davis, Polk & Wardwell of New York, New York, to appear *pro hac vice* in this action for the purpose of representing defendants AstraZeneca Pharmaceuticals LP and AstraZeneca. The applicants are all admitted to practice before the United States District Court for the Southern District of New York, which is the district in which each applicant resides or regularly practices law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $80.00 ($20.00 per applicant) in payment of the fee prescribed by rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this the 27th day of July, 2005.

Thomas W. Christian (CHR004)
Sharon D. Stuart (DON015)
CHRISTIAN & SMALL LLP
505 North 20th Street
Birmingham, AL 32503
(205) 795-6588
(205) 328-7234 Facsimile

OF COUNSEL:
D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Carlos M. Pelayo
DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

**Attorneys for Defendants**
**AstraZeneca Pharmaceuticals, LP**
**and AstraZeneca LP**

# CERTIFICATE OF SERVICE

I hereby certify that on July 27th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following

James Harold Anderson
janderson@beersanderson.com,
jody@beersanderson.com

Joseph P. H. Babington
jpb@helmsinglaw.com,
cer@helmsinglaw.com

Lee E. Bains, Jr
BAINSL@maynardcooper.com,
dbroom@mcglaw.com

Roger L. Bates
rbates@handarendall.com
plus40@aol.com

Jere L. Beasley
libby.rayborn@beasleyallen.com,
jere.beasley@beasleyallen.com

Windy Cockrell Bitzer
wbitzer@handarendall.com
drobinson@handarendall.com

Lisa Wright Borden
lborden@bakerdonelson.com
cblack@bakerdonelson.com

Robert C. (Mike) Brock
rcb@rsjg.com
pc@rsjg.com

Chad W. Bryan
cwb@chlaw.com
melissa@chlaw.com;roxie@chlaw.com

Philip Henry Butler
pbutler@bradleyarant.com
scarmichael@bradleyarant.com

Clinton Chadwell Carter
clint.carter@beasleyallen.com,
michelle.lysdale@beasleyallen.com;
greta.beasley@beasleyallen.com

Steven F. Casey
scasey@balch.com

Thomas William Christian
twchristian@csattorneys.com,
kjones@csattorneys.com

Lawrence B. Clar
lawrence.clark@arlaw.com
eve.matthews@arlaw.com

William D. Coleman
wdc@chlaw.com
patty@chlaw.com;
roxie@chlaw.com

Betsy P. Collins
bcollins@alston.com
beth.williams@alston.com

Julia Boaz Cooper
jbcooper@bradleyarant.com

Lee Hall Copeland
copeland@copelandfranco.com,
moseley@copelandfranco.com

Kelly Jeanne Davidson
kjdavidson@ober.com,

William Asher Davis
wadavis@mintz.com
krrichardson@mintz.com

Robert D. Eckinger
robert.eckinger@arlaw.com

Joseph C. Espy, III
jespy@mewlegal.com
clucas@mewlegal.com

Patrick Conor Finnegan
pcf@helmsinglaw.com
cer@helmsinglaw.com

Alvin Latham (Peck) Fox, Jr
pfox@mcg-mont.com

Robert BruceFunkhouser
funkhous@hugheshubbard.com,

Charles Nelson Gill
ngill@copelandfranco.com,
cngill27@hotmail.com
bryan@copelandfranco.com

Richard Hamilton Gill
gill@copelandfranco.com,
michaud@copelandfranco.com

William Huger Hardie , Jr
whh@johnstoneadams.com,
service@johnstoneadams.com

Fred M. (Tripp) Haston, III
thaston@bradleyarant.com,
lhawkins@bradleyarant.com

John Alec Henig , Jr
henig@copelandfranco.com,
smith@copelandfranco.com

Frederick Geroge Herold
frederick.herold@dechert.com,

Kimberly Kaye Heuer
kheuer@morganlewis.com

S. Craig Holden
scholden@ober.com

Robert A. Huffaker
rah@rsjg.com
va@rsjg.com

Francis Inge Johnstone
ijohnsto@balch.com

Donald R. Jones, Jr
don@djoneslaw.com
kristi@djoneslaw.com

Anthony Aaron Joseph
aaj@jbpp.com

Troy Robin King
mmaynard@ago.state.al.us
smclure@ago.state.al.us

Joseph William Letzer
jletzer@burr.com

Robert S, Litt
robert_litt@aporter.com,

Gary M. London
glondon@burr.com
tmoore@burr.com

David Wayne Long-Daniels
long-danielsd@gtlaw.com
spitzere@gtlaw.com

Julian Rushton McClees
rmcclees@sirote.com
jboyd@sirote.com

Walter Joseph McCorkle, Jr
jmccorkl@balch.com
pkervin@balch.com

James H. McLemore
jhm@chlaw.com

treasure@chlaw.com
;roxie@chlaw.com

Wilson Daniel Miles , III
dee.miles@beasleyallen.com,
autumn.lindsey@beasleyallen.com

Derrick A. Mills
dmills@lfwlaw.com

F. Chadwick Morriss
fcm@rsjg.com
jt@rsjg.com;tb@rsjg.com

Robert F. Northcutt
rfn@chlaw.com

Tabor Robert Novak, Jr
tnovak@ball-ball.com

Caine O'Rear, III
corear@handarendall.com

George Robert Parker
gparker@bradleyarant.com,
rpatterson@bradleyarant.com

Laura Howard Peck
lhp@starneslaw.com

Anthony C. Porcelli
aporcelli@jenner.com

Maibeth Jernigan Porter
PORTEM@maynardcooper.com

Harlan Irby Prater , IV
hprater@lfwlaw.com

Archibald Theodore Reeves , IV
areeves@mcdowellknight.com,
afarnell@mcdowellknight.com
snorman@mcdowellknight.com
jgilmore@mcdowellknight.com

Robert Philip Reznick
reznick@hugheshubbard.com

Sandra Grisham Robinson
sgr@cabaniss.com
kguillott@cabaniss.com

Bruce F. Rogers
brogers@bmrslaw.com

Stephen Jackson Rowe
srowe@lfwlaw.com
lynnl@lfwlaw.com

Andrew D. Schau
adschau@pbwt.com

Alexandra T. Schimmer
atschimmer@vssp.com,

John D. Shakow
jshakow@kslaw.com

Richard Lee Sharff , Jr
rsharff@bradleyarant.com

Edward Sledge Sledge , III
esledge@mcdowellknight.com
snorman@mcdowellknight.com

William Stancil Starnes
wss@starneslaw.com

Robert R. Stauffer
rstauffer@jenner.com,

Gilbert Calvin Steindorff, IV
bert.steindorff@arlaw.com

Sharon Donaldson Stuart
sds@csattorneys.com

Kevin R. Sullivan
krsullivan@kslaw.com,

C. Clay Torbert, III
cct@chlaw.com
lucy@chlaw.com
roxie@chlaw.com

John Michael Townsend
townsend@hugheshubbard.com

George Walton Walker , III
walker@copelandfranco.com
michaud@copelandfranco.com

James N. Walter, Jr
jnw@chlaw.com,
anne@chlaw.com;
roxie@chlaw.com
donna@chlaw.com

Jason Robert Watkin
jrw@helmsinglaw.com
klk@helmsinglaw.com
bxa@helmsinglaw.com

Jarrod J. White
jjw@cabaniss.com
tsmith@cabaniss.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants::

Justin S. Antonipillai
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Steven F. Barley
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Sam Blair
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, Tn 38103

David J. Burman
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Tiffany Cheung
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Toni-Ann Citera
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Courtney A. Clark
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Barak Cohen
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Jonathan D. Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Richard M. Cooper
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Paul T. Coval
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

Wayne Cross
White & Case
1155 Avenue of the Americas
New York, NY 10036

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Merle M. DeLancey, Jr
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Steven S. Diamond
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John C. Dodds
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelpha, PA 19103-2921

Michael P. Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Ronald G. Dove , Jr
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Paul F. Doyle
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Rebecca L. Dubin
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Paul K. Dueffert
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Steven M. Edwards
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Douglas B. Farquhar
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

David D. Fauvre
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John R. Fleder
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

Michael S. Flynn
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael Gallagher
White & Case
1155 Avenue of the Americas
New York, NY 10036

Mark Godler
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Kimberley D. Harris
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James V. Hayes
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Nicola Heskett
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Geoffrey E. Hobart
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Andrew L. Hurst
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Edwin John U
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Michael L. Koon
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Katy E. Koski
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Brian Ledahl
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Thomas H. Lee , II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

James W. Matthews
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Warren Carroll Matthews
Burr & Forman, LLP
201 Monroe Street
Suite 1950, RSA Tower
Montgomery, AL 36104

Joseph G. Matye
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Christopher May
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Jessica L. Medina
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Saul Morgenstern
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Robert J. Muldoon, Jr
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

William D. Nussbaum
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Brien T. O'Connor
Ropes & Gray LLP
One International Place
Boston, MA 02110

Kathleen M. O'Sullivan
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Christopher Palermo
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jane W. Parver
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Carlos M. Pelayo
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Zoe Philippides
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Carlos Provencio
Shook, Hardy, & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

Brian Rafferty
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Richard D. Raskin
Sidley Austin Brown & Wood LLP
10 S Dearborn Street
Chicago, IL 60603

Jonathan T. Rees
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Joel E. Richardson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Michael J. Rinaldi
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Thomas J. Roberts
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Grace M. Rodriguez
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006

Louis J. Scerra , Jr
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Lori A. Schechter
Morrison & Forester
345 California Street
San Francisco, CA 94104-2675

Michael T. Scott
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Mark D. Seltzer
Holland & Knight
10 St. James Avenue
Boston, MA 02116

John Starnes
Baker Donelson Bearman Caldwell & Berkowitz, PC
165 Madison Avenue
Suite 2000
Memphis, Tn 38103

Scott A. Stempel
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

T. Reed Stephens
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Jonathan L. Stern
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

Lyndon M. Tretter
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Steven M. Umin
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

James M. Vant
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Peter J. Venaglia
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Karen Walker
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Bruce Wessel
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, NY 10036

Joseph H. Young
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

KIMBERLY DENISE HARRIS, Bar # KH9976

was duly admitted to practice in this Court on

MAY 4th, 1998, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 25th, 2005

J. MICHAEL McMAHON
Clerk

by: [signature]
Deputy Clerk

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

D. SCOTT WISE, Bar # DW3863

was duly admitted to practice in this Court on

JULY 26th, 1978, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 25th, 2005

J. MICHAEL McMAHON
Clerk

by: [signature]
Deputy Clerk

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

CARLOS M. PELAYO, Bar # CP1462

was duly admitted to practice in this Court on

JANAURY 7th, 2003, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 25th, 2005

J. MICHAEL McMAHON
Clerk

by: [signature]
Deputy Clerk

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

MICHAEL SEAN FLYNN, Bar # MF0500

was duly admitted to practice in this Court on

JANUARY 10th, 1995, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 25th, 2005

J. MICHAEL McMAHON

Clerk

by: [signature]

Deputy Clerk