AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF GOOD STANDING

*I,* Sarah A. Thornton *, Clerk of this Court,*

*certify that* Elizabeth A. Thomas *, Bar #* 657342 *,*

*was duly admitted to practice in this Court on*

March 18, 2004 *, and is in good standing*

*DATE*

*as a member of the Bar of this Court.*

*Dated at* Boston, Massachusetts *on* July 26, 2005 .

*LOCATION* *DATE*

Sarah A. Thornton

*CLERK*

*DEPUTY CLERK*