AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**DISTRICT OF** MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

*I,* Sarah A. Thornton *, Clerk of this Court,*

*certify that* Eric Christofferson *, Bar #* 654087 ,

*was duly admitted to practice in this Court on*

June 2, 2003 *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* Boston, Massachusetts *on* July 26, 2005 .
*LOCATION* *DATE*

Sarah A. Thornton
*CLERK*

*DEPUTY CLERK*