**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| STATE OF ALABAMA<br>Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2:05cv647-T |
| ABBOTT LABORATORIES, INC., et al.<br>Defendants. | ) | |

# ORDER

Because all counsel of record, who have not previously done so, should immediately register for the Court's electronic noticing system pursuant to the Court's General Order 2:04-mc-3164, available on our website at http://www.almd.uscourts.gov (which requires that all attorneys who practice in this district register for electronic noticing absent good cause shown), it is hereby **ORDERED** that all Counsel of record, who have not already done so, shall complete one of the registration forms (copies attached and available on our website at http://www.almd.uscourts.gov/CMECF/ecf_index.htm) and return it by facsimile transmission to the Clerk's office not later than August 10, 2005, or show any cause as to why they have failed to do so. Any counsel who fails to comply with this order will no longer receive notice in this case.

Done this 28th day of July, 2005.

/s/ Myron H. Thompson
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE