U.S. District Court
Middle District of Alabama

# MANDATORY ATTORNEY DATA UPDATE AND REGISTRATION

| | | | |
|---|---|---|---|
| Last name | | First name | |
| Middle name | | Generation (JR, SR, I, II) | |
| Title | | Alabama Bar Id * | ____-____-____ |
| Office (law firm, etc.) | | Unit or Division | |
| Address Line 1 ** | | Address Line 2 | |
| Address Line 3 | | City | |
| State | | Zip | |
| Country | | Social Security # | ____-____-____ |
| Business Phone | | Fax | |
| Primary Internet E-mail | | Secondary E-mail | |

** Use Business Address Please. If not available, use home address.

* Use Alabama Bar #, which starts with ASB, followed by last four digits of the SSN, etc. If not ASB member, enter your State Bar #

**ATTORNEYS MUST SIGN ONE OF THE TWO OPTIONS BELOW:**

**Registration for CM/ECF - E-Service***
**Authorization to Send Orders, Judgments, Pleadings and Other Documents by E-Mail Transmission**

In accordance with the provisions of F.R.CIV.P.5(b)(2)(D), I understand that service, except for original process, will be given to me by electronic means to the e-mail addresses listed above. I agree to waive the provisions of F.R.Civ.P.77(d) and F.R.Crim.P.49(c) providing service of notice of the entry of an order or judgment by mail and consent that such notice may be served by electronic means. I am a member of the bar in good standing. I understand that this electronic notice will be in lieu of notice by mail.

______________________ Date

______________________ Signature of Attorney

* Attorneys of Record in Social Security and Criminal Cases must also have a PACER account to view documents by e-mail. Please contact the Public Access to Court Electronic Records (PACER) Service Center's web site (http://pacer.psc.uscourts.gov) to register.

**- OR -**

I do not intend to practice or foresee practicing in the U.S. District Court for the Middle District of Alabama.

______________________ Date

______________________ Signature of Attorney

**Please fax this form to 334.954.3967** (alternate #: 334.954.3615) If Faxed, do not mail, please.

Or mail to:

Clerk, US District Court
P. O. Box 711
Montgomery, AL 36101-0711

—Check our web page on www.almd.uscourts.gov for current rules, fees, standing orders, etc