U.S. District Court, Middle District of Alabama

# REGISTRATION FOR CM/ECF ELECTRONIC FILING

| | | | |
|---|---|---|---|
| Last name | | First name | |
| Middle name | | Generation (JR, SR, I, II) | |
| Title | | * Bar Id | -- -- |

* Use Alabama Bar #, which starts with ASB, followed by last four digits of the SSN, etc. If not ASB member, enter your state bar #

| | | | |
|---|---|---|---|
| Office (law firm, etc.) | | Unit or Division | |
| ** Address Line 1 | | Address Line 2 | |

** Use Business Address Please. If not available, use home address.

| | | | |
|---|---|---|---|
| Address Line 3 | | City | |
| State | | Zip | |
| Country | | ***Social Security # | -- -- |

*** For Security reasons, you must provide at least the last four digits of your SSN.

| | | | |
|---|---|---|---|
| Business Phone | | Fax | |
| Primary Internet E-mail | | Secondary E-mail | |

Are you a Member in Good Standing of the Bar for the Middle District of Alabama? Yes No

Were you admitted pro hac vice? Yes No Current active case(s)? Yes No

I already have an ECF login from another US Court and would like to be assigned the same login, which is:

1. The CM/ECF system for the US District Court, Alabama-Middle is for use only in cases before the U.S. District Court for the Middle District of Alabama. It may be used by attorneys to file electronic documents.
2. A User's login as issued by the court, combined with the password, serves as and constitutes the attorney's signature.
3. Attorneys must be members in good standing of the bar of this Court, or permitted by statute or Local Rule to appear without being a member of the bar, to file documents electronically.
4. CM/ECF Users agree to abide by the rules and orders of this court and the Civil and/or Criminal Administrative Procedures (available on-line) concerning CM/ECF.

**Registration for CM/ECF - E-Service* and E-Filing***

Includes Authorization to Send Orders, Judgments, Pleadings and Other Documents by E-Mail Transmission

In accordance with the provisions of F.R.CIV.P.5(b)(2)(D), I understand that service, except for original process, will be given to me by electronic means to the e-mail addresses listed above. I agree to waive the provisions of F.R.Civ.P.77(d) and F.R.Crim.P.49(c) providing service of notice of the entry of an order or judgment by mail and consent that such notice may be served by electronic means. I am a member of the bar in good standing. I understand that this electronic notice will be in lieu of notice by mail.

**Signature of Attorney**____________________________ **Date** ______________

* Attorneys of Record in Social Security and Criminal Cases must also have a Public Access to Court Electronic Records (PACER) account to view documents by e-mail. Please contact the (PACER) Service Center's web site (http://pacer.psc.uscourts.gov) to register.

**Please fax this form to 334.954.3967** (alternate #: 334.954.3615)

**THIS FORM IS AVAILABLE ON OUR WEB SITE AT THE CM/ECF LINK. COMPLETE ON LINE, SIGN AND FAX**

If you Fax, which is preferred, please do NOT mail. Thank you

you may mail to: Clerk, US District Court; PO Box 711; Montgomery AL 36101

---Check our web page on www.almd.uscourts.gov for current rules, fees, standing orders, etc