**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 28, 2005

# NOTICE OF ERROR

**To: Julia Cooper**

**Case Style: State of Alabama v. Abbott Laboratories, Inc. et al**

**Case Number: 2:05-cv-00647-MHT**

**Referenced Pleading: Motion to Appear Pro Hac Vice**
**Docket Entry Number: 104**

**The referenced pleading was electronically filed on **July 27, 2005** in this case and is a duplicate docket entry in error.**

**This entry has been stricken from the docket by the Clerk's office and parties are instructed to disregard docket entry [104] and refer only to docket entry [103] for the correct entry filed jointly by Eisai, Inc. and Genzyme Corporation.**