# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

---

## CERTIFICATE OF GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**ALEXANDRA T. SCHIMMER, BAR #0075732,**

was duly admitted to practice in this Court on

August 30, 2004

and is in good standing as a member of the Bar of this Court.

Dated at Columbus, Ohio on July 27, 2005.



JAMES BONINI, CLERK

By: Eduardo Rivera, Deputy Clerk