# UNITED STATES DISTRICT COURT

**DISTRICT OF** MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

*I,* Sarah A. Thornton *, Clerk of this Court,*

*certify that* Robert J. Muldoon, Jr. *, Bar #* 359480 *,*

*was duly admitted to practice in this Court on*

January 16, 1967 *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* Boston, Massachusetts *on* July 20, 2005 *.*
*LOCATION* *DATE*

Sarah A. Thornton
*CLERK*

*DEPUTY CLERK*

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**DISTRICT OF** MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

*I,* Sarah A. Thornton *, Clerk of this Court,*

*certify that* James W. Matthews *, Bar #* 560560 *,*

*was duly admitted to practice in this Court on*

April 16, 1993 *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* Boston, Massachusetts *on* July 20, 2005 *.*
*LOCATION* *DATE*

Sarah A. Thornton
*CLERK*

*DEPUTY CLERK*

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**DISTRICT OF** MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

*I,* Sarah A. Thornton *, Clerk of this Court,*

*certify that* Courtney A. Clark *, Bar #* 651381 *,*

*was duly admitted to practice in this Court on*

October 22, 2002 *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* Boston, Massachusetts *on* July 20, 2005 .
*LOCATION* *DATE*

Sarah A. Thornton
*CLERK*

*DEPUTY CLERK*