# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** )
) SS.
**WESTERN DISTRICT OF MISSOURI** )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Michael L. Koon was duly admitted to practice in said Court on 3/25/98.

Mr. Koon is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on April 5, 2005

Clerk

By

Christi Revis
Deputy Clerk

:goodst.att

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** )
) SS.
**WESTERN DISTRICT OF MISSOURI** )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Joseph G. Matye was duly admitted to practice in said Court on 10/8/93.

Mr. Matye is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on April 5, 2005

Clerk

By

Christi Revis
Deputy Clerk

:goodst.att