# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

WAYNE A. CROSS, Bar # WC3027

was duly admitted to practice in this Court on

JULY 11TH, 1972, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 27TH, 2005

J. Michael McMahon by [signature]
Clerk Deputy Clerk

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

MICHAEL J. GALLAGHER, Bar # MG2165

was duly admitted to practice in this Court on

DECEMBER 6TH, 1994, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 27TH, 2005

J. Michael McMahon
Clerk

by [signature]
Deputy Clerk