**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| THE STATE OF ALABAMA<br><br>Plaintiff,<br><br>**v.**<br><br>ABBOTT LABORATORIES, INC., ET AL.<br><br>Defendants. | Civil Action No.: 2:05cv647-T |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW, Betsy P. Collins, counsel for Defendants Abbott Laboratories, Inc. ("Abbott") and TAP Pharmaceuticals Products Inc. ("TAP") who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Leah Poynter of the firm Alston & Bird LLP and James R. Daly III, Daniel E. Reidy and John Ryan Mitchell of the firm Jones Day, to appear *pro hac vice* in this action for the purpose of representing Abbott and TAP. Ms. Poynter is admitted to practice before the United States District Court for the Northern District of Georgia, which is the district in which she resides or regularly practices law. Mr. Daly, Mr. Reidy and Mr. Mitchell are admitted to practice before the United States District Court for the Northern District of Illinois, which is the district in which they reside or regularly practice law. Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 (no. 00029471 for Ms. Poynter) and a check in the amount of $60.00 (no. 1010635, $20 each for Mr. Daly, Mr. Reidy and Mr. Mitchell) in

payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Dated: July 29, 2005

Respectfully submitted,

s/_Betsy P. Collins____________________

Betsy P. Collins(COL055)
ALSTON & BIRD, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
404.881.7000
404.881.7777 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29th, 2005, I electronically filed *Motion for Admission Pro Hac Vice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James H. Anderson
Joseph P. Babington
Roger L. Bates
Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Caine O'Rear III
Windy C. Bitzer
Lisa Borden
Robert C. Brock
Robert Huffaker
Chad W. Bryan
Philip H. Butler
George R. Parker
Steven F. Casey
Tom Christian
Sharon Stuart
Lawrence Clark
Robert Eckinger
William D. Coleman
James N. Walter, Jr.
Julia Boaz Cooper
Lee H. Copeland
Richard H. Gill
George W. Walker, III
John A. Henig, Jr.
Craig Holden
Kelly Davidson
William Davis
Joseph C. Espy, III
Patrick Conor Finnegan
Peck Fox
John Townsend
Robert Reznick
Robert Funkhouser
Charles Nelson Gill
William Hardie
F.M. Haston, III
Frederick G. Herold
Kimberly K. Heuer
F. Inge Johnstone
Donald R. Jones, Jr.
Anthony A. Joseph
Troy King, Attorney General
Joseph W. Letzer
Gary M. London
Robert S. Litt
David Long-Daniels
Rushton McClees
W. Joseph McCorkle, Jr.
Robert F. Northcutt
James H. McLemore
Derrick A. Mills
F. Chadwick Morriss
Tabor R. Novak, Jr.
Laura Howard Peck
Robert Stauffer
Anthony C. Porcelli
Harlan I. Prater, IV
Edward S. Sledge, III
Archibald T. Reeves, IV
Sandy Robinson
Bruce F. Rogers
Stephen Jackson Rowe
Andrew D. Schau
Alexandra T. Schimmer
John D. Shakowki
Richard L. Sharff, Jr.
W. Stancil Starnes
Gilbert Calvin Steindorff, IV
Kevin Sullivan
C. Clay Torbert, III
Jason Robert Watkins
Jarrod J. White



ATL01/12000123v1

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the document by electronic mail upon the following non-CM/ECF participants for each of the remaining parties listed below on the same date.

| | |
|---|---|
| Justin S. Antonipillai<br>Justin.antonipillai@aporter.com | E. Abim Thomas<br>Abim.thomas@ropesgray.com |
| Steven S. Diamond<br>Steven.diamond@aporter.com | Toni-Ann Citera<br>Tcitera@jonesday.com |
| Jonathan Stern<br>Jonathan.stern@aporter.com | James R. Daly<br>jrdaly@jonesday.com |
| David Fauvre<br>David.fauvre@aporter.com | J. Ryan Mitchell<br>jrmitchell@jonesday.com |
| Rebecca L. Dubin<br>Rebecca.dubin@aporter.com | Daniel E. Reidy<br>dereidy@jonesday.com |
| Jessica L. Medina<br>Jessica.medina@aporter.com | Courtney A. Clark<br>caclark@sherin.com |
| Joel E. Richardson<br>Joel.richardson@aporter.com | Robert J. Muldoon, Jr.<br>Rjmuldoon@sherin.com |
| Michael J. Rinaldi<br>Michael.rinaldi@aporter.com | James W. Matthews<br>jwmatthews@sherin.com |
| Steven F. Barley<br>sfbarley@hhlaw.com | Katy E. Koski<br>kekoski@sherin.com |
| Joseph H. Young<br>jhyoung@hhlaw.com | Barak Cohen<br>bcohen@kirkland.com |
| J. Steven Baughman<br>Steven.baughman@ropesgray.com | Karen Walker<br>kwalker@kirkland.com |
| Christopher May<br>Christopher.may@ropesgray.com | Edwin John U<br>eu@kirkland.com |
| Sam Blair<br>sblair@bakerdonelson.com | Jonathan D. Cohen<br>cohenj@gtlaw.com |
| John Starnes<br>jstarnes@bakerdonelson.com | Gary Greenberg<br>greenbergg@gtlaw.com |
| David J. Burman<br>dburman@perkinscoie.com | Louis J. Scerra, Jr.<br>scerral@gtlaw.com |
| Kathleen M. O'Sullivan<br>kosullivan@perkinscoie.com | James M. Vant<br>vantj@gtlaw.com |
| Zoe Philippides<br>zphilippides@perkinscoie.com | Richard Cooper<br>rcooper@wc.com |
| Brien T. O'Connor<br>brien.o'connor@ropesgray.com | Patrick K. Dueffert<br>pdueffert@wc.com |
| Eric Christofferson<br>Eric.christofferson@ropesgray.com | Thomas J. Roberts<br>troberts@wc.com |
| John T. Montgomery<br>John.montgomery@ropesgray.com | Steven Umin<br>sumin@wc.com |

| | |
|---|---|
| James Hayes<br>jhayes@wc.com | Saul Morgenstern<br>smorgenstern@kayescholer.com |
| Wayne Cross<br>wcross@whitecase.com | Jane W. Parver<br>jparver@kayescholer.com |
| Michael Gallagher<br>mgallagher@whitecase.com | Mark Godler<br>mgodler@kayescholer.com |
| Brendan Woodard<br>bwoodard@whitecase.com | Elizabeth I. Hack<br>ehack@sonnenschein.com |
| Merle DeLancey<br>delanceym@dsmo.com | T. Reed Stephens<br>rstephens@sonnenschein.com |
| Jason D. Wallach<br>wallachj@dsmo.com | Michael Koon<br>mkoon@shb.com |
| John C. Dodds<br>jdodds@morganlewis.com | Joseph Matye<br>jmatye@shb.com |
| Richard Raskin<br>rraskin@sidley.com | Nicola Heskett<br>nheskett@shb.com |
| Michael Doss<br>mdoss@sidley.com | Andrew Hurst<br>Ahurst@reedsmith.com |
| Mark H. Lynch<br>mlynch@cov.com | Michael T. Scott<br>mscott@reedsmith.com |
| Geoffrey E. Hobart<br>ghobart@cov.com | Brian Ledahl<br>bledahl@irell.com |
| Ronald G. Dove, Jr.<br>Rdove@cov.com | Bruce Wessel<br>Bwessel@irell.com |
| Paul F. Doyle<br>pdoyle@kelleydrye.com | Thomas H. Lee II<br>Thomas.lee@dechert.com |
| Christopher C. Palermo<br>cpalermo@kelleydrye.com | Warren C. Matthews<br>wmatthew@burr.com |
| Neil Merkl<br>nmerkl@kelleydrye.com | William D. Nussbaum<br>wdnussbaum@hhlaw.com |
| Lyndon M. Tretter<br>lmtretter@hhlaw.com | Jonathan T. Rees<br>jtrees@hhlaw.com |
| Steven M. Edwards<br>smedwards@hhlaw.com | Gregory Petouvis<br>gmpetouvis@hhlaw.com |
| Douglas B. Farquhar<br>dbf@hpm.com | Carlos Provencio<br>cprovencio@shb.com |
| John Fleder<br>jrf@hpm.com | Peter Venaglia<br>venaglia@dsswlaw.com |
| D. Scott Wise<br>d.wise@dpw.com | Brian Rafferty<br>rafferty@dsswlaw.com |
| Michael Flynn<br>Michael.flynn@dpw.com | Grace M. Rodriquez<br>gmrodriquez@kslaw.com |
| Kim Harris<br>Kim.harris@dpw.com | Mark D. Seltzer<br>Mark.seltzer@hklaw.com |
| Carlos M. Pelayo<br>Carlos.pelayo@dpw.com | Scott Stempel<br>sstempel@morganlewis.com |

| | |
|---|---|
| Tiffany Cheung<br>tcheung@mofo.com | Paul Coval<br>pjcoval@vssp.com |
| Lori A. Schechter<br>lschechter@mofo.com | |

s/Betsy P. Collins
Attorney for Abbott Laboratories, Inc. and TAP Pharmaceutical Products Inc.

Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
bcollins@alston.com