# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LEAH J. POYNTER, State Bar No. 586605,** was duly admitted to practice in said Court on April 7, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of May, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: ______________________
Luis Perez
Deputy Clerk