# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Daniel E. Reidy

was duly admitted to practice in this Court on December 10, 1974

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on

July 25, 2005

Michael W. Dobbins, Clerk of Court

by Tiana Davis

Deputy Clerk