# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Thomas H. Lee, II , Bar # 49867, was duly admitted to practice in said Court on February 20, 1990, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on July 27, 2005.

MICHAEL E. KUNZ
Clerk of Court

BY ____________
Aida Ayala, Deputy Clerk

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Frederick G. Herold, Bar No. 229239** was duly admitted to practice in said Court on **April 27, 2004**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on July 26, 2005

Richard W. Wieking
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA