RECEIVED

2005 JUL 29 A 9:31

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

STATE OF ALABAMA, )
)
Plaintiff, )
) Civil Action No. 2:05CV647 T
v. )
)
ABBOTT LABORATORIES, INC., et al., )
)
Defendants. )

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned Lisa W. Borden, counsel for defendants King Pharmaceuticals, Inc. ("King") and Monarch Pharmaceuticals, Inc. ("Monarch"), who is an attorney admitted to practice before this Court, moves the Court for an order granting permission to Sam B. Blair, Jr., and John B. Starnes, of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., of Memphis, TN, to appear *pro hac vice* in this action for the purpose of representing King and Monarch. Mr. Blair and Mr. Starnes are admitted to practice in the United States District Court for the Western District of Tennessee, which is the district in which they regularly practice law. Certificate of Good Standing for Mr. Blair and Mr. Starnes are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40, in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

LISA W. BORDEN (WRI 027)

Attorney for Defendants
King Pharmaceuticals, Inc. and
Monarch Pharmaceuticals, Inc.

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 SouthTrust Tower
Birmingham, Alabama 35203
(205) 328-0480

Sam B. Blair, Jr.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Gary Greenberg
Louis J. Scerra, Jr.
GREENBERG TRAURIG LLP
One International Place
Boston, MA 02110

## CERTIFICATE OF SERVICE

I certify that on July 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

James Harold Anderson: janderson@beersanderson.com, jody@beersanderson.com; Joseph P. H. Babington: jpb@helmsinglaw.com, cer@helmsinglaw.com; Lee E. Bains, Jr.: BAINSL@maynardcooper.com, dbroom@mcglaw.com; Roger L. Bates: rbates@handarendall.com, plus40@aol.com; Jere L. Beasley: libby.rayborn@beasleyallen.com, jere.beasley@beasleyallen.com; Windy Cockrell Bitzer: wbitzer@handarendall.com, drobinson@handarendall.com; Robert C. (Mike) Brock: rcb@rsjg.com, pc@rsjg.com; Chad W. Bryan: cwb@chlaw.com, melissa@chlaw.com, roxie@chlaw.com; Philip Henry Butler: pbutler@bradleyarant.com, scarmichael@bradleyarant.com; Clinton Chadwell Carter: clint.carter@beasleyallen.com, michelle.lysdale@beasleyallen.com, greta.beasley@beasleyallen.com; Steven F. Casey: scasey@balch.com; Thomas William Christian: twchristian@csattorneys.com, kjones@csattorneys.com; Lawrence B. Clark: lawrence.clark@arlaw.com, eve.matthews@arlaw.com; Barak Cohen: bcohen@kirkland.com,; William D. Coleman: wdc@chlaw.com, patty@chlaw.com, roxie@chlaw.com; Betsy P. Collins: bcollins@alston.com, beth.williams@alston.com; Julia Boaz Cooper: jbcooper@bradleyarant.com; Lee Hall Copeland: copeland@copelandfranco.com, moseley@copelandfranco.com; Kelly Jeanne Davidson: kjdavidson@ober.com; William Asher Davis: wadavis@mintz.com, krrichardson@mintz.com; Robert D. Eckinger: robert.eckinger@arlaw.com; Joseph C. Espy, III: jespy@mewlegal.com, clucas@mewlegal.com; Patrick Conor Finnegan: pcf@helmsinglaw.com, cer@helmsinglaw.com; Alvin Latham (Peck)

Fox, Jr.: pfox@mcg-mont.com; Robert Bruce Funkhouser: funkhous@hugheshubbard.com; Charles Nelson Gill: ngill@copelandfranco.com, cngill27@hotmail.com, bryan@copelandfranco.com; Richard Hamilton Gill: gill@copelandfranco.com, michaud@copelandfranco.com; William Huger Hardie, Jr.: whh@johnstoneadams.com, service@johnstoneadams.com; Fred M. (Tripp) Haston, III: thaston@bradleyarant.com, lhawkins@bradleyarant.com; John Alec Henig, Jr.: henig@copelandfranco.com, smith@copelandfranco.com; Frederick George Herold: frederick.herold@dechert.com; Kimberly Kaye Heuer: kheuer@morganlewis.com, berobinson@morganlewis.com; S. Craig Holden scholden@ober.com; Robert A. Huffaker: rah@rsjg.com, va@rsjg.com; Francis Inge Johnstone: ijohnsto@balch.com; Donald R. Jones, Jr.: don@djoneslaw.com, kristi@djoneslaw.com; Anthony Aaron Joseph: aaj@jbpp.com; Troy Robin King: mmaynard@ago.state.al.us, smclure@ago.state.al.us; Joseph William Letzer: jletzer@burr.com; Robert S. Litt: robert_litt@aporter.com; Gary M. London: glondon@burr.com, tmoore@burr.com; David Wayne Long-Daniels long-danielsd@gtlaw.com, spitzere@gtlaw.com; Warren Carroll Matthews: wmatthew@burr.com; Julian Rushton McClees: rmcclees@sirote.com, jboyd@sirote.com; Walter Joseph McCorkle, Jr.: jmccorkl@balch.com, pkervin@balch.com; James H. McLemore: jhm@chlaw.com, treasure@chlaw.com, roxie@chlaw.com; Wilson Daniel Miles, III: dee.miles@beasleyallen.com, autumn.lindsey@beasleyallen.com; Derrick A. Mills: dmills@lfwlaw.com; F. Chadwick Morriss: fcm@rsjg.com, jt@rsjg.com, tb@rsjg.com; Robert F. Northcutt: rfn@chlaw.com; Tabor Robert Novak, Jr.: tnovak@ball-ball.com; Caine O'Rear, III: corear@handarendall.com; George Robert Parker: gparker@bradleyarant.com, rpatterson@bradleyarant.com; Laura Howard Peck: lhp@starneslaw.com; Anthony C. Porcelli aporcelli@jenner.com; Maibeth Jernigan Porter: PORTEM@maynardcooper.com; Harlan Irby Prater, IV: hprater@lfwlaw.com; Archibald Theodore Reeves, IV: areeves@mcdowellknight.com, afarnell@mcdowellknight.com, snorman@mcdowellknight.com; jgilmore@mcdowellknight.com; Robert Philip Reznick: reznick@hugheshubbard.com; Sandra Grisham Robinson: sgr@cabaniss.com, kguillott@cabaniss.com; Graciela Maria Rodriguez: gmrodriguez@kslaw.com; Bruce F. Rogers: brogers@bmrslaw.com; Stephen Jackson Rowe: srowe@lfwlaw.com, lynnl@lfwlaw.com; Andrew D. Schau: adschau@pbwt.com; Lori A. Schechter: lschechter@mofo.com; Alexandra T. Schimmer: atschimmer@vssp.com; John D. Shakow: jshakow@kslaw.com; Richard Lee Sharff, Jr.: rsharff@bradleyarant.com; Edward Sledge, III; esledge@mcdowellknight.com, snorman@mcdowellknight.com; William Stancil Starnes: wss@starneslaw.com; Robert R. Stauffer: rstauffer@jenner.com; Gilbert Calvin Steindorff, IV: bert.steindorff@arlaw.com; Sharon Donaldson Stuart: sds@csattorneys.com; Kevin R. Sullivan: krsullivan@kslaw.com; C. Clay Torbert, III: cct@chlaw.com, lucy@chlaw.com, roxie@chlaw.com; John Michael Townsend: townsend@hugheshubbard.com, Edwin John U: eu@kirkland.com; George Walton Walker, III: walker@copelandfranco.com, michaud@copelandfranco.com; Karen Natalie Walker: kwalker@kirkland.com, Jason Drew Wallach: wallachj@dsmo.com; James N. Walter, Jr.: jnw@chlaw.com, anne@chlaw.com, roxie@chlaw.com, donna@chlaw.com; Jason Robert Watkins: jrw@helmsinglaw.com, klk@helmsinglaw.com, bxa@helmsinglaw.com; Jarrod J. White: jjw@cabaniss.com, tsmith@cabaniss.com

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Motion by electronic mail upon counsel for each of the remaining parties listed

below on the same date:

Justin S. Antonipillai
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Steven F. Barley
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

David J. Burman
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Tiffany Cheung
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

Toni-Ann Citera
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Courtney A. Clark
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Jonathan D. Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Richard M. Cooper
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Paul T. Coval
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

Wayne Cross
White & Case
1155 Avenue of the Americas
New York, NY 10036

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Merle M. DeLancey, Jr
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, NW
Washington, DC 20037

Steven S. Diamond
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John C. Dodds
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelpha, PA 19103-2921

Michael P. Doss
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Ronald G. Dove , Jr
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

Paul F. Doyle
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Rebecca L. Dubin
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Paul K. Dueffert
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Steven M. Edwards
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Douglas B. Farquhar
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

David D. Fauvre
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

John R. Fleder
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

Michael S. Flynn
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael Gallagher
White & Case
1155 Avenue of the Americas
New York, NY 10036

Mark Godler
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Kimberley D. Harris
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James V. Hayes
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Nicola Heskett
Shook, Hardy & Bacon, LLP

Geoffrey E. Hobart
Covington & Burling

2555 Grand Blvd.
Kansas City, MO 64108-2613

1201 Pennsylvania Avenue NW
Washington, DC 20004

Andrew L. Hurst
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Michael L. Koon
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Katy E. Koski
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Brian Ledahl
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Thomas H. Lee , II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

James W. Matthews
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Joseph G. Matye
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Christopher May
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Jessica L. Medina
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Saul Morgenstern
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Robert J. Muldoon , Jr
Sherin & Lodgen LLP

William D. Nussbaum
Hogan and Hartson, LLP

101 Federal Street
Boston, MA 02110

555 13th Street, NW
Washington, DC 20004

Brien T. O'Connor
Ropes & Gray LLP
One International Place
Boston, MA 02110

Kathleen M. O'Sullivan
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Christopher Palermo
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jane W. Parver
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Carlos M. Pelayo
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Zoe Philippides
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Carlos Provencio
Shook, Hardy, & Bacon LLP
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

Brian Rafferty
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Richard D. Raskin
Sidley Austin Brown & Wood LLP
10 S Dearborn Street
Chicago, IL 60603

Jonathan T. Rees
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Joel E. Richardson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Michael J. Rinaldi
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Thomas J. Roberts
Williams & Connolly
725 12th Street, N.W.

Michael T. Scott
Reed Smith LLP
Suite 1100 -- East Tower

Washington, DC 20005-5901

1301 K Street NW
Washington, DC 20005

Mark D. Seltzer
Holland & Knight
10 St. James Avenue
Boston, MA 02116

Scott A. Stempel
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

T. Reed Stephens
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Jonathan L. Stern
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

Lyndon M. Tretter
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Steven M. Umin
Williams & Connolly
725 12th Stree! t, N.W.
Washington, DC 20005-5901

Peter J. Venaglia
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

Bruce Wessel
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, NY 10036

Joseph H. Young
Hogan & Hartson LLP
111 South Calvert Street
Baltimore, MA 21202

One of the Attorneys for Defendants
King Pharmaceuticals, Inc. and
Monarch Pharmaceuticals, Inc.

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **SAM B. BLAIR, JR** Was duly admitted to practice in said Court on March 5, 1986 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on July 19, 2005.

THOMAS M. GOULD
Clerk of Court

By Christopher Sowell,
Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **JOHN B. STARNES** Was duly admitted to practice in said Court on Febuary 16, 2001 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on July 19, 2005.

THOMAS M. GOULD
Clerk of Court

By Christopher Sowell
Deputy Clerk