# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

Michael P. Doss

was duly admitted to practice in this Court on March 04, 1998

and is currently in good standing as a member of the bar of this Court.

Dated at Chicago on

July 27, 2005

Michael W. Dobbins, Clerk of Court

by Roberto A. Perez

Deputy Clerk