# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that David J. Burman was admitted to practice in said Court on June 27th, 1980 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on July 28, 2005.

Bruce Rifkin
Clerk

By______________________
Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Kathleen M. O'Sullivan was admitted to practice in said Court on September 29th, 2000 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on July 28, 2005.

Bruce Rifkin
Clerk

By____________________
Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Zoe Philippides was admitted to practice in said Court on December 13th, 2000 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on July 28, 2005.

Bruce Rifkin
Clerk

By____________________
Deputy Clerk