AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

**CERTIFICATE OF GOOD STANDING**

*I,* Robert C. Heinemann, *Clerk of this Court,*

*certify that* Christopher C. Palermo, *Bar #* CP-5804,

*was duly admitted to practice in this Court on*

February 28, 1989, *and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* Brooklyn, N.Y. *on* July 26, 2005.
*LOCATION* *DATE*

Robert C. Heinemann
*CLERK*

Kimberly Dao
*DEPUTY CLERK*

CSDNY (11/99) Certificate of Good Standing

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

CHRISTOPHER COYNE PALERMO, Bar # CP5804

was duly admitted to practice in this Court on

FEBRUARY 28TH, 1989, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 27TH, 2005

J. Michael McMahon
Clerk

by [signature]
Deputy Clerk