**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. CV-05-647** |
| | ) | |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR EXTENSION OF TIME TO APPLY FOR *PRO HAC VICE* ADMISSION**

COMES NOW the undersigned, Joseph P.H. Babington, local counsel of record for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), and respectfully moves for an extension of time to apply for *pro hac vice* admission on behalf of additional counsel for GSK. In support of this Motion, movant states as follows:

1. Mark H. Lynch, Geoffrey E. Hobart, Ronald G. Dove, Jr. and Jason R. Litow of Covington & Burling are not admitted to practice in the United States District Court for the Middle District of Alabama and desire to apply for *pro hac vice* admission to this Court.

2. Valerie M. Wagner of Dechert LLP is not admitted to practice in the United States District Court for the Middle District of Alabama and desires to apply for *pro hac vice* admission to this Court.

3. Mark D. Seltzer of Holland & Knight is not admitted to practice in the United States District Court for the Middle District of Alabama and desires to apply for *pro hac vice* admission to this Court.

4. Pursuant to the rules of this Court, a Certificate of Good Standing is required from the United States District Court where the applicant resides or routinely practices. Certificates of Good Standing have been requested for each of the attorneys listed above, but have not yet been received.

WHEREFORE, movant respectfully requests that this Court grant an extension of time in which to file *pro hac vice* admission applications on behalf of Mark H. Lynch, Geoffrey E. Hobart, Ronald G. Dove, Jr. and Jason R. Litow of Covington & Burling, Valerie M. Wagner of Dechert, and Mark D. Seltzer of Holland & Knight, as additional counsel for GSK.

Respectfully submitted this 29th day of July, 2005.

**/s/ Joseph P.H. Babington**
Joseph P.H. Babington (BABIJ7938)
Patrick C. Finnegan (FINNP3533)
Jason R. Watkins (WATKJ3882)
HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
Telephone: (251) 432-5521
Facsimile: (251) 432-0633

Of Counsel
(*pro hac vice* applications in process):

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Frederick G. Herold
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee, II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-2994
Facsimile: (215) 994-2222

Mark D. Seltzer
Mona M. Patel
Sarah Anne Franklin
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

*Counsel for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties in this action as listed herein below; and served electronically on all remaining counsel by agreement of counsel.

**/s/ Joseph P.H. Babington**
OF COUNSEL

**Counsel for Plaintiff,**
**State of Alabama:**

Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
HAND, ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
BEASLEY, ALLEN CROW, METHVIN,
PORTIS & MILES, PC
Post Office Box 4160
Montgomery, Alabama 36103-4160

**DEFENSE COUNSEL:**

| | |
|---|---|
| **Abbott Laboratories, Inc.**<br>Daniel E. Reidy<br>James R. Daly<br>Toni-Ann Citera<br>J. Ryan Mitchell<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601 | Betsy P. Collins<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |
| **Alcon Laboratories, Inc.**<br>Edward S. Sledge, III<br>Archibald Reeves, IV<br>McDOWELL, KNIGHT, ROEDDER & SLEDGE<br>Post Office Box 350<br>Mobile, AL 36601 | |
| **Allergan, Inc.**<br>Richard D. Raskin<br>Michael P. Doss<br>SIDLEY, AUSTIN, BROWN & WOOD<br>10 South Dearborn Street<br>Chicago, IL 60603 | F.M. Haston, III<br>BRADLEY, ARANT, ROSE & WHITE<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| **Alpharma, Inc.**<br>**PurePac Pharmaceutical Co.**<br>John R. Fleder<br>HYMAN, PHELPS & McNAMARA<br>700 Thirteenth Street, NW, Suite 1200<br>Washington, DC 20005 | Steven F. Casey<br>BALCH & BINGHAM<br>Post Office Box 306<br>Birmingham, AL 35201 |
| Daniel R. Jones, Jr.<br>2000 Interstate Park Drive, Suite 104<br>Montgomery, AL 36109 | |
| **Amgen Inc.**<br>Steven F. Barley<br>Joseph H. Young<br>HOGAN & HARTSON<br>111 S. Calvert Street, Suite 1600<br>Baltimore, MD 21202 | Anthony A. Joseph<br>JOHNSTON, BARTON, PROCTOR & POWELL<br>2900 AmSouth/Harbert Plaza<br>1901 Sixth Avenue North<br>Birmingham, AL 35203 |
| **Andrx Corporation**<br>**Andrx Pharmaceuticals, Inc.**<br>Robert J. Muldoon, Jr.<br>James W. Matthews<br>Katy E. Koski<br>Courtney A. Clark<br>SHERIN & LODGEN<br>101 Federal Street<br>Boston, MA 02110 | James H. Anderson<br>BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST<br>Post Office Box 1988<br>Montgomery, AL 36102 |

| | |
|---|---|
| **AstraZeneca Pharmaceuticals LP**<br>**AstraZenaca LP**<br>D. Scott Wise<br>Michael S. Flynn<br>Kimberley D. Harris<br>Carlos M. Pelayo<br>DAVIS, POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017 | Thomas Christian<br>Sharon D. Stuart<br>CHRISTIAN & SMALL<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203 |
| **Aventis Pharmaceuticals Inc.**<br>Carlos Provencio<br>SHOOK, HARDY & BACON<br>Hamilton Square<br>600 14th Street, NW, Suite 800<br>Washington, DC 20005 | Michael Koon<br>Joseph Matye<br>Nicola Heskett<br>SHOOK, HARDY & BACON<br>2555 Grand Blvd.<br>Kansas City, MO 64108 |
| Richard H. Gill<br>COPELAND, FRANCO, SCREWS<br>& GILL<br>Post Office Box 347<br>Montgomery, AL 36101 | |
| **Aventis Behring, LLC**<br>**ZLB Behring, LLC**<br>William D. Nussbaum<br>Jonathan T. Rees<br>Gregory M. Petouvis<br>HOGAN & HARTSON<br>555 Thirteenth Street, NW<br>Washington, DC 20004 | Richard H. Gill<br>COPELAND, FRANCO, SCREWS<br>& GILL<br>Post Office Box 347<br>Montgomery, AL 36101 |
| **Barr Laboratories, Inc.**<br>Edwin John U<br>Karen Walker<br>Barak Cohen<br>KIRKLAND & ELLIS<br>655 15 Street, NW, Suite 1200<br>Washington, DC 2005 | Bruce F. Rogers<br>BAINBRIDGE, MIMS, ROGERS<br>& SMITH<br>Post Office Box 530886<br>Birmingham, AL 35253 |
| **Baxter International**<br>**Baxter Healthcare Corporation**<br>Merle M. DeLancey, Jr.<br>Jason D. Wallach<br>DICKSTEIN, SHAPIRO, MORIN<br>& OSHINSKY<br>2101 L Street, NW<br>Washington, DC 20037 | J. Rushton McClees<br>SIROTE & PERMUTT<br>2311 Highland Avenue South<br>Birmingham, AL 35205 |

| | |
|---|---|
| **Bayer Corporation**<br>**Bayer Pharmaceuticals Corporation**<br>**Bayer Healthcare, LLC**<br>Richard D. Raskin<br>Michael Doss<br>SIDLEY, AUSTIN, BROWN & WOOD<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 | F.M. Haston, III<br>BRADLEY, ARANT, ROSE & WHITE<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| **Biovail Pharmaceuticals, Inc.**<br>F.M. Haston, III<br>BRADLEY, ARANT, ROSE & WHITE<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | |
| **Bochringer Ingelheim Corporation**<br>**Bochringer Ingelheim Pharmaceuticals**<br>**Roxane Labs, Inc.**<br>Paul T. Coval<br>Alexandra T. Schimmer<br>VORYS, SATER, SEYMOUR & PEASE<br>Post Office Box 1008<br>Columbus, OH 43216 | Sandy G. Robinson<br>Jarrod J. White<br>CABANISS, JOHNSTON, GARDNER,<br>DUMAS & O'NEAL<br>Post Office Box 2906<br>Mobile, AL 36652 |
| **Bristol-Myers Squibb Co.**<br>James Zucker<br>Lyndon M. Tretter<br>Steven M. Edwards<br>HOGAN & HARTSON<br>875 Third Avenue<br>New York, NY 10022 | Harlan I. Prater, IV<br>Stephen J. Rowe<br>Derrick A. Mills<br>LIGHTFOOT, FRANKLIN & WHITE<br>400 20th Street North<br>Birmingham, AL 35203 |
| **Dey, L.P.**<br>Paul F. Doyle<br>Christopher C. Palermo<br>Neil Merkl<br>KELLEY, DRYE & WARREN<br>101 Park Avenue<br>New York, NY 10178 | Joseph W. Letzer<br>Gary M. London<br>BURR & FORMAN<br>3100 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203 |
| Warren C. Matthews<br>BURR & FORMAN<br>Suite 1950, RSA Tower<br>201 Monroe Street<br>Montgomery, AL 36104 | |

| | |
|---|---|
| **Eisai, Inc.**<br>Brien T. O'Connor<br>E. Abim Thomas<br>ROPES & GRAY<br>One International Place<br>Boston, MA 02110 | Julia Boaz Cooper<br>BRADLEY, ARANT, ROSE & WHITE<br>1819 5th Avenue North<br>Birmingham, AL 35203 |
| **Eli Lilly and Company**<br>William A. Davis<br>MITZ, LEVIN, COHEN, FERRIS,<br>GLOVSKY & POPEO<br>701 Pennsylvania Avenue, NW, Suite 900<br>Washington, DC 20004 | Tabor R. Novak, Jr.<br>BALL, BALL, MATTHEWS & NOVAK<br>Post Office Box 2148<br>Montgomery, AL 36102 |
| **Endo Pharmaceuticals, Inc.**<br>Jonathan L. Stern<br>David D. Fauvre<br>ARNOLD & PORTER<br>Thurman Arnold Building<br>555 12th Street, NW<br>Washington, DC 20004 | Lawrence B. Clark<br>Robert D. Eckinger<br>Gilbert C. Steindorff, IV<br>ADAMS AND REESE<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |
| **ETHEX Corporation**<br>Robert S. Litt<br>Steven S. Diamond<br>Justin Antonipillai<br>Michael Rinaldi<br>ARNOLD & PORTER<br>Thurman Arnold Building<br>555 12th Street, NW<br>Washington, DC 20004 | Lawrence B. Clark<br>Robert D. Eckinger<br>Gilbert C. Steindorff, IV<br>ADAMS AND REESE<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |
| **Forest Laboratories, Inc.**<br>**Forest Pharmaceuticals, Inc.**<br>Peter Venaglia<br>Brian J. Rafferty<br>DORNBUSH, SCHAEFFER, STRONGIN<br>& WEINSTEIN<br>747 Third Avenue<br>New York, NY 10017 | William H. Hardie<br>JOHNSTONE ADAMS<br>Post Office Box 1988<br>Mobile, AL 36633 |
| **Fujisawa Healthcare, Inc.**<br>**Fujisawa USA, Inc.**<br>Michael T. Scott<br>Andrew L. Hurst<br>REED SMITH LLP<br>1301 K Street, NW<br>Suite 1100. East Tower<br>Washington, DC 20005 | Richard L. Sharff<br>BRADLEY, ARANT, ROSE & WHITE<br>One Federal Building<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |

| | |
|---|---|
| **Genzyme Corporation**<br>Brien T. O'Connor<br>E. Abim Thomas<br>ROPES & GRAY<br>One International Place<br>Boston, MA 02110 | Julia Boaz Cooper<br>BRADLEY, ARANT, ROSE & WHITE<br>1819 5th Avenue North<br>Birmingham, AL 35203 |
| **Gilead Sciences, Inc.**<br>Robert S. Litt<br>Steven S. Diamond<br>Justin Antonipillai<br>Michael Rinaldi<br>ARNOLD & PORTER<br>Thurman Arnold Building<br>555 12th Street, NW<br>Washington, DC 20004 | Lawrence B. Clark<br>Robert D. Eckinger<br>Gilbert C. Steindorff, IV<br>ADAMS AND REESE<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |
| **Hoffmann-La Roche Inc.**<br>Kevin R. Sullivan<br>Grace Rodriguez<br>John D. Shakow<br>KING & SPALDING<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Edward S. Sledge, III<br>Archibald Reeves, IV<br>McDOWELL, KNIGHT, ROEDDER<br>& SLEDGE<br>Post Office Box 350<br>Mobile, AL 36601 |
| **Immunex Corporation**<br>David J. Burman<br>Kathleen M. O'Sullivan<br>Zoe Philippides<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101 | W. Stancil Starnes<br>Laura Peck<br>STARNES & ATCHISON<br>Post Office Box 598512<br>Birmingham, AL 35259 |
| **IVAX Corporation**<br>**IVAX Pharmaceuticals, Inc.**<br>Bruce Wessel<br>Brian Ledahl<br>IRELL & MANDELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | George W. Walker, III<br>COPELAND, FRANCO, SCREWS<br>& GILL<br>Post Office Box 347<br>Montgomery, AL 36101 |

| | |
|---|---|
| **Johnson & Johnson**<br>**ALZA Corporation**<br>**Janssen Pharmaceutica Products, L.P.**<br>**McNeil-PPC, Inc.**<br>**Ortho Biotech Products, L.P.**<br>**Ortho-McNeil Pharmaceutical, Inc.**<br>William F. Cavanaugh<br>Andrew D. Schau<br>Erik Haas<br>PATTERSON, BELKNAP, WEBB & TYLER<br>1133 Avenue of the Americas<br>New York, New York 10036-6710 | Robert F. Northcutt<br>James H. McLemore<br>CAPELL & HOWARD<br>Post Office Box 2069<br>Montgomery, AL 36102 |
| **K-V Pharmaceutical Company**<br>Robert S. Litt<br>Steven S. Diamond<br>Justin Antonipillai<br>Michael Rinaldi<br>ARNOLD & PORTER<br>Thurman Arnold Building<br>555 12th Street, NW<br>Washington, DC 20004 | Lawrence B. Clark<br>Robert D. Eckinger<br>Gilbert C. Steindorff, IV<br>ADAMS AND REESE<br>2100 Third Avenue North, Suite 1100<br>Birmingham, AL 35203 |
| **King Pharmaceuticals, Inc.**<br>**Monarch Pharmaceuticals, Inc.**<br>Gary Greenberg<br>Louis J. Scerra, Jr.<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, Massachusetts 02110 | Lisa W. Borden<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, P.C.<br>1600 SouthTrust Tower, 420 20th Street<br>Birmingham, Alabama 35203 |
| Sam Blair<br>John Starnes<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103 | |
| **MedImmune, Inc.**<br>Steve M. Umin<br>James V. Hayes<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005-5901 | Lee H. Copeland<br>COPELAND, FRANCO, SCREWS & GILL<br>Post Office Box 347<br>Montgomery, Alabama 36101-0347 |
| **Merck & Co., Inc.**<br>John M. Townsend<br>Robert P. Reznick<br>Robert B. Funkhouser<br>HUGHES HUBBARD & REED LLP<br>1775 I Street N.W., Suite 600<br>Washington, DC 20006-2401 | Robert C. Brock<br>Robert A. Huffaker<br>F. Chadwick Morriss<br>RUSHTON, STAKELY, JOHNSON & GARRETT<br>Post Office Box 270<br>Montgomery, Alabama 3610-0270 |

| | |
|---|---|
| **Mylan Laboratories Inc.**<br>**Mylan Pharmaceuticals Inc.**<br>**UDL Laboratories, Inc.**<br>Gary R. Greenberg<br>Louis J. Scerra, Jr.<br>Jonathan D. Cohen<br>James M. Vant<br>GREENBERG TRAURIG, LLP<br>One International Place, 20th Floor<br>Boston, Massachusetts 02110 | David W. Long-Daniels<br>GREENBERG TRAURIG, LLP<br>3290 Northside Parkway, Suite 400<br>Atlanta, Georgia 30327 |
| **Novartis Pharmaceuticals Corporation**<br>Saul Morgenstern<br>Jane W. Parver<br>Mark Godler<br>KAY SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022-3598 | William D. Coleman<br>James N. Walter, Jr.<br>CAPELL & HOWARD, P.C.<br>Post Office Box 2069<br>Montgomery, Alabama 36102-2069 |
| **Novo Nordisk**<br>Richard D. Raskin<br>Michael P. Doss<br>SIDLEY AUSTIN BROWN & WOOD<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, Illinois 60603 | F.M. Haston, III<br>BRADLY ARANT ROSE & WHITE<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 |
| **Organon Pharmaceuticals USA, Inc.**<br>William Campos<br>David Covey<br>SEDGWICK, DETERT, MORAN & ARNOLD<br>125 Broad Street<br>New York, New York 10004 | Edward S. Sledge, III<br>Archibald T. Reeves, IV<br>MCDOWELL, KNIGHT, ROEDDER & SLEDGE<br>Post Office Box 350<br>Mobile, Alabama 36601 |
| **Par Pharmaceutical, Inc.**<br>Richard M. Cooper<br>Paul K. Dueffert<br>Thomas J. Roberts<br>Catherine Levy<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, NW<br>Washington, DC 20005 | George W. Walker, III<br>COPELAND, FRANCO, SCREWS & GILL<br>Post Office Box 347<br>Montgomery, Alabama 36101-0347 |
| **Pfizer Inc.**<br>**Agouron Pharmaceuticals, Inc.**<br>**Pharmacia Corporation**<br>**Pharmacia & Upjohn Company**<br>**G.D. Searle, LLC**<br>Scott A. Stempel<br>MORGAN LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | John C. Dodds<br>Kimberly K. Heuer<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103 |

| | |
|---|---|
| Philip H. Butler<br>George R. Parker<br>BRADLEY, ARANT, ROSE & WHITE<br>Alabama Center for Commerce Bldg.<br>401 Adams Avenue, Suite 780<br>Montgomery, Alabama 36104 | |
| **Purdue Pharma, L.P.**<br>Lori A. Schechter<br>Tiffany Cheung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482 | Harlan I. Prater, IV<br>LIGHTFOOT, FRANKLIN & WHITE<br>The Clark Building<br>400 20th Street North<br>Birmingham, Alabama 35203-3200 |
| **Roche Laboratories, Inc.**<br>Kevin R. Sullivan<br>Grace Rodriguez<br>John D. Shakow<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-4706 | Edward S. Sledge, III<br>Archibald T. Reeves, IV<br>MCDOWELL, KNIGHT, ROEDDER & SLEDGE<br>Post Office Box 350<br>Mobile, Alabama 36601 |
| **Sandoz, Inc.**<br>Wayne Cross<br>Michael Gallagher<br>Brendan Woodard<br>WHITE & CASE<br>1155 Avenue of the Americas<br>New York, New York 10036-2787 | C. Clay Torbert, III<br>Chad W. Bryan<br>CAPELL & HOWARD, P.C.<br>Post Office Box 2069<br>Montgomery, Alabama 36102 |
| **Sanofi-Synthelabo Inc.**<br>Kevin R. Sullivan<br>Grace Rodriguez<br>John D. Shakow<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-4706 | Richard H. Gill<br>COPELAND, FRANCO, SCREWS & GILL<br>Post Office Box 347<br>Montgomery, Alabama 36101-0347 |
| **Schering-Plough Corporation**<br>**Warrick Pharmaceuticals Corporation**<br>Brien T. O'Connor<br>John T. Montgomery<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts 02110 | J. Steven Baughman<br>Christopher May<br>ROPES & GRAY LLP<br>One Metro Center<br>700 12th Street N.W., Suite 900<br>Washington, DC 20005 |

John A. Henig, Jr.
COPELAND, FRANCO, SCREWS & GILL
Post Office Box 347
Montgomery, AL 36101

**Takeda Pharmaceuticals North America, Inc.**
Robert R. Stauffer
Anthony C. Porcelli
JENNER & BLOCK LLP
1 IBM Plaza, Suite 4200
Chicago, Illinois 60611

Joseph C. Espy, III
MELTON, ESPY & WILLIAMS
Post Office Drawer 5130
Montgomery, Alabama 36103

**TAP Pharmaceutical Products, Inc.**
Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017-6702

Daniel E. Reidy
James R. Daly
J. Ryan Mitchell
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**TEVA Pharmaceutical Industries LTD.**
Elizabeth I. Hack
T. Reed Stephens
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

W. Joseph McCorkle, Jr.
BALCH & BINGHAM, LLP
2 Dexter Avenue
Montgomery, Alabama 36104

F. Inge Johnstone
BALCH & BINGHAM LLP
1710 6th Avenue North
Post Office Box 306
Birmingham, Alabama 35201-0306

**Watson Pharmaceuticals, Inc.**
**Watson Pharma, Inc.**
Douglas B. Farquhar
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005

Steven F. Casey
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

| | |
|---|---|
| **Wyeth Pharmaceuticals, Inc.**<br>**Wyeth, Inc.**<br>S. Craig Holden<br>Kelly J. Davidson<br>OBER, KALER, GRIMES & SHRIVER<br>120 East Baltimore Street<br>Baltimore, Maryland 21202-1643 | Lee E. Bains, Jr.<br>Maibeth J. Porter<br>MAYNARD, COOPER & GALE, P.C.<br>2400 AmSouth/Harbert Plaza<br>1901 Sixth Avenue North<br>Birmingham, Alabama 35203-2618 |
| Alvin L. (Peck) Fox, Jr.<br>MAYNARD, COOPER & GALE, P.C.<br>201 Monroe Street, Suite 1650<br>Montgomery, Alabama 36104-3720 | |