IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, in its capacity as sovereign and on behalf of the Alabama Medicaid Agency, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv647-T |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's motion to remand (Doc. No. 69), plaintiff's motion to stay (Doc. No. 71), plaintiff's motion for expedited ruling (Doc. No. 73), and defendants' motion to stay (Doc. No. 109) are set for submission, without oral argument, on August 8, 2005, with all briefs due by said date.

DONE, this the 1st day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE