# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JOHN ROBERT FLEDER**

was, on the 6th day of May A.D. 1996 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 29th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ______________________

**Deputy Clerk**