IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, in its capacity as sovereign and on behalf of the Alabama Medicaid Agency, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv647-T |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motions for extension of time (Doc. Nos. 85, 95, 96, 102, 106, 115, and 125) are granted and counsel are allowed until August 22, 2005, to file their pro hac vice applications.

DONE, this the 1st day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE