# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Lori A. Schechter, Bar No. 139728** was duly admitted to practice in said Court on **June 6, 1989**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on July 26, 2005

Richard W. Wieking
Clerk