**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED
2005 AUG -1 A 11: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | Case No. 2:05-CV-647 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ABBOTT LABORATORIES, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION**
**OF**
**PETER J. VENAGLIA**
**FOR ADMISSION TO PRACTICE *PRO HAC VICE***

William H. Hardie, counsel for defendants Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc., who is admitted to practice before this court, respectfully moves this Honorable Court to grant permission to Peter J. Venaglia, of the firm of Dornbush, Schaeffer, Strongin & Weinstein, LLP of New York, New York, to appear *pro hac vice* in this action for the purpose of representing these defendants. The applicant is admitted to practice before the United States District Court for the Southern District of New York, which is the district in which the applicant resides or regularly practices law. A Certificate of Good Standing for the applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

William H. Hardie, Esq. (HAR084)
**Attorney for Forest Pharmaceuticals, Inc. and Forest Laboratories, Inc.**

Of Counsel:
JOHNSTON, ADAMS, BAILEY,
GORDON & HARRIS, L.L.C.
P.O. Box 1988
Mobile, Alabama 36633
Telephone: (251) 432-7682
Facsimile: (251) 432-0712

Peter J. Venaglia
DORNBUSH SCHAEFFER STRONGIN
& WEINSTEIN, LLP
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

# CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document electronically or by U.S. Mail to the following on this the 29th day of July, 2005.

**Abbott Laboratories, Inc.**
Toni Ann Citera
Jones Day
222 East 41 st Street
New York, NY 10017-6702

Jeremy Cole
John Ryan Mitchell
James R. Daly
Daniel Edward Reidy
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Jesse Witten
Jones Day
51 Louisiana Avenue, N. W.
Washington, DC 20001

Betsy Collins
Leah Poynter
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Alcon Laboratories, Inc.**
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, AL 36601

**Alcon Laboratories, Inc.**
Richard Mark
John Ansbro
Sivan Korn
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

**Allergan, Inc.**
**Bayer Corporation**
**Bayer Pharmaceuticals Corporation**
**Bayer Healthcare, LLC**
**Novo Nordisk Pharmaceuticals, Inc.** *
Richard Raskin*
Michael Doss*
Sara Rankin
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**Allergan, Inc.**
**Bayer Corporation**
**Bayer Pharmaceuticals Corporation**
**Bayer Healthcare, LLC**
**Biovail Pharmaceuticals, Inc.**
**Novo Nordisk Pharmaceuticals, Inc.**
F. M. Haston, III*
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

**Alpharma, Inc.**
**PurePac Pharmaceutical Co.**
Steven F. Casey
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306

John R. Fleder
Hyman Phelps & McNamara, P.C.
700 Thirteenth Street, N W, Suite 1200
Washington, DC 20005

**ALZA Corporation**
Bill Cavanaugh
Andy Schau
Erik Haas
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

**Amgen, Inc.**
Joseph H. Young
Steven F. Barley
Hogan & Hartson LLP
111 S. Calvert Street Suite 1600
Baltimore, MD 21202

Anthony A. Joseph
Max A. Moseley
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL35203-2618

**Andrx Corporation**
**Andrx Pharmaceuticals, Inc.**
James Matthews, Katy E. Koski,
Robert J. Muldoon, Jr.
Sherin Lodgen LLP
101 Federal Street
Boston, MA 02110

**AstraZeneca Pharmaceuticals LP**
**AstraZeneca LP**
D. Scott Wise
Michael S. Flynn
Kim Harris
Carlos M. Pelayo
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY10017

**AstraZeneca Pharmaceuticals LP**
**AstraZeneca LP**
Thomas W. Christian
Sharon D. Stuart
Christian & Small, LLP
505 North 20th Street, Ste. 1800
Birmingham, AL 35203

**Aventis Pharmaceuticals, Inc.**
Carlos Provencio
Shook Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

Mike Koon
Joseph G. Matye
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.

Kansas City, MO 64108

**Aventis Pharmaceuticals, Inc.**
**Aventis Behring, LLC, n/k/a**
**ZLB Behring, LLC**
Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, AL 36101-0347

**Aventis Behring, LLC, n/k/a/**
**ZLB Behring, LLC**
William D. Nussbaum
Jonathon T. Rees
Gregory M. Petouvis
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

**Barr Laboratories, Inc.**
Karen Walker
Pamela Auerbach
Sean Trende
Barak Cohen
Edwin John U
Kirkland & Ellis LLP
655 Fifteenth Street, NW, Ste 1200
Washington, DC 20005

Bruce F. Rogers
Bainbridge, Mims, Rogers & Smith LLP
Post Office Box 530886
Birmingham, AL 35253

**Baxter Healthcare Corporation**
**Baxter International, Inc.**
Merle DeLancey
Tina Reynolds
Jason D. Wallach
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N. W.
Washington, DC 20037-1526

J. Rushton McClees
Stephen R. Geisler
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205

**B. Braun Medical, Inc.**
John P. McDonald
Locke, Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

**Biovail Pharmaceuticals, Inc.**
Ronald Rauchberg
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**Boehringer Ingelheim Corporation;**
**Boehringer Ingelheim Pharmaceuticals, Inc.;**
**Roxane Labs, Inc.**
Paul Coval
Douglas L. Rogers
Darrell A. H. Miller
Vorys Sater Seymour & Pease LLP
Post Office Box 1008
Columbus, OH 43216-1008

Sandy Robinson
Cabaniss, Johnston, Gardner, Dumas & O'Neal
Post Office Box 2906
Mobile, AL 36652

**Bristol-Myers Squibb Company**
Lyndon Mitchell Tretter
Steven Mark Edwards
James Steven Zucker
Hogan & Hartson LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Harlan I. Prater, IV
Lightfoot, Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

**Dey, L.P.**
Paul F. Doyle
Christopher C. Palermo
Neil Merkl
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Joseph W. Letzer
Gary M. London
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

**Eisai, Inc.**
Brien T. O'Connor
E. Abim Thomas
Ropes & Gray LLP
One International Place
Boston, MA 02110

Julia Cooper
Walston Wells Anderson Bains LLP
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, AL 35203

**Eli Lilly and Company**
William Davis
Mitz, Levin, Cohen, Ferris Glovsky & Popeo
701 Pennsylvania Avenue, NW, Ste 900
Washington, DC 20004

Tabor R. Novak, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive,Suite 204
Montgomery, AL 36109

**Endo Pharmaceuticals, Inc.**
Jonathan Stern
Nathan Cortez
David Fauvre
Joel E. Richardson
Robert S. Litt
Nathan Cortez
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

**Endo Pharmaceuticals, Gilead Sciences, Inc., K-V Pharmaceutical Company (and its wholly-owned subsidiary Ethex Corporation)**
Lawrence B. Clark
Robert D. Eckinger
Michael L. Wade, Jr.
Adams and Reese/Lange Simpson LLP
2100 Third Ave. N., Ste. 1100
Birmingham, AL 35203-3367

**Ethex Corp.**
**K-V Pharmaceutical Company**
Robert S. Litt
Justin Antonipillai
Michael Rinaldi
Steven S. Diamond
Nancy Perkins

Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

**Forest Laboratories, Inc.**
**Forest Pharmaceuticals, Inc.**
Peter Venaglia
Brian Rafferty
Dornbush Schaeffer, Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Fujisawa Healthcare, Inc.**
**Fujisawa USA, Inc.**
Kathleen H. McGuan
Andrew L. Hurst
Reed Smith LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005

Michael T. Scott
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Richard Sharff, Jr.
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203-2119

**Genzyme Corporation**
Brien T. O'Connor
Eric Christofferson
Ropes & Gray LLP
One International Place
Boston, MA 02110

**Genzyme Corporation**
Julia Cooper
Walston Wells Anderson Bains LLP
One Federal Place
1819 Fifth Avenue North, Ste 1100
Birmingham, AL 35203

**Gilead Sciences, Inc.**
Robert S. Litt
Jessica Medina
Rebecca Dubin
Arnold & Porter LLP
Thurman Arnold Building
555 Twelfth Street, NW
Washington, DC 20004-1206

**Glaxo Wellcome, Inc.**
Mr. Robert A. Ingram
President, Chairman and CEO
5 Moore Drive
Research Triangle Park, NC 27709

**Hoffman-LaRoche, Inc.**
**Sanofi-Synthelabo Inc.**
Grace Rodriguez
Ann Malekzadeh
Kevin Sullivan
King & Spalding LLP
1730 Pennsylvania Avenue, NW
Washington, DC 20006-4706

**Immunex Corp.**
W. Stancil Starnes
Laura Howard Peck
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512

David J. Burman
Kathleen O'Sullivan
Zoe Philippides
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

**IVAX Corporation**
**IVAX Pharmaceuticals, Inc.**
Bruce Wessel
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

George W. Walker, III
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL 36101-0347

**Johnson & Johnson**
**Janssen Pharmaceutical Products, LP**
**McNeil-PPC, Inc.; Ortho Biotech**
**Ortho-McNeil Pharmaceutical, Inc.**
Bill Cavanaugh
Andy Schau
Erik Haas
Patterson, Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

W. Michael Atchison
Starnes & Atchison LLP
Post Office Box 598512
Birmingham, AL 35259-8512

**King Pharmaceuticals, Inc.**
**Monrch Pharmaceuticals, Inc.**
**Mylan Laboratories, Inc.**
**Mylan Pharmaceuticals, Inc.**
**UDL Laboratories, Inc.**
Gary Greenberg
Louis J. Scerra, Jr.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

**King Pharmaceuticals, Inc.,**
**Monarch Pharmaceuticals, Inc.**
Lisa Borden
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
1600 SouthTrust Tower
420 20th Street
Birmingham, AL 35203

Sam Berry Blair, Jr.
John Starnes
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
20th Floor, First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

**MedImmune, Inc.**
Steven M. Umin
James V. Hayes
Williams & Connolly LLP
725 Twelfth Street, N. W.
Washington, DC 20005-5901

Lee H. Copeland
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL 36101-0347

**Merck & Co., Inc.**
John Townsend
Robert Reznick
Robert Funkhouser
Hughes Hubbard & Reed LLP
1775 I Street N.W.
Washington, DC 20006-2401

Robert C. Brock
Robert Huffaker
Rushton, Stakely, Johnson & Garrett, P.A.
184 Commerce Street
Montgomery, AL 36104

**Mylan Laboratories, Inc.**
**Mylan Pharmaceuticals, Inc.**
**UDL Laboratories, Inc.**
David Long-Daniels
Greenberg Traurig, LLP
The Forum
3290 Northside Parkway, NW, Suite 400
Atlanta, GA 30327

**Novartis Pharmaceuticals Corporation**
Saul Morgenstern
Jane W. Parver
Mark Godler
Jeremiah Frei-Pearson
Margo G. Ferrandino
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

William D. Coleman
James N. Walter, Jr.
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069

**Organon Pharmaceuticals USA, Inc.**
William Campos
David Covey
Sedgwick, Detert, Moran & Arnold, LLP
125 Broad Street
New York, NY 10004

**Organon Pharmaceutricals USA, Inc.; Hoffman-La Roche Inc.**
Edward S. Sledge, III
Archibald T. Reeves, IV
McDowell, Knight, Roedder & Sledge, LLC
Post Office Box 350
Mobile, AL 36601

**Par Pharmaceutical, Inc.**
Richard M. Cooper
Paul K. Dueffert
Catherine K. Levy
Thomas J. Roberts
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

George W. Walker, III
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL 36101-0347

**Pfizer, Inc.**
**Agouron Pharmaceuticals, Inc.**
**Pharmacia Corporation**
**Pharmacia & Upjohn Company**
**G.D. Searle, LLC**
Scott Stempel
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Jack Dodds
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Philip H. Butler
Bradley, Arant LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

**Purdue Pharma, L.P.**
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Harlan Prater
Lightfoot, Franklin & White L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

**Sandoz, Inc.**
Wayne Cross
Michael Gallagher
Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

C. Clay Torbert, III
Capell & Howard, P.C.
150 South Perry Street
Montgomery, AL 36104

**Sanofi-Synthelabo, Inc.**
Richard H. Gill
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL 36101-0347

**Schering-Plough Corporation**
**Warrick Pharmaceuticals Corporation**
Brien O' Connor
Eric Christofferson
Steven A. Kaufman
Ropes & Gray LLP
One International Place
Boston, MA 02110

J. Steven Baughman
Christopher May
Ropes & Gray LLP
700 12th St., NW, Ste. 900
Washington, DC 20005

John A. Henig, Jr.
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL 36101-0347

**SmithKline Beecham Corporation d/b/a GlaxoSmithKline**
Mark Lynch
Ronald G. Dove, Jr.
Covington & Burling
1201 Pennsylvania Avenue, N. W.

Washington, DC 20004

Frederick Herold
Valerie M. Wagner
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304-1106

Thomas H. Lee, II
Dechert, LLP
1717 Arch St., Ste. 4000
Philadelphia, PA 19103-2793

Geoffrey Hobart
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

Joseph P. Babington
Helmsing Leach Herlong Newman & Rouse
150 Government Street, Suite 2000
Mobile, AL 36602

**Takeda Pharmaceuticals North America, Inc.**
Robert R. Stauffer
Anthony C. Porcelli
Jenner & Block LLP
1 IBM Plaza, Suite 4200
Chicago, IL 60611

Joseph C. Espy, III
Melton, Espy & Williams
Post Office Drawer 5130
Montgomery, AL 36103

TAP Pharmaceutical Products, Inc.
Tina Tabacchi
Lee Ann Russo
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

Joe Savage
Tests, Hurwitz & Thibeault LLP
125 High Street
Boston, MA 02110

Betsy Collins
Leah Poynter
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

**TEVA Pharmaceuticals USA, Inc.**
Elizabeth I. Hack, Elizabeth Finberg
T. Reed Stephens
Sonnenschein, Nath & Rosenthal LLP
1301 K Street, NW, Suite 600
Washington, DC 20005

Inge Johnstone
Balch & Bingham, LLP
P. O. Box 306
Birmingham, AL 35201

W. Joseph McCorkle, Jr.
Balch & Bingham, LLP
P. O. Box 78
Mongtomery, AL 36101-0078

**Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc. f/k/a Schein Pharmaceutical, Inc.**
Douglas Farquhar
Hyman, Phelps & McNamara, P.C.
700 Thirteenth St., NW, Suite 1200
Washington, DC 20005

Steven F. Casey
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306

**Wyeth, Inc.**
**Wyeth Pharmaceuticals, Inc.**
Craig Holden
Kelly Davidson
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Maibeth J. Porter
Lee E. Bains, Jr.
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618

Peck Fox
Maynard, Cooper & Gale, P.C.
201 Monroe Street, Suite 1650
Montgomery, AL 36104-3720

**State of Alabama**
Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, AL 36130

Roger L. Bates
Hand, Arendall, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Caine O'Rear III
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, AL 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Beasley, Allen Crow, Methvin, Portis & Miles
Post Office Box 4160
Montgomery, AL 36103-4160