# United States District Court

## Southern District of New York

RECEIVED

2005 AUG -1 A 11: 48

... CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Certificate of Good Standing

I, J. Michael McMahon , Clerk of this Court, certify that

PETER J. VENAGLIA , Bar # PV0416

was duly admitted to practice in this Court on

JUNE 4th, 1985 , and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street New York, New York on JULY 28th, 2005

J. MICHAEL McMAHON

Clerk

by: [signature]
Deputy Clerk