**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED
2005 AUG -1 A 11: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | Case No.: 2:05-CV-647 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ABBOTT LABORATORIES, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**
**FOR**
**ADMISSION OF PETER J. VENAGLIA**
**TO PRACTICE *PRO HAC VICE***

This matter is before the Court on the MOTION OF PETER J. VENAGLIA FOR ADMISSION TO PRACTICE *PRO HAC VICE.* After considering the motion, the Court hereby Orders, Adjudges, and Decrees, that the Motion is due to be and is hereby GRANTED. Attorney Peter J. Venaglia of the firm of Dornbush, Schaeffer, Strongin & Weinstein, LLP is hereby admitted *pro hac vice* as additional counsel for Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.

DATED this __________ day of ________________________, 2005.

______________________________
JUDGE, U.S. DISTRICT COURT