**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| THE STATE OF ALABAMA<br><br>Plaintiff,<br><br>**v.**<br><br>ABBOTT LABORATORIES, INC., ET AL.<br><br>Defendants. | Civil Action No.: 2:05cv647-T |

**MOTION FOR EXTENSION OF TIME
TO FILE *PRO HAC VICE* APPLICATION**

Betsy P. Collins, attorney for Defendants Abbott Laboratories, Inc. ("Abbott") and TAP Pharmaceutical Products, Inc. ("TAP") respectfully moves the Court for an extension of time to file a *pro hac vice* admission application on behalf of Toni-Ann Citera of the firm of Jones Day, as additional counsel for the above-referenced Defendants, in the above-styled case. In support of this Motion, movant states as follows:

1. Counsel has received correspondence from the Clerk of court in the United States District Court for the Middle District of Alabama requiring Defendants' counsel, not admitted to practice before the Court, to apply for *pro hac vice* admission.

2. Toni-Ann Citera is not admitted to practice in the United States District Court for the Middle District of Alabama and she desires to apply for *pro hac vice* admission to this Court as additional counsel for the above-referenced defendants.

3. As part of the *pro hac vice* application, Toni-Ann Citera is required to attach an original certificate of good standing from the United States District Court for

the district where she resides, but she has not yet obtained the certificate of good standing needed to submit with the application. She is in the process of obtaining that certificate of good standing.

WHEREFORE, movant respectfully requests that this Court grant this extension of time to file *pro hac vice* admission application on behalf of Toni-Ann Citera, as additional counsel for the above-referenced Defendants.

Dated: August 2, 2005 Respectfully submitted,

/s/_Betsy P. Collins____________________

Betsy P. Collins(COL055)
ALSTON & BIRD, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
404.881.7000
404.881.7777 (fax)



ATL01/11999594v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2005, I electronically filed the above-captioned Motion for Extension of Time to File *Pro Hac Vice* Application with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James H. Anderson
Joseph P. Babington
Roger L. Bates
Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
Caine O'Rear III
Windy C. Bitzer
Lisa Borden
Robert C. Brock
Robert Huffaker
Chad W. Bryan
Philip H. Butler
George R. Parker
Steven F. Casey
Tom Christian
Sharon Stuart
Lawrence Clark
Robert Eckinger
William D. Coleman
James N. Walter, Jr.
Julia Boaz Cooper
Lee H. Copeland
Richard H. Gill
George W. Walker, III
John A. Henig, Jr.
Craig Holden
Kelly Davidson
William Davis
Joseph C. Espy, III
Patrick Conor Finnegan
Peck Fox
John Townsend
Robert Reznick
Robert Funkhouser
Charles Nelson Gill
William Hardie
F.M. Haston, III
Frederick G. Herold
Kimberly K. Heuer
F. Inge Johnstone
Donald R. Jones, Jr.
Anthony A. Joseph
Troy King, Attorney General
Joseph W. Letzer
Gary M. London
Robert S. Litt
David Long-Daniels
Rushton McClees
W. Joseph McCorkle, Jr.
Robert F. Northcutt
James H. McLemore
Derrick A. Mills
F. Chadwick Morriss
Tabor R. Novak, Jr.
Laura Howard Peck
Robert Stauffer
Anthony C. Porcelli
Harlan I. Prater, IV
Edward S. Sledge, III
Archibald T. Reeves, IV
Sandy Robinson
Bruce F. Rogers
Stephen Jackson Rowe
Andrew D. Schau
Alexandra T. Schimmer
John D. Shakowki
Richard L. Sharff, Jr.
W. Stancil Starnes
Gilbert Calvin Steindorff, IV
Kevin Sullivan
C. Clay Torbert, III
Jason Robert Watkins
Jarrod J. White

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the document by electronic mail upon the following non-CM/ECF participants for each of the remaining parties listed below on the same date.

| | |
|---|---|
| Justin S. Antonipillai<br>Justin.antonipillai@aporter.com | E. Abim Thomas<br>Abim.thomas@ropesgray.com |
| Steven S. Diamond<br>Steven.diamond@aporter.com | Toni-Ann Citera<br>Tcitera@jonesday.com |
| Jonathan Stern<br>Jonathan.stern@aporter.com | James R. Daly<br>jrdaly@jonesday.com |
| David Fauvre<br>David.fauvre@aporter.com | J. Ryan Mitchell<br>jrmitchell@jonesday.com |
| Rebecca L. Dubin<br>Rebecca.dubin@aporter.com | Daniel E. Reidy<br>dereidy@jonesday.com |
| Jessica L. Medina<br>Jessica.medina@aporter.com | Courtney A. Clark<br>caclark@sherin.com |
| Joel E. Richardson<br>Joel.richardson@aporter.com | Robert J. Muldoon, Jr.<br>Rjmuldoon@sherin.com |
| Michael J. Rinaldi<br>Michael.rinaldi@aporter.com | James W. Matthews<br>jwmatthews@sherin.com |
| Steven F. Barley<br>sfbarley@hhlaw.com | Katy E. Koski<br>kekoski@sherin.com |
| Joseph H. Young<br>jhyoung@hhlaw.com | Barak Cohen<br>bcohen@kirkland.com |
| J. Steven Baughman<br>Steven.baughman@ropesgray.com | Karen Walker<br>kwalker@kirkland.com |
| Christopher May<br>Christopher.may@ropesgray.com | Edwin John U<br>eu@kirkland.com |
| Sam Blair<br>sblair@bakerdonelson.com | Jonathan D. Cohen<br>cohenj@gtlaw.com |
| John Starnes<br>jstarnes@bakerdonelson.com | Gary Greenberg<br>greenbergg@gtlaw.com |
| David J. Burman<br>dburman@perkinscoie.com | Louis J. Scerra, Jr.<br>scerral@gtlaw.com |
| Kathleen M. O'Sullivan<br>kosullivan@perkinscoie.com | James M. Vant<br>vantj@gtlaw.com |
| Zoe Philippides<br>zphilippides@perkinscoie.com | Richard Cooper<br>rcooper@wc.com |
| Brien T. O'Connor<br>brien.o'connor@ropesgray.com | Patrick K. Dueffert<br>pdueffert@wc.com |
| Eric Christofferson<br>Eric.christofferson@ropesgray.com | Thomas J. Roberts<br>troberts@wc.com |
| John T. Montgomery<br>John.montgomery@ropesgray.com | Steven Umin<br>sumin@wc.com |

| | |
|---|---|
| James Hayes<br>jhayes@wc.com | Saul Morgenstern<br>smorgenstern@kayescholer.com |
| Wayne Cross<br>wcross@whitecase.com | Jane W. Parver<br>jparver@kayescholer.com |
| Michael Gallagher<br>mgallagher@whitecase.com | Mark Godler<br>mgodler@kayescholer.com |
| Brendan Woodard<br>bwoodard@whitecase.com | Elizabeth I. Hack<br>ehack@sonnenschein.com |
| Merle DeLancey<br>delanceym@dsmo.com | T. Reed Stephens<br>rstephens@sonnenschein.com |
| Jason D. Wallach<br>wallachj@dsmo.com | Michael Koon<br>mkoon@shb.com |
| John C. Dodds<br>jdodds@morganlewis.com | Joseph Matye<br>jmatye@shb.com |
| Richard Raskin<br>rraskin@sidley.com | Nicola Heskett<br>nheskett@shb.com |
| Michael Doss<br>mdoss@sidley.com | Andrew Hurst<br>Ahurst@reedsmith.com |
| Mark H. Lynch<br>mlynch@cov.com | Michael T. Scott<br>mscott@reedsmith.com |
| Geoffrey E. Hobart<br>ghobart@cov.com | Brian Ledahl<br>bledahl@irell.com |
| Ronald G. Dove, Jr.<br>Rdove@cov.com | Bruce Wessel<br>Bwessel@irell.com |
| Paul F. Doyle<br>pdoyle@kelleydrye.com | Thomas H. Lee II<br>Thomas.lee@dechert.com |
| Christopher C. Palermo<br>cpalermo@kelleydrye.com | Warren C. Matthews<br>wmatthew@burr.com |
| Neil Merkl<br>nmerkl@kelleydrye.com | William D. Nussbaum<br>wdnussbaum@hhlaw.com |
| Lyndon M. Tretter<br>lmtretter@hhlaw.com | Jonathan T. Rees<br>jtrees@hhlaw.com |
| Steven M. Edwards<br>smedwards@hhlaw.com | Gregory Petouvis<br>gmpetouvis@hhlaw.com |
| Douglas B. Farquhar<br>dbf@hpm.com | Carlos Provencio<br>cprovencio@shb.com |
| John Fleder<br>jrf@hpm.com | Peter Venaglia<br>venaglia@dsswlaw.com |
| D. Scott Wise<br>d.wise@dpw.com | Brian Rafferty<br>rafferty@dsswlaw.com |
| Michael Flynn<br>Michael.flynn@dpw.com | Grace M. Rodriquez<br>gmrodriquez@kslaw.com |
| Kim Harris<br>Kim.harris@dpw.com | Mark D. Seltzer<br>Mark.seltzer@hklaw.com |
| Carlos M. Pelayo<br>Carlos.pelayo@dpw.com | Scott Stempel<br>sstempel@morganlewis.com |

| | |
|---|---|
| Tiffany Cheung<br>tcheung@mofo.com | Paul Coval<br>pjcoval@vssp.com |
| Lori A. Schechter<br>lschechter@mofo.com | |

/s Betsy P. Collins
Attorney for Abbott Laboratories, Inc. and
TAP Pharmaceutical Products Inc.

Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
bcollins@alston.com