**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. CV-05-647** |
| | ) | |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

COMES NOW the undersigned, Joseph P.H. Babington, a member in good standing of the Bar of the State of Alabama and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), and respectfully moves for the admission *pro hac vice* of attorney Valerie M. Wagner of the firm Dechert LLP, as additional counsel for GSK. In support of this Motion, a Certificate of Good Standing is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests that this Court grant the Motion and admit attorney Valerie M. Wagner of the firm Dechert LLP *pro hac vice* as additional counsel for GSK.

Respectfully submitted this 3rd day of August, 2005.

**/s/ Joseph P.H. Babington**
Joseph P.H. Babington (BABIJ7938)
Patrick C. Finnegan (FINNP3533)
Jason R. Watkins (WATKJ3882)
HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
Telephone: (251) 432-5521
Facsimile: (251) 432-0633

Of Counsel
(*pro hac vice* applications in process):

Mark H. Lynch
Geoffrey E. Hobart
Ronald G. Dove, Jr.
COVINGTON & BURLING
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Frederick G. Herold
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

Thomas H. Lee, II
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Telephone: (215) 994-2994
Facsimile: (215) 994-2222

Mark D. Seltzer
Mona Mahendra Patel
Sarah Anne Franklin
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

*Counsel for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties in this action as listed herein below; and/or served electronically on all remaining counsel by agreement of counsel.

/s/ Joseph P.H. Babington
OF COUNSEL

**Counsel for Plaintiff,**
**State of Alabama:**

Troy King, Attorney General
State of Alabama
300 State House
11 South Union Street
Montgomery, Alabama 36130

Roger L. Bates
HAND, ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Caine O'Rear III
Windy C. Bitzer
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Jere L. Beasley
W. Daniel Miles, III
Clinton C. Carter
BEASLEY, ALLEN CROW, METHVIN,
PORTIS & MILES, PC
Post Office Box 4160
Montgomery, Alabama 36103-4160

**DEFENSE COUNSEL:**

**Abbott Laboratories, Inc.**

Daniel E. Reidy
James R. Daly
Toni-Ann Citera
J. Ryan Mitchell
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

Betsy P. Collins
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

**Alcon Laboratories, Inc.**

Edward S. Sledge, III
Archibald Reeves, IV
McDOWELL, KNIGHT, ROEDDER & SLEDGE
Post Office Box 350
Mobile, AL 36601

**Allergan, Inc.**

Richard D. Raskin
Michael P. Doss
SIDLEY, AUSTIN, BROWN & WOOD
10 South Dearborn Street
Chicago, IL 60603

F.M. Haston, III
BRADLEY, ARANT, ROSE & WHITE
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**Alpharma, Inc.**
**PurePac Pharmaceutical Co.**

John R. Fleder
HYMAN, PHELPS & McNAMARA
700 Thirteenth Street, NW, Suite 1200
Washington, DC 20005

Steven F. Casey
BALCH & BINGHAM
Post Office Box 306
Birmingham, AL 35201

Daniel R. Jones, Jr.
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109

**Amgen Inc.**

Steven F. Barley
Joseph H. Young
HOGAN & HARTSON
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202

Anthony A. Joseph
JOHNSTON, BARTON, PROCTOR & POWELL
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**Andrx Corporation**
**Andrx Pharmaceuticals, Inc.**

Robert J. Muldoon, Jr.
James W. Matthews
Katy E. Koski
Courtney A. Clark
SHERIN & LODGEN
101 Federal Street
Boston, MA 02110

James H. Anderson
BEERS, ANDERSON, JACKSON, PATTY & VAN HEEST
Post Office Box 1988
Montgomery, AL 36102

**AstraZeneca Pharmaceuticals LP**
**AstraZenaca LP**
D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Carlos M. Pelayo
DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Thomas Christian
Sharon D. Stuart
CHRISTIAN & SMALL
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203

**Aventis Pharmaceuticals Inc.**
Carlos Provencio
SHOOK, HARDY & BACON
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC 20005

Michael Koon
Joseph Matye
Nicola Heskett
SHOOK, HARDY & BACON
2555 Grand Blvd.
Kansas City, MO 64108

Richard H. Gill
COPELAND, FRANCO, SCREWS
& GILL
Post Office Box 347
Montgomery, AL 36101

**Aventis Behring, LLC**
**ZLB Behring, LLC**
William D. Nussbaum
Jonathan T. Rees
Gregory M. Petouvis
HOGAN & HARTSON
555 Thirteenth Street, NW
Washington, DC 20004

Richard H. Gill
COPELAND, FRANCO, SCREWS
& GILL
Post Office Box 347
Montgomery, AL 36101

**Barr Laboratories, Inc.**
Edwin John U
Karen Walker
Barak Cohen
KIRKLAND & ELLIS
655 15 Street, NW, Suite 1200
Washington, DC 2005

Bruce F. Rogers
BAINBRIDGE, MIMS, ROGERS
& SMITH
Post Office Box 530886
Birmingham, AL 35253

**Baxter International**
**Baxter Healthcare Corporation**
Merle M. DeLancey, Jr.
Jason D. Wallach
DICKSTEIN, SHAPIRO, MORIN
& OSHINSKY
2101 L Street, NW
Washington, DC 20037

J. Rushton McClees
SIROTE & PERMUTT
2311 Highland Avenue South
Birmingham, AL 35205

**Bayer Corporation**
**Bayer Pharmaceuticals Corporation**
**Bayer Healthcare, LLC**
Richard D. Raskin
Michael Doss
SIDLEY, AUSTIN, BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

F.M. Haston, III
BRADLEY, ARANT, ROSE & WHITE
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**Biovail Pharmaceuticals, Inc.**
F.M. Haston, III
BRADLEY, ARANT, ROSE & WHITE
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**Boehringer Ingelheim Corporation**
**Boehringer Ingelheim Pharmaceuticals**
**Roxane Labs, Inc.**
Paul T. Coval
Alexandra T. Schimmer
VORYS, SATER, SEYMOUR & PEASE
Post Office Box 1008
Columbus, OH 43216

Sandy G. Robinson
Jarrod J. White
CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL
Post Office Box 2906
Mobile, AL 36652

**Bristol-Myers Squibb Co.**
James Zucker
Lyndon M. Tretter
Steven M. Edwards
HOGAN & HARTSON
875 Third Avenue
New York, NY 10022

Harlan I. Prater, IV
Stephen J. Rowe
Derrick A. Mills
LIGHTFOOT, FRANKLIN & WHITE
400 20th Street North
Birmingham, AL 35203

**Dey, L.P.**
Paul F. Doyle
Christopher C. Palermo
Neil Merkl
KELLEY, DRYE & WARREN
101 Park Avenue
New York, NY 10178

Joseph W. Letzer
Gary M. London
BURR & FORMAN
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Warren C. Matthews
BURR & FORMAN
Suite 1950, RSA Tower
201 Monroe Street
Montgomery, AL 36104

**Eisai, Inc.**
Brien T. O'Connor
E. Abim Thomas
ROPES & GRAY
One International Place
Boston, MA 02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE
1819 5th Avenue North
Birmingham, AL 35203

**Eli Lilly and Company**
William A. Davis
MITZ, LEVIN, COHEN, FERRIS, GLOVSKY & POPEO
701 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004

Tabor R. Novak, Jr.
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102

**Endo Pharmaceuticals, Inc.**
Jonathan L. Stern
David D. Fauvre
ARNOLD & PORTER
Thurman Arnold Building
555 12th Street, NW
Washington, DC 20004

Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE
2100 Third Avenue North, Suite 1100
Birmingham, AL 35203

**ETHEX Corporation**
Robert S. Litt
Steven S. Diamond
Justin Antonipillai
Michael Rinaldi
ARNOLD & PORTER
Thurman Arnold Building
555 12th Street, NW
Washington, DC 20004

Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE
2100 Third Avenue North, Suite 1100
Birmingham, AL 35203

**Forest Laboratories, Inc.**
**Forest Pharmaceuticals, Inc.**
Peter Venaglia
Brian J. Rafferty
DORNBUSH, SCHAEFFER, STRONGIN & WEINSTEIN
747 Third Avenue
New York, NY 10017

William H. Hardie
JOHNSTONE ADAMS
Post Office Box 1988
Mobile, AL 36633

**Fujisawa Healthcare, Inc.**
**Fujisawa USA, Inc.**
Michael T. Scott
Andrew L. Hurst
REED SMITH LLP
1301 K Street, NW
Suite 1100. East Tower
Washington, DC 20005

Richard L. Sharff
BRADLEY, ARANT, ROSE & WHITE
One Federal Building
1819 Fifth Avenue North
Birmingham, AL 35203

**Genzyme Corporation**
Brien T. O'Connor
E. Abim Thomas
ROPES & GRAY
One International Place
Boston, MA 02110

Julia Boaz Cooper
BRADLEY, ARANT, ROSE & WHITE
1819 5th Avenue North
Birmingham, AL 35203

**Gilead Sciences, Inc.**
Robert S. Litt
Steven S. Diamond
Justin Antonipillai
Michael Rinaldi
ARNOLD & PORTER
Thurman Arnold Building
555 12th Street, NW
Washington, DC 20004

Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE
2100 Third Avenue North, Suite 1100
Birmingham, AL 35203

**Hoffmann-La Roche Inc.**
Kevin R. Sullivan
Grace Rodriguez
John D. Shakow
KING & SPALDING
1700 Pennsylvania Avenue, NW
Washington, DC 20006

Edward S. Sledge, III
Archibald Reeves, IV
McDOWELL, KNIGHT, ROEDDER & SLEDGE
Post Office Box 350
Mobile, AL 36601

**Immunex Corporation**
David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101

W. Stancil Starnes
Laura Peck
STARNES & ATCHISON
Post Office Box 598512
Birmingham, AL 35259

**IVAX Corporation**
**IVAX Pharmaceuticals, Inc.**
Bruce Wessel
Brian Ledahl
IRELL & MANDELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

George W. Walker, III
COPELAND, FRANCO, SCREWS & GILL
Post Office Box 347
Montgomery, AL 36101

**Johnson & Johnson**
**ALZA Corporation**
**Janssen Pharmaceutica Products, L.P.**
**McNeil-PPC, Inc.**
**Ortho Biotech Products, L.P.**
**Ortho-McNeil Pharmaceutical, Inc.**
William F. Cavanaugh
Andrew D. Schau
Erik Haas
PATTERSON, BELKNAP, WEBB & TYLER
1133 Avenue of the Americas
New York, New York 10036-6710

Robert F. Northcutt
James H. McLemore
CAPELL & HOWARD
Post Office Box 2069
Montgomery, AL 36102

**K-V Pharmaceutical Company**
Robert S. Litt
Steven S. Diamond
Justin Antonipillai
Michael Rinaldi
ARNOLD & PORTER
Thurman Arnold Building
555 12th Street, NW
Washington, DC 20004

Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE
2100 Third Avenue North, Suite 1100
Birmingham, AL 35203

**King Pharmaceuticals, Inc.**
**Monarch Pharmaceuticals, Inc.**
Gary Greenberg
Louis J. Scerra, Jr.
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110

Lisa W. Borden
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
1600 SouthTrust Tower, 420 20th Street
Birmingham, Alabama 35203

Sam Blair
John Starnes
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

**MedImmune, Inc.**
Steve M. Umin
James V. Hayes
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Lee H. Copeland
COPELAND, FRANCO, SCREWS & GILL
Post Office Box 347
Montgomery, Alabama 36101-0347

**Merck & Co., Inc.**
John M. Townsend
Robert P. Reznick
Robert B. Funkhouser
HUGHES HUBBARD & REED LLP
1775 I Street N.W., Suite 600
Washington, DC 20006-2401

Robert C. Brock
Robert A. Huffaker
F. Chadwick Morriss
RUSHTON, STAKELY, JOHNSON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 3610-0270

**Mylan Laboratories Inc.**
**Mylan Pharmaceuticals Inc.**
**UDL Laboratories, Inc.**
Gary R. Greenberg
Louis J. Scerra, Jr.
Jonathan D. Cohen
James M. Vant
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110

David W. Long-Daniels
GREENBERG TRAURIG, LLP
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327

**Novartis Pharmaceuticals Corporation**
Saul Morgenstern
Jane W. Parver
Mark Godler
KAY SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

William D. Coleman
James N. Walter, Jr.
CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

**Novo Nordisk**
Richard D. Raskin
Michael P. Doss
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

F.M. Haston, III
BRADLY ARANT ROSE & WHITE
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

**Organon Pharmaceuticals USA, Inc.**
William Campos
David Covey
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street
New York, New York 10004

Edward S. Sledge, III
Archibald T. Reeves, IV
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
Post Office Box 350
Mobile, Alabama 36601

**Par Pharmaceutical, Inc.**
Richard M. Cooper
Paul K. Dueffert
Thomas J. Roberts
Catherine Levy
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005

George W. Walker, III
COPELAND, FRANCO, SCREWS & GILL
Post Office Box 347
Montgomery, Alabama 36101-0347

**Pfizer Inc.**
**Agouron Pharmaceuticals, Inc.**
**Pharmacia Corporation**
**Pharmacia & Upjohn Company**
**G.D. Searle, LLC**
Scott A. Stempel
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

John C. Dodds
Kimberly K. Heuer
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Philip H. Butler
George R. Parker
BRADLEY, ARANT, ROSE & WHITE
Alabama Center for Commerce Bldg.
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

**Purdue Pharma, L.P.**
Lori A. Schechter
Tiffany Cheung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

Harlan I. Prater, IV
LIGHTFOOT, FRANKLIN & WHITE
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200

**Roche Laboratories, Inc.**
Kevin R. Sullivan
Grace Rodriguez
John D. Shakow
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Edward S. Sledge, III
Archibald T. Reeves, IV
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
Post Office Box 350
Mobile, Alabama 36601

**Sandoz, Inc.**
Wayne Cross
Michael Gallagher
Brendan Woodard
WHITE & CASE
1155 Avenue of the Americas
New York, New York 10036-2787

C. Clay Torbert, III
Chad W. Bryan
CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, Alabama 36102

**Sanofi-Synthelabo Inc.**
Kevin R. Sullivan
Grace Rodriguez
John D. Shakow
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

Richard H. Gill
COPELAND, FRANCO, SCREWS & GILL
Post Office Box 347
Montgomery, Alabama 36101-0347

**Schering-Plough Corporation**
**Warrick Pharmaceuticals Corporation**
Brien T. O'Connor
John T. Montgomery
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110

J. Steven Baughman
Christopher May
ROPES & GRAY LLP
One Metro Center
700 12th Street N.W., Suite 900
Washington, DC 20005

John A. Henig, Jr.
COPELAND, FRANCO, SCREWS & GILL
Post Office Box 347
Montgomery, AL 36101

**Takeda Pharmaceuticals North America, Inc.**
Robert R. Stauffer
Anthony C. Porcelli
JENNER & BLOCK LLP
1 IBM Plaza, Suite 4200
Chicago, Illinois 60611

Joseph C. Espy, III
MELTON, ESPY & WILLIAMS
Post Office Drawer 5130
Montgomery, Alabama 36103

**TAP Pharmaceutical Products, Inc.**
Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017-6702

Daniel E. Reidy
James R. Daly
J. Ryan Mitchell
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

Betsy Collins
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

**TEVA Pharmaceutical Industries LTD.**
Elizabeth I. Hack
T. Reed Stephens
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

W. Joseph McCorkle, Jr.
BALCH & BINGHAM, LLP
2 Dexter Avenue
Montgomery, Alabama 36104

F. Inge Johnstone
BALCH & BINGHAM LLP
1710 6th Avenue North
Post Office Box 306
Birmingham, Alabama 35201-0306

**Watson Pharmaceuticals, Inc.**
**Watson Pharma, Inc.**
Douglas B. Farquhar
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005

Steven F. Casey
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

**Wyeth Pharmaceuticals, Inc.**
**Wyeth, Inc.**
S. Craig Holden
Kelly J. Davidson
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, Maryland 21202-1643

Lee E. Bains, Jr.
Maibeth J. Porter
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618

Alvin L. (Peck) Fox, Jr.
MAYNARD, COOPER & GALE, P.C.
201 Monroe Street, Suite 1650
Montgomery, Alabama 36104-3720

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Valerie Margo Wagner, Bar No. 173146** was duly admitted to practice in said Court on **December 8, 1994**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on August 1, 2005

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk