**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **CV-2005-647** |
| **ABBOTT LABORATORIES, INC., *et al*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***
**ON BEHALF OF DOUGLAS B. FARQUHAR**

COMES NOW, Steven F. Casey, counsel for Defendants Watson Laboratories, Inc.; Watson Pharma, Inc.; Watson Pharmaceuticals, Inc. ("Watson") who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Douglas B. Farquhar of the firm Hyman, Phelps & McNamara, P.C. to appear *pro hac vice* in this action for the purpose of representing Watson. Mr. Farquhar is admitted to practice before the United States District Court for the District of Columbia, which is the district in which he resides or regularly practices law. A Certificate of Good Standing for the applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 (no. 2690) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted,

/s/ Steven F. Casey

Steven F. Casey
Bar No.: ASB-3548-E67S
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com

*Attorneys for Defendants,*
*Watson Laboratories, Inc.; Watson Pharma, Inc.;*
*Watson Pharmaceuticals, Inc.*

Dated: August 4, 2005

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on this 4th day of August, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants by electronic means.

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the document by electronic mail upon the following non-CM/ECF participants on the same date:

Steve Barley (sfbarley@hhlaw.com); Sam Blair (sblair@bakerdonelson.com); Dave Burman (dburman@perkinscoie.com); Tiffany Cheung tcheung@mofo.com; Toni-Ann Citera (tcitera@jonesday.com); Julia Cooper (jcooper@walstonwells.com); Richard Cooper (rcooper@wc.com); Paul Coval (pjcoval@vssp.com); Wayne Cross (wcross@whitecase.com); Merle DeLancey (delanceym@dsmo.com); Michael Doss (mdoss@idley.com); Ronald G. Dove Jr. (rdove@cov.com); Paul F. Doyle (pdoyle@kelleydrye.com); Rebecca Dubin (rebecca.dubin@aporter.com); Paul K. Dueffert (pdueffert@wc.com); Steve Edwards (smedwards@hhlaw.com); David Fauvre (david.fauvre@aporter.com); Michael Doss (mdoss@idley.com); Michael Flynn (mflynn@dpw.com); Michael Gallagher (mgallagher@whitecase.com); Mark Godler (mgodler@kayescholer.com); Elizabeth I Hack (ehack@sonnenschein.com); James Hayes (jhayes@wc.com); Nicola Heskett (nheskett@shb.com); Geoffrey Hobart (ghobart@hklaw.com); Andrew Hurst (ahurst@reedsmith.com); Mike Koon (mkoon@shb.com); Thomas H. Lee II (thomas.lee@dechert.com); Mark Lynch (mlynch@cov.com); James Matthews (jwmatthews@sherin.com); Jessica Medina (jessica.medina@aporter.com); Neil Merkl (nmerkl@KelleyDrye.com); Saul Morgenstern (SMorgenstern@kayescholer.com); William D. Nussbaum (wdnummbaum@hhlaw.com); Brien T. O'Connor (boconnor@ropesgray.com); Katie O'Sullivan (kosullivan@perkinscoie.com); Christopher C. Palermo (CPalerno@KelleyDrye.com); Jane W. Parver (jparver@kayescholer.com); Carlos M. Pelayo (carlos.pelayo@dpw.com); Zoe Philippides (zphilippides@perkinscoie.com); Anthony C. Porcelli (aporcelli@jenner.com); Carlos Provencio (cprovencio@shb.com); Brian Rafferty (rafferty@dsswlaw.com); Richard Raskin (rraskin@sidley.com); Jonathon T. Rees (jtrees@hhlaw.com); Grace Rodriguez (gmrodriguez@kslaw.com); Louis J. Scerra Jr. (scerral@gtlaw.com); Lori A. Schechter (lschechter@mofo.com); Alexandra T. Schimmer (atschimmer@vssp.com); Michael T. Scott (mscott@reedsmith.com); John Starnes (jstarnes@bakerdonelson.com); Robert R. Stauffer (rstauffer@jenner.com); Scott Stempel (sstempel@morganlewis.com); Reed Stephens (rstephens@sonnenschein.com); Jonathan Stern (jonathan_stern@aporter.com); E. Abim Thomas (athomas@ropesgray.com); Lyndon Tretter (lmtretter@hhlaw.com); Steve Umin (sumin@wc.com); Peter Venaglia (venaglia@dsswlaw.com); Karen Walker (kwalker@kirkland.com); Bruce Wessel (bwessel@irell.com ); D. Scott Wise (d.wise@dpw.com); Brendan Woodard (bwoodard@whitecase.com); Douglas Farquhar (dbf@hpm.com); John R. Fleder

(jrf@hpm.com); Donald Jones (don@djoneslaw.com); Chris Heinss (cheinss@balch.com); Justin S. Antonipillai (justin.antonipillai@aporter.com); Steven S. Diamond (steven.diamond@aporter.com); Joel E. Richardson (joel.richardson@aporter.com); Michael J. Rinaldi (michael.rinaldi@aporter.com); Joseph H. Young (jhyoung@hhlaw.com); J. Steven Baughman (steven.baughman@ropesgray.com); Christopher May (christopher.may@ropesgray.com); Eric P. Christofferson (eric.christofferson@ropesgray.com); John T. Montgomery (john.montgomery@ropesgray.com); James R. Daly (jrdaly@jonesday.com); J. Ryan Mitchell (jrmitchell@jonesday.com); Daniel E. Reidy (dereidy@jonesday.com); Courtney A. Clark (caclark@sherin.com); Robert J. Muldoon, Jr. (rjmuldoon@sherin.com); Katy E. Koski (kekoski@sherin.com); Barak Cohen (bcohen@kirkland.com); Edwin John U (eu@kirkland.com); Jonathan D. Cohen (cohenj@gtlaw.com); Gary R. Greenberg (greenbergg@gtlaw.com); James M. Vant (vantj@gtlaw.com); Thomas J. Roberts (troberts@wc.com); Jason D. Wallach (wallachj@dsmo.com); Jack Dodds (jdodds@morganlewis.com); Kimberley D. Harris (kim.harris@pw.com); Joseph G. Matye (jmatye@shb.com); Brian Ledahl (bledahl@irell.com); Warren C. Matthews (wmatthew@burr.com); Gregory M. Petouvis (gmpetouvis@hhlaw.com); Mark D. Seltzer (mark.seltzer@hklaw.com).

/s/ Steven F. Casey
Steven F. Casey
Bar No.: ASB-3548-E67S
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: scasey@balch.com