# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
**333 Constitution Avenue, NW**
**Washington, DC 20001**

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that

RICHARD M. COOPER

was, on the 24th day of April A.D. 1970 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 2nd day of August A.D. 2005

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ______________________
**Deputy Clerk**

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**PAUL K. DUEFFERT**

was, on the _3rd_ day of February A.D. 1997 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this _29th_ day of _July_, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ________________________

**Deputy Clerk**