IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DISTRICT

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. CV-2005-647** |
| **ABBOTT LABORATORIES, INC., et al,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR ALPHARMA INC. AND PUREPAC PHARMACEUTICAL CO.**

Without waiving any defenses, procedural or substantive, the undersigned, Christopher F. Heinss, gives notice of appearance as additional counsel for the defendants, Alpharma Inc. and Purepac Pharmaceutical Co., in the above-styled case. All pleadings, motions, orders and other papers in the case should be served on the undersigned counsel through CM/ECF electronic filing system.

/s/Christopher F. Heinss
One of the Attorneys for Defendants,
Alpharma, Inc. and Purepac Pharmaceutical Co.

**OF COUNSEL:**

Christopher F. Heinss
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on this 4th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants by electronic means.

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the document by electronic mail upon the following non-CM/ECF participants on the same date:

Steve Barley (sfbarley@hhlaw.com); Sam Blair (sblair@bakerdonelson.com); Dave Burman (dburman@perkinscoie.com); Tiffany Cheung tcheung@mofo.com; Toni-Ann Citera (tcitera@jonesday.com); Julia Cooper (jcooper@walstonwells.com); Richard Cooper (rcooper@wc.com); Paul Coval (pjcoval@vssp.com); Wayne Cross (wcross@whitecase.com); Merle DeLancey (delanceym@dsmo.com); Michael Doss (mdoss@idley.com); Ronald G. Dove Jr. (rdove@cov.com); Paul F. Doyle (pdoyle@kelleydrye.com); Rebecca Dubin (rebecca.dubin@aporter.com); Paul K. Dueffert (pdueffert@wc.com); Steve Edwards (smedwards@hhlaw.com); David Fauvre (david.fauvre@aporter.com); Michael Doss (mdoss@idley.com); Michael Flynn (mflynn@dpw.com); Michael Gallagher (mgallagher@whitecase.com); Mark Godler (mgodler@kayescholer.com); Elizabeth I Hack (ehack@sonnenschein.com); James Hayes (jhayes@wc.com); Nicola Heskett (nheskett@shb.com); Geoffrey Hobart (ghobart@hklaw.com); Andrew Hurst (ahurst@reedsmith.com); Mike Koon (mkoon@shb.com); Thomas H. Lee II (thomas.lee@dechert.com); Mark Lynch (mlynch@cov.com); James Matthews (jwmatthews@sherin.com); Jessica Medina (jessica.medina@aporter.com); Neil Merkl (nmerkl@KelleyDrye.com); Saul Morgenstern (SMorgenstern@kayescholer.com); William D. Nussbaum (wdnummbaum@hhlaw.com); Brien T. O'Connor (boconnor@ropesgray.com); Katie O'Sullivan (kosullivan@perkinscoie.com); Christopher C. Palermo (CPalerno@KelleyDrye.com); Jane W. Parver (jparver@kayescholer.com); Carlos M. Pelayo (carlos.pelayo@dpw.com); Zoe Philippides (zphilippides@perkinscoie.com); Anthony C. Porcelli (aporcelli@jenner.com); Carlos Provencio (cprovencio@shb.com); Brian Rafferty (rafferty@dsswlaw.com); Richard Raskin (rraskin@sidley.com); Jonathon T. Rees (jtrees@hhlaw.com); Grace Rodriguez (gmrodriguez@kslaw.com); Louis J. Scerra Jr. (scerral@gtlaw.com); Lori A. Schechter (lschechter@mofo.com); Alexandra T. Schimmer (atschimmer@vssp.com); Michael T. Scott (mscott@reedsmith.com); John Starnes (jstarnes@bakerdonelson.com); Robert R. Stauffer (rstauffer@jenner.com); Scott Stempel (sstempel@morganlewis.com); Reed Stephens (rstephens@sonnenschein.com); Jonathan Stern (jonathan_stern@aporter.com); E. Abim Thomas (athomas@ropesgray.com); Lyndon Tretter (lmtretter@hhlaw.com); Steve Umin (sumin@wc.com); Peter Venaglia (venaglia@dsswlaw.com); Karen Walker (kwalker@kirkland.com); Bruce Wessel (bwessel@irell.com ); D. Scott Wise (d.wise@dpw.com); Brendan Woodard (bwoodard@whitecase.com); Douglas Farquhar (dbf@hpm.com); John R. Fleder

(jrf@hpm.com); Donald Jones (don@djoneslaw.com); Steven F. Casey (scasey@balch.com); Justin S. Antonipillai (justin.antonipillai@aporter.com); Steven S. Diamond (steven.diamond@aporter.com); Joel E. Richardson (joel.richardson@aporter.com); Michael J. Rinaldi (michael.rinaldi@aporter.com); Joseph H. Young (jhyoung@hhlaw.com); J. Steven Baughman (steven.baughman@ropesgray.com); Christopher May (christopher.may@ropesgray.com); Eric P. Christofferson (eric.christofferson@ropesgray.com); John T. Montgomery (john.montgomery@ropesgray.com); James R. Daly (jrdaly@jonesday.com); J. Ryan Mitchell (jrmitchell@jonesday.com); Daniel E. Reidy (dereidy@jonesday.com); Courtney A. Clark (caclark@sherin.com); Robert J. Muldoon, Jr. (rjmuldoon@sherin.com); Katy E. Koski (kekoski@sherin.com); Barak Cohen (bcohen@kirkland.com); Edwin John U (eu@kirkland.com); Jonathan D. Cohen (cohenj@gtlaw.com); Gary R. Greenberg (greenbergg@gtlaw.com); James M. Vant (vantj@gtlaw.com); Thomas J. Roberts (troberts@wc.com); Jason D. Wallach (wallachj@dsmo.com); Jack Dodds (jdodds@morganlewis.com); Kimberley D. Harris (kim.harris@pw.com); Joseph G. Matye (jmatye@shb.com); Brian Ledahl (bledahl@irell.com); Warren C. Matthews (wmatthew@burr.com); Gregory M. Petouvis (gmpetouvis@hhlaw.com); Mark D. Seltzer (mark.seltzer@hklaw.com).

/s/Christopher F. Heinss

Christopher F. Heinss
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: cheinss@balch.com