IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DISTRICT

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **CV-2005-647** |
| **ABBOTT LABORATORIES, INC., et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL OF WATSON LABORATORIES, INC.; WATSON PHARMA, INC.; AND WATSON PHARMACEUTICALS, INC.**

Without waiving any defenses, procedural or substantive, the undersigned, Christopher F. Heinss, gives notice of appearance as additional counsel for the defendants, Watson Laboratories, Inc.; Watson Pharma, Inc.; Watson Pharmaceuticals, Inc., in the above-styled case. All pleadings, motions, orders and other papers in the case should be served on the undersigned counsel through CM/ECF electronic filing system.

/s/Christopher F. Heinss
One of the Attorneys for Defendants,
Watson Laboratories, Inc.; Watson Pharma, Inc.;
Watson Pharmaceuticals, Inc.

**OF COUNSEL:**

Christopher F. Heinss
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

**NOTICE OF ELECTRONIC FILING**

I hereby certify that on this 4th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants by electronic means.

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the document by electronic mail upon the following non-CM/ECF participants on the same date:

Steve Barley (sfbarley@hhlaw.com); Sam Blair (sblair@bakerdonelson.com); Dave Burman (dburman@perkinscoie.com); Tiffany Cheung tcheung@mofo.com; Toni-Ann Citera (tcitera@jonesday.com); Julia Cooper (jcooper@walstonwells.com); Richard Cooper (rcooper@wc.com); Paul Coval (pjcoval@vssp.com); Wayne Cross (wcross@whitecase.com); Merle DeLancey (delanceym@dsmo.com); Michael Doss (mdoss@idley.com); Ronald G. Dove Jr. (rdove@cov.com); Paul F. Doyle (pdoyle@kelleydrye.com); Rebecca Dubin (rebecca.dubin@aporter.com); Paul K. Dueffert (pdueffert@wc.com); Steve Edwards (smedwards@hhlaw.com); David Fauvre (david.fauvre@aporter.com); Michael Doss (mdoss@idley.com); Michael Flynn (mflynn@dpw.com); Michael Gallagher (mgallagher@whitecase.com); Mark Godler (mgodler@kayescholer.com); Elizabeth I Hack (ehack@sonnenschein.com); James Hayes (jhayes@wc.com); Nicola Heskett (nheskett@shb.com); Geoffrey Hobart (ghobart@hklaw.com); Andrew Hurst (ahurst@reedsmith.com); Mike Koon (mkoon@shb.com); Thomas H. Lee II (thomas.lee@dechert.com); Mark Lynch (mlynch@cov.com); James Matthews (jwmatthews@sherin.com); Jessica Medina (jessica.medina@aporter.com); Neil Merkl (nmerkl@KelleyDrye.com); Saul Morgenstern (SMorgenstern@kayescholer.com); William D. Nussbaum (wdnummbaum@hhlaw.com); Brien T. O'Connor (boconnor@ropesgray.com); Katie O'Sullivan (kosullivan@perkinscoie.com); Christopher C. Palermo (CPalerno@KelleyDrye.com); Jane W. Parver (jparver@kayescholer.com); Carlos M. Pelayo (carlos.pelayo@dpw.com); Zoe Philippides (zphilippides@perkinscoie.com); Anthony C. Porcelli (aporcelli@jenner.com); Carlos Provencio (cprovencio@shb.com); Brian Rafferty (rafferty@dsswlaw.com); Richard Raskin (rraskin@sidley.com); Jonathon T. Rees (jtrees@hhlaw.com); Grace Rodriguez (gmrodriguez@kslaw.com); Louis J. Scerra Jr. (scerral@gtlaw.com); Lori A. Schechter (lschechter@mofo.com); Alexandra T. Schimmer (atschimmer@vssp.com); Michael T. Scott (mscott@reedsmith.com); John Starnes (jstarnes@bakerdonelson.com); Robert R. Stauffer (rstauffer@jenner.com); Scott Stempel (sstempel@morganlewis.com); Reed Stephens (rstephens@sonnenschein.com); Jonathan Stern (jonathan_stern@aporter.com); E. Abim Thomas (athomas@ropesgray.com); Lyndon Tretter (lmtretter@hhlaw.com); Steve Umin (sumin@wc.com); Peter Venaglia (venaglia@dsswlaw.com); Karen Walker (kwalker@kirkland.com); Bruce Wessel (bwessel@irell.com ); D. Scott Wise (d.wise@dpw.com); Brendan Woodard (bwoodard@whitecase.com); Douglas Farquhar (dbf@hpm.com); John R. Fleder

(jrf@hpm.com); Donald Jones (don@djoneslaw.com); Steven F. Casey (scasey@balch.com); Justin S. Antonipillai (justin.antonipillai@aporter.com); Steven S. Diamond (steven.diamond@aporter.com); Joel E. Richardson (joel.richardson@aporter.com); Michael J. Rinaldi (michael.rinaldi@aporter.com); Joseph H. Young (jhyoung@hhlaw.com); J. Steven Baughman (steven.baughman@ropesgray.com); Christopher May (christopher.may@ropesgray.com); Eric P. Christofferson (eric.christofferson@ropesgray.com); John T. Montgomery (john.montgomery@ropesgray.com); James R. Daly (jrdaly@jonesday.com); J. Ryan Mitchell (jrmitchell@jonesday.com); Daniel E. Reidy (dereidy@jonesday.com); Courtney A. Clark (caclark@sherin.com); Robert J. Muldoon, Jr. (rjmuldoon@sherin.com); Katy E. Koski (kekoski@sherin.com); Barak Cohen (bcohen@kirkland.com); Edwin John U (eu@kirkland.com); Jonathan D. Cohen (cohenj@gtlaw.com); Gary R. Greenberg (greenbergg@gtlaw.com); James M. Vant (vantj@gtlaw.com); Thomas J. Roberts (troberts@wc.com); Jason D. Wallach (wallachj@dsmo.com); Jack Dodds (jdodds@morganlewis.com); Kimberley D. Harris (kim.harris@pw.com); Joseph G. Matye (jmatye@shb.com); Brian Ledahl (bledahl@irell.com); Warren C. Matthews (wmatthew@burr.com); Gregory M. Petouvis (gmpetouvis@hhlaw.com); Mark D. Seltzer (mark.seltzer@hklaw.com).

/s/Christopher F. Heinss
Christopher F. Heinss
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
Email: cheinss@balch.com