**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:05-cv-647-M** |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW George W. Walker, III, counsel for Defendants IVAX Corporation and IVAX Pharmaceuticals, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Bruce A. Wessel and Brian D. Ledahl of the firm of Irell & Manella LLP of Los Angeles, California to appear *pro hac vice* in this action for the purpose of representing IVAX Corporation and IVAX Pharmaceuticals, Inc. The applicants are all admitted to practice before the United States District Court for the Central District of California, which is the district in which each applicant resides or regularly practices law. Copies of Certificates of Good Standing for each applicant are attached hereto, the originals of which are being maintained in our files.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Dated: Montgomery, Alabama
August 5, 2005

Respectfully submitted,

s/ George W. Walker, III

George W. Walker, III (WAL097)
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, Alabama 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

Attorneys for Defendants IVAX Corporation and IVAX Pharmaceuticals, Inc.

Of counsel:

Bruce Wessel
Brian Ledahl
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-1010
Facsimile: (310) 203-7199

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2005, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com
- **Justin Sanjeeue Antonipillai**
  justin.antonipillai@aporter.com
- **Joseph P. H. Babington**
  jpb@helmsinglaw.com cer@helmsinglaw.com
- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com
- **Steven Francis Barley**
  sfbarley@hhlaw.com
- **Roger Lee Bates**
  rbates@handarendall.com lcummings@handarendall.com
- **Jere L. Beasley**
  libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com
- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com
- **Sam Berry Blair, Jr**
  sblair@bakerdonelson.com
- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com
- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com

- **Chad W. Bryan**
  cwb@chlaw.com melissa@chlaw.com;roxie@chlaw.com
- **Philip Henry Butler**
  pbutler@bradleyarant.com scarmichael@bradleyarant.com
- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com
- **Steven F. Casey**
  scasey@balch.com
- **Tiffany Cheung**
  tcheung@mofo.com
- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com
- **Eric Paul Christofferson**
  echristofferson@ropesgray.com
- **Lawrence B. Clark**
  lawrence.clark@arlaw.com eve.matthews@arlaw.com
- **Barak Cohen**
  bcohen@kirkland.com
- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com
- **Betsy P. Collins**
  bcollins@alston.com beth.williams@alston.com
- **Julia Boaz Cooper**
  jbcooper@bradleyarant.com
- **Richard Melvyn Cooper**
  rcooper@wc.com
- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com
- **Wayne Alan Cross**
  wcross@whitecase.com
- **Kelly Jeanne Davidson**
  kjdavidson@ober.com
- **William Asher Davis**
  wadavis@mintz.com krrichardson@mintz.com
- **Merle Miller DeLancey, Jr**
  delanceym@dsmo.com
- **Steven Samuel Diamond**
  steven.diamond@aporter.com
- **Michael P. Doss**
  mdoss@sidley.com
- **Ronald G. Dove, Jr**
  rdove@cov.com
- **Rebecca Lynne Dubin**
  rebecca.dubin@aporter.com

- **Robert D. Eckinger**
  robert.eckinger@arlaw.com
- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com
- **David Douglas Fauvre**
  david.fauvre@aporter.com
- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com
- **Michael Sean Flynn**
  michael.flynn@dpw.com
- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com
- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com
- **John Michael Gallagher**
  mgallagher@whitecase.com
- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com
- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com
- **Mark D. Godler**
  mgodler@kayescholer.com ncohen@kayescholer.com
- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com
- **Kimberley Denise Harris**
  kim.harris@dpw.com
- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com
- **Frederick Geroge Herold**
  frederick.herold@dechert.com
- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com
- **Geoffrey D. Hobart**
  ghobart@cov.com
- **S. Craig Holden**
  scholden@ober.com
- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com
- **Francis Inge Johnstone**
  ijohnsto@balch.com
- **Donald R. Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Anthony Aaron Joseph**
  aaj@jbpp.com

- **Troy Robin King**
  mmaynard@ago.state.al.us smclure@ago.state.al.us
- **Michael Lee Koon**
  mkoon@shb.com
- **Katy Ellen Koski**
  kekoski@sherin.com
- **Joseph William Letzer**
  jletzer@burr.com
- **Robert S, Litt**
  robert_litt@aporter.com
- **Gary M. London**
  glondon@burr.com tmoore@burr.com
- **David Wayne Long-Daniels**
  long-danielsd@gtlaw.com spitzere@gtlaw.com
- **Warren Carroll Matthews**
  wmatthew@burr.com
- **Joseph George Matye**
  jmatye@shb.com
- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com
- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com
- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;roxie@chlaw.com
- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com
- **Derrick A. Mills**
  dmills@lfwlaw.com
- **Saul P. Morgenstern**
  smorgenstern@kayescholer.com jfrelpearson@kayescholer.com
- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com
- **Robert F. Northcutt**
  rfn@chlaw.com
- **Tabor Robert Novak, Jr**
  tnovak@ball-ball.com
- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com
- **Caine O'Rear, III**
  corear@handarendall.com
- **George Robert Parker**
  gparker@bradleyarant.com rpatterson@bradleyarant.com
- **Jane W. Parver**
  mferrandino@kayescholer.com maomdal@kayescholer.com
- **Laura Howard Peck**
  lhp@starneslaw.com

- **Carlos Manuel Pelayo**
  carlos.pelayo@dpw.com
- **Nancy L. Perkins**
  nancy.perkins@aporter.com
- **Anthony C. Porcelli**
  aporcelli@jenner.com
- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com
- **Leah Poynter**
  lpoynter@alston.com
- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com
- **Carlos Enrique Provencio**
  cprovencio@shb.com
- **Richard D. Raskin**
  rraskin@sidley.com
- **Archibald Theodore Reeves, IV**
  areeves@mcdowellknight.com
  afarnell@mcdowellknight.com;snorman@mcdowellknight.com;jgilmore@mcdowellknig
  ht.com
- **Robert Philip Reznick**
  reznick@hugheshubbard.com
- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com
- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com
- **Bruce F. Rogers**
  brogers@bmrslaw.com
- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com
- **Andrew David Schau**
  adschau@pbwt.com
- **Lori A. Schechter**
  lschechter@mofo.com
- **Alexandra T. Schimmer**
  atschimmer@vssp.com
- **John D. Shakow**
  jshakow@kslaw.com
- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com
- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com snorman@mcdowellknight.com
- **John B. Starnes**
  jstarnes@bakerdonelson.com
- **William Stancil Starnes**
  wss@starneslaw.com

- **Robert R. Stauffer**
  rstauffer@jenner.com
- **Gilbert Calvin Steindorff, IV**
  bert.steindorff@arlaw.com
- **Scott Alan Stempel**
  sstempel@morganlewis.com
- **Jonathan Louis Stern**
  jonathan.stern@aporter.com
- **Sharon Donaldson Stuart**
  sds@csattorneys.com
- **Kevin Richard Sullivan**
  krsullivan@kslaw.com
- **E. Abim Thomas**
  abim.thomas@ropesgray.com
- **C. Clay Torbert, III**
  cct@chlaw.com lucy@chlaw.com;roxie@chlaw.com
- **John Michael Townsend**
  townsend@hugheshubbard.com
- **Edwin John U**
  eu@kirkland.com
- **George Walton Walker, III**
  walker@copelandfranco.com michaud@copelandfranco.com
- **Karen Natalie Walker**
  kwalker@kirkland.com
- **Jason Drew Wallach**
  wallachj@dsmo.com
- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com;donna@chlaw.com
- **Jason Robert Watkins**
  jrw@helmsinglaw.com
  klk@helmsinglaw.com;bxa@helmsinglaw.com;ktm@helmsinglaw.com
- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com
- **D. Scott Wise**
  d.wise@dpw.com
- **Joseph Harrison Young**
  jhyoung@hhlaw.com

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the document by electronic mail upon the following non-CM/ECF participants for each of the remaining parties on the same date:

**J. Steven Baughman**
steven.baugham@ropesgray.com

**David J. Burman**
dburman@perkinscoie.com

**Toni-Ann Citera**
Tcitera@jonesday.com

**Courtney A. Clark**
caclark@sherin.com

**Jonathan D. Cohen**
cohenj@gtlaw.com

**Paul T. Coval**
pjcoval@vssp.com

**James R. Daly**
jrdaly@jonesday.com

**John C. Dodds**
jdodds@morganlewis.com

**Paul F. Doyle**
pdoyle@kelleydrye.com

**Paul K. Dueffert**
pdueffert@wc.com

**Steven M. Edwards**
smedwards@hhlaw.com

**Douglas B. Farquhar**
dbf@hpm.com

**John R. Fleder**
jrf@hpm.com

**Gary R. Greenberg**
greenbergg@gtlaw.com

**Elizabeth I. Hack**
ehack@sonnenschein.com

**James V. Hayes**
jhayes@wc.com

**Nicola Heskett**
nheskett@shb.com

**Andrew L. Hurst**
ahurst@reedsmith.com

**Brian Ledahl**
bledahl@irell.com

**Thomas H. Lee, II**
Thomas.lee@dechert.com

**Mark H. Lynch**
mlynch@cov.com

**James W. Matthews**
jwmatthews@sherin.com

**Christopher May**
Christopher.may@ropesgray.com

**Jessica L. Medina**
Jessica.medina@aporter.com

**Neil Merkl**
nmerkl@kelleydrye.com

**J. Ryan Mitchell**
jrmitchell@jonesday.com

**John T. Montgomery**
john.montgomery@ropesgray.com

**Robert J. Muldoon, Jr**
rjmuldoon@sherin.com

**William D. Nussbaum**
wdnussbaum@hhlaw.com

**Kathleen M. O'Sullivan**
kosullivan@perkinscoie.com

**Christopher Palermo**
cpalermo@kelleydrye.com

**Gregory M. Petouvis**
gmpetouvis@hhlaw.com

**Zoe Philippides**
zphillippides@perkinscoie.com

**Brian Rafferty**
rafferty@dsswlaw.com

**Jonathan T. Rees**
jtrees@hhlaw.com

**Daniel E. Reidy**
dereidy@jonesday.com

**Joel E. Richardson**
joel.richardson@aporter.com

**Michael J. Rinaldi**
Michael.rinaldi@aporter.com

**Thomas J. Roberts**
troberts@wc.com

**Louis J. Scerra, Jr**
scerral@gtlaw.com

**Michael T. Scott**
mscott@reedsmith.com

**Mark D. Seltzer**
mark.seltzer@hklaw.com

**T. Reed Stephens**
rstephens@sonnenschein.com

**Lyndon M. Tretter**
lmtretter@hhlaw.com

**Steven M. Umin**
sumin@wc.com

**James M. Vant**
vantj@gtlaw.com

**Peter J. Venaglia**
venaglia@dsswlaw.com

**Bruce Wessel**
Bwessel@irell.com

**Brendan Woodard**
bwoodard@whitecase.com

s/ George W. Walker, III
Of Counsel