# United States District Court

## Central District of California

CERTIFICATE OF
GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Bruce A. Wessel, Bar No. 116734

was duly admitted to practice in this Court on December 10, 1984
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on July 29, 2005
DATE

SHERRI R. CARTER, CLERK

By
Marlene Ramirez, Deputy Clerk

1152

# United States District Court

## Central District of California

CERTIFICATE OF GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Brian D. Ledahl, Bar No. 186579

was duly admitted to practice in this Court on December 10, 1996
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on July 29, 2005
*DATE*

SHERRI R. CARTER, CLERK

By
Marlene Ramirez, Deputy Clerk

1152