IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, in its capacity as sovereign and on behalf of the Alabama Medicaid Agency, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv647-T |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 134) is granted and counsel is allowed until August 22, 2005, to file her pro hac vice application.

DONE, this the 5th day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE