RECEIVED
2005 AUG -4 P 3:51

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**STATE OF ALABAMA,**
**Plaintiff,**

v.

**ABBOTT LABORATORIES, INC., *et al.*,**
**Defendants.**

**Civil Action No.: 2:05-cv-647-~~M~~ T**

# MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned, Philip H. Butler, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendants Agouron Pharmaceuticals, Inc., G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, and respectfully moves for admission *pro hac vice* attorneys Kimberly K. Heuer, John C. Dodds and Scott Stempel of the firm of Morgan, Lewis & Bockius, LLP, as additional counsel for the above-referenced Defendants. In support of this Motion, Certificates of Good Standing are attached for each attorney,

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorneys Kimberly K. Heuer, John C. Dodds and Scott Stempel of the firm of Morgan, Lewis & Bockius, LLP *pro hac vice* as additional counsel for

Defendants Agouron Pharmaceuticals, Inc., G.D. Searle, L.L.C., Pfizer Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company.

Respectfully submitted this 4th day of August, 2005.

Respectfully submitted,

Philip H. Butler

Philip H. Butler (BUTL1716)
George R. Parker (PARG2248)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Fax: (334) 956-7701
E-mail: pbutler@bradleyarant.com

<u>OF COUNSEL</u>
(*pro hac vice* admission in process):

John C. Dodds
Kimberly K. Heuer
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739.3000
Facsimile: (202) 739.3001

*Counsel for Defendants:*
*Agouron Pharmaceuticals, Inc.*
*G.D. Searle, L.L.C.*
*Pfizer Inc.*
*Pharmacia Corporation*
*Pharmacia & Upjohn Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2005, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Harold Anderson
janderson@beersanderson.com

Justin Sanjeeue Antonipillai
Justin.antonipillai@aporter.com

Joseph P. H. Babington
jpb@helmsinglaw.com

Steven Francis Barley
sfbarley@hhlaw.com

Roger L. Bates
rbates@handarendall.com

Jere L. Beasley
jere.beasley@beasleyallen.com

Windy Cockrell Bitzer
wbitzer@handarendall.com

Lisa Wright Borden
lborden@bakerdonelson.com

Robert C. (Mike) Brock
rcb@rsjg.com

Chad W. Bryan
cwb@chlaw.com

Clinton Chadwell Carter
clint.carter@beasleyallen.com

Steven F. Casey
scasey@balch.com

TiffanyCheung
tcheung@mofo.com

Thomas William Christian
twchristian@csattorneys.com

Eric Paul Christofferson
echristofferson@ropesgray.com

Lawrence B. Clark
lawrence.clark@arlaw.com

Barak Cohen
bcohen@kirkland.com

William D. Coleman
wdc@chlaw.com

Betsy P. Collins
bcollins@alston.com

Julia B. Cooper
jcooper@bradleyarant.com

Richard Melvyn Cooper
rcooper@wc.com

Lee Hall Copeland
copeland@copelandfranco.com

Wayne Alan Cross
wcross@whitecase.com

Kelly Jeanne Davidson
kjdavidson@ober.com

William Asher Davis
wadavis@mintz.com

Merle Miller DeLancey, Jr.
delanceym@dsmo.com

Steven Samuel Diamond
steven.diamond@aporter.com

Michael P. Doss
mdoss@sidley.com

Ronald G. Dove, Jr.
rdove@cov.com

Rebecca Lynne Dubin
rebecca.dubin@aporter.com

Robert D. Eckinger
robert.eckinger@arlaw.com

Joseph C. Espy, III
jespy@mewlegal.com

David Douglas Fauvre
David.fauvre@porter.com

Patrick Conor Finnegan
pcf@helmsinglaw.com

Michael Sean Flynn
michael.flynn@dpw.com

Alvin Latham (Peck) Fox, Jr.
pfox@mcg-mont.com

Robert Bruce Funkhouser
funkhous@hugheshubbard.com

John Michael Gallagher
mgallagher@whitecase.com

Charles Nelson Gill
ngill@copelandfranco.com

Richard Hamilton Gill
gill@copelandfranco.com

Mark D. Godler
mgodler@kayescholer.com

William Huger Hardie, Jr.
whh@johnstoneadams.com

Kimberly Denise Harris
Kim.harris@dpw.com

Fred M. (Tripp) Haston, III
thaston@bradleyarant.com

John Alec Henig, Jr.
henig@copelandfranco.com

Frederick Geroge Herold
frederick.herold@dechert.com

Kimberly Kaye Heuer
kheuer@morganlewis.com

Geoffrey D. Hobert
ghobart@cov.com

S. Craig Holden
scholden@ober.com

Robert A. Huffaker
rah@rsjg.com

Francis Inge Johnstone
ijohnsto@balch.com

Donald R. Jones, Jr.
don@djoneslaw.com

Anthony Aaron Joseph
aaj@jbpp.com

Troy Robin King
mmaynard@ago.state.al.us

Michael Lee Koon
mkoon@shb.com

Katy Ellen Koski
kekoski@sherin.com

Joseph William Letzer
jletzer@burr.com

Robert S. Litt
robert_litt@aporter.com

Gary M. London
glondon@burr.com

David Wayne Long-Daniels
long-danielsd@gtlaw.com

Warren Carroll Matthews
wmatthew@burr.com

Joseph George Matye
jmatye@shb.com

Julian Rushton McClees
rmcclees@sirote.com

Walter Joseph McCorkle, Jr.
jmccorkl@balch.com

James H. McLemore
jhm@chlaw.com

Wilson Daniel Miles, III
dee.miles@beasleyallen.com

Derrick A. Mills
dmills@lfwlaw.com

Saul P. Morgenstern
smorgenstern@kayescholer.com

F. Chadwick Morriss
fcm@rsjg.com

Robert F. Northcutt
rfn@chlaw.com

Tabor Robert Novak, Jr.
tnovak@ball-ball.com

Brien T. O'Connor
brien.o'connor@ropesgray.com

Caine O'Rear, III
corear@handarendall.com

George Robert Parker
gparker@bradleyarant.com

Jane W. Parver
mferrandino@kayescholer.com

Laura Howard Peck
lhp@starneslaw.com

Carlos Manuel Pelayo
carlos.pelayo@dpw.com

Nancy L. Perkins
nancy.perkins@aporter.com

Anthony C. Porcelli
aporcelli@jenner.com

Harlan Irby Prater, IV
hprater@lfwlaw.com

Carlos Enrique Provencio
cprovencio@shb.com

Richard D. Raskin
rraskin@sidley.com

Archibald Theodore Reeves, IV
areeves@mcdowellknight.com

Robert Philip Reznick
reznick@hugheshubbard.com,

Sandra Grisham Robinson
sgr@cabaniss.com

Graciela Maria Rodriguez
gmrodriguez@kslaw.com

Bruce F. Rogers
brogers@bmrslaw.com

Stephen Jackson Rowe
srowe@lfwlaw.com

Andrew D. Schau
adschau@pbwt.com

Lori A. Schechter
lschechter@mofo.com

Alexandra T. Schimmer
atschimmer@vssp.com

John D. Shakow
jshakow@kslaw.com

Richard L. Sharff, Jr.
rsharff@bradleyarant.com

Edward Sledge Sledge, III
esledge@mcdowellknight.com

John B. Starnes
jstarnes@bakerdonelson.com

William Stancil Starnes
wss@starneslaw.com

Robert R. Stauffer
rstauffer@jenner.com

Gilbert Calvin Steindorff, IV
bert.steindorff@arlaw.com

Scott A. Stempel
stempel@morganlewis.com

Jonathan Louis Stern
Jonathan.stern@aporter.com

Sharon Donaldson Stuart
sds@csattorneys.com

Kevin R. Sullivan
krsullivan@kslaw.com

E. Abim Thomas
abim.thomas@ropesgray.com

C. Clay Torbert, III
cct@chlaw.com

John Michael Townsend
townsend@hugheshubbard.com

George Walton Walker, III
walker@copelandfranco.com

Karen Natalie Walker
kwalker@kirkland.com

Jason Drew Wallach
wallachj@dsmo.com

James N. Walter, Jr.
jnw@chlaw.com

Jason Robert Watkins
jrw@helmsinglaw.com

Jarrod J. White
jjw@cabanissmobile.com

D. Scott Wise
d.wise@dpw.com

Joseph H. Young
jhyoung@hhlaw.com

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the Motion for Admission *Pro Hac Vice* by electronic mail upon counsel for each of the remaining parties listed below on the same date.

J. Steven Baughman
Ropes & Gray LLP
One Metro Center
700--12th Street, NW, Suite 900
Washington, DC 20005

Sam Blair
Baker Donelson Bearman Caldwell &
Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103

David J. Burman
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Toni-Ann Citera
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Courtney A. Clark
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Jonathan D. Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Paul T. Coval
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John C. Dodds
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Paul F. Doyle
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Paul K. Dueffert
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Steven M. Edwards
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Douglas B. Farquhar
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

John R. Fleder
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

Gary R. Greenberg
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

James V. Hayes
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Nicola Heskett
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Andrew L. Hurst
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Edwin John U
Kirkland & Ellis
655 - 15th Street, N.W.
Suite 1200
Washington, DC 20005

Brian Ledahl
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Thomas H. Lee, II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mark H. Lynch
Covington & Burling
1201 Pennsylvania Avenue NW
Washington, DC 20004

James W. Matthews
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

Christopher May
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

Jessica L. Medina
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

John T. Montgomery
Ropes & Gray LLP
One International Place
Boston, MA 02110

Robert J. Muldoon , Jr
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

William D. Nussbaum
Hogan and Hartson, LLP
555 13th Street, NW
Washing ton, DC 20004

Kathleen M. O'Sullivan
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Christopher Palermo
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Gregory M. Petouvis
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Zoe Philippides
Perkins Coie
1201 Third Avenue
48th Floor
Seattle, WA 98101-3099

Brian Rafferty
Dornbush Schaeffer Strongin
& Weinstein, LLP
747 Third Avenue
New York, NY 10017

Jonathan T. Rees
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

Daniel E. Reidy
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Joel E. Richardson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Michael J. Rinaldi
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Thomas J. Roberts
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Louis J. Scerra , Jr
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Michael T. Scott
Reed Smith LLP
Suite 1100 -- East Tower
1301 K Street NW
Washington, DC 20005

Mark D. Seltzer
Holland & Knight
10 St. James Avenue
Boston, MA 02116

T. Reed Stephens
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

Lyndon M. Tretter
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Steven M. Umin
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

James M. Vant
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110

Peter J. Venaglia
Dornbush Schaeffer Strongin
& Weinstein, LLP
747 Third Avenue
New York, NY 10017

Bruce Wessel
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Brendan Woodard
White & Case
1155 Avenue of the Americas
New York, NY 10036

Philip H. Butler

OF COUNSEL

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Kimberly K. Heuer , Bar # 89617, was duly admitted to practice in said Court on April 4, 2003, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on July 26, 2005.

MICHAEL E. KUNZ
Clerk of Court

BY ______________________
Aida Ayala, Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That John C. Dodds , Bar # 44423, was duly admitted to practice in said Court on December 12, 1985, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on July 26, 2005.

MICHAEL E. KUNZ
Clerk of Court

BY Aida Ayala
Aida Ayala, Deputy Clerk

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that SCOTT ALAN STEMPEL, was on the 22nd day of April , 1983, duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing. I further certify that no grievances have been filed, in this Court, against this attorney since the date of admission.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 2 day of August, 2005.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Willa M. Williams
Willa M. Williams
Deputy Clerk