# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that JOEL E. RICHARDSON, ESQUIRE, BAR NUMBER 27767, was duly admitted to practice in the United States District Court for the District of Maryland on April 22, 2005, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Date: July 28, 2005

Tina Stavrou - Deputy Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Virginia

**CERTIFICATE OF GOOD STANDING**

*I,* Elizabeth H. Paret *, Clerk of this Court,*

*certify that* Jessica Lynne Medina *, Bar #* 68440 *,*

*was duly admitted to practice in this Court on*

November 19, 2004 *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* Alexandria, VA *on* August 1, 2005 .
*LOCATION* *DATE*

Elizabeth H. Paret
*CLERK*

*DEPUTY CLERK*