**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **CV-05-647** |
| | ) | |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO ADMIT ATTORNEYS *PRO HAC VICE***

COMES NOW the undersigned, Gilbert C. Steindorff, IV, a member in good standing of the Alabama State Bar, admitted to practice before the United States District Court for the Middle District of Alabama, and an attorney of record for Defendants ETHEX Corporation and KV Pharmaceutical Company, and hereby moves this Court to admit *pro hac vice* the following attorney as additional counsel for Defendants ETHEX Corporation and KV Pharmaceutical Company:

1. EMILY N. GLATFELTER, of Arnold & Porter LLP (Washington, DC), admitted and in good standing to practice before the United States District Court for the District of Maryland.

In support of this motion, a Certificate of Good Standing for the aforementioned counsel is attached.

With the filing of this motion, the undersigned submits a check in the amount of $20.00, required by Local Rule 83.1(b) as established by this Court.

WHEREFORE, the undersigned requests that this Court grant the foregoing Motion and admit attorney EMILY N. GLATFELTER *pro hac vice* as additional counsel for Defendants ETHEX Corporation and KV Pharmaceutical Company.

/s/ Gilbert C. Steindorff, IV
Gilbert C. Steindorff, IV
ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

*One of the lawyers for Defendants ETHEX Corporation and KV Pharmaceutical Company*

OF COUNSEL:
Lawrence B. Clark
Robert D. Eckinger
Gilbert C. Steindorff, IV
ADAMS AND REESE / LANGE SIMPSON LLP
2100 3rd Ave. N. Suite 1100
Birmingham, AL 35203
205.250.5000
205.250.5034 (fax)

Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai
Emily N. Glatfelter (admission *pro hac vice* pending)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Phone: (202) 942-5000
Fax: (202) 942-5999

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 8th day of August, 2005, filed the foregoing via the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Gilbert C. Steindorff, IV
OF COUNSEL