United States District Court For The District Of Maryland

# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

**I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,**

**DO HEREBY CERTIFY that EMILY N. GLATFELTER, ESQUIRE, BAR NUMBER 16465, was duly admitted to practice in the United States District Court for the District of Maryland on MAY 2, 2005, and is currently in good standing as a member of the bar of this Court.**

**Dated at Greenbelt, Maryland**

**FELICIA C. CANNON**
**Clerk**

**Date: AUGUST 1, 2005**

Catherine M.N. Scaffidi

**Catherine Scaffidi- Deputy Clerk**