**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:05-cv-647-T** |
| **ABBOTT LABORATORIES, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW Lee H. Copeland, counsel for Defendant MedImmune, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Steve Umin of the firm of Williams & Connolly, LLP, Washington, D.C., to appear *pro hac vice* in this action for the purpose of representing MedImmune, Inc. The applicant is admitted to practice before the United States District Court for the District of Columbia, which is the district in which each applicant resides or regularly practices law. A Certificate of Good Standing for the applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 10th day of August, 2005.

s/Lee H. Copeland
Lee H. Copeland (COP004)
Copeland, Franco, Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL 6101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172

Counsel for Defendant
MedImmune, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com
- **Justin Sanjeeve Antonipillai**
  justin.antonipillai@aporter.com
- **Joseph P. H. Babington**
  jpb@helmsinglaw.com cer@helmsinglaw.com
- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com
- **Steven Francis Barley**
  sfbarley@hhlaw.com
- **Roger Lee Bates**
  rbates@handarendall.com lcummings@handarendall.com
- **Jere L. Beasley**
  libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com
- **Windy Cockrell Bitzer**
  wbitzer@handarendall.com drobinson@handarendall.com
- **Sam Berry Blair, Jr**
  sblair@bakerdonelson.com
- **Lisa Wright Borden**
  lborden@bakerdonelson.com cblack@bakerdonelson.com
- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com
- **Chad W. Bryan**
  cwb@chlaw.com melissa@chlaw.com;roxie@chlaw.com

- **David John Burman**
  dburman@perkinscoie.com lmrogen@perkinscoie.com
- **Philip Henry Butler**
  pbutler@bradleyarant.com scarmichael@bradleyarant.com
- **Clinton Chadwell Carter**
  clint.carter@beasleyallen.com
  michelle.lysdale@beasleyallen.com;greta.beasley@beasleyallen.com
- **Steven F. Casey**
  scasey@balch.com
- **Tiffany Cheung**
  tcheung@mofo.com rwight@mofo.com
- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com
- **Eric Paul Christofferson**
  echristofferson@ropesgray.com
- **Courtney A. Clark**
  caclark@sherin.com
- **Lawrence B. Clark**
  lawrence.clark@arlaw.com eve.matthews@arlaw.com
- **Barak Cohen**
  bcohen@kirkland.com
- **Jonathan D. Cohen**
  cohenjo@gtlaw.com
- **William D. Coleman**
  wdc@chlaw.com patty@chlaw.com;roxie@chlaw.com
- **Betsy P. Collins**
  bcollins@alston.com beth.williams@alston.com
- **Julia Boaz Cooper**
  jbcooper@bradleyarant.com
- **Richard Melvyn Cooper**
  rcooper@wc.com
- **Lee Hall Copeland**
  copeland@copelandfranco.com moseley@copelandfranco.com
- **Wayne Alan Cross**
  wcross@whitecase.com
- **Kelly Jeanne Davidson**
  kjdavidson@ober.com
- **William Asher Davis**
  wadavis@mintz.com
- **Merle Miller DeLancey, Jr**
  delanceym@dsmo.com
- **Steven Samuel Diamond**
  steven.diamond@aporter.com
- **John Charles Dodds**
  jdodds@morganlewis.com

- **Michael P. Doss**
  mdoss@sidley.com
- **Ronald G. Dove, Jr**
  rdove@cov.com
- **Rebecca Lynne Dubin**
  rebecca.dubin@aporter.com
- **Robert D. Eckinger**
  robert.eckinger@arlaw.com
- **Joseph C. Espy, III**
  jespy@mewlegal.com clucas@mewlegal.com
- **David Douglas Fauvre**
  david.fauvre@aporter.com
- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com
- **John Robert Fleder**
  jrf@hpm.com
- **Michael Sean Flynn**
  michael.flynn@dpw.com
- **Alvin Latham (Peck) Fox, Jr**
  pfox@mcg-mont.com
- **Robert Bruce Funkhouser**
  funkhous@hugheshubbard.com
- **John Michael Gallagher**
  mgallagher@whitecase.com
- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com
- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com
- **Emily Noel Glatfelter**
  emily.glatfelter@aporter.com
- **Mark D. Godler**
  mgodler@kayescholer.com ncohen@kayescholer.com
- **Gary R. Greenberg**
  greenbergg@gtlaw.com
- **William Huger Hardie, Jr**
  whh@johnstoneadams.com service@johnstoneadams.com
- **Kimberley Denise Harris**
  kim.harris@dpw.com
- **Fred M. (Tripp) Haston, III**
  thaston@bradleyarant.com lhawkins@bradleyarant.com
- **Christopher Fred Heinss**
  cheinss@balch.com tmartin@balch.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com
- **Frederick Geroge Herold**
  frederick.herold@dechert.com

- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com
- **Geoffrey D. Hobart**
  ghobart@cov.com
- **S. Craig Holden**
  scholden@ober.com
- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com
- **Andrew Lawrence Hurst**
  ahurst@reedsmith.com
- **Francis Inge Johnstone**
  ijohnsto@balch.com
- **Donald R. Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Anthony Aaron Joseph**
  aaj@jbpp.com
- **Troy Robin King**
  mmaynard@ago.state.al.us smclure@ago.state.al.us
- **Michael Lee Koon**
  mkoon@shb.com
- **Katy Ellen Koski**
  kekoski@sherin.com
- **Joseph William Letzer**
  jletzer@burr.com
- **Jason R. Litow**
  jlitow@cov.com
- **Robert S, Litt**
  robert_litt@aporter.com
- **Gary M. London**
  glondon@burr.com tmoore@burr.com
- **David Wayne Long-Daniels**
  long-danielsd@gtlaw.com spitzere@gtlaw.com
- **Mark H. Lynch**
  mlynch@cov.com
- **Warren Carroll Matthews**
  wmatthew@burr.com
- **Joseph George Matye**
  jmatye@shb.com
- **Julian Rushton McClees**
  rmcclees@sirote.com jboyd@sirote.com
- **Walter Joseph McCorkle, Jr**
  jmccorkl@balch.com pkervin@balch.com
- **James H. McLemore**
  jhm@chlaw.com treasure@chlaw.com;roxie@chlaw.com
- **Jessica Lynne Medina**
  jessica_medina@aporter.com

- **Wilson Daniel Miles, III**
  dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com
- **Derrick A. Mills**
  dmills@lfwlaw.com
- **Saul P. Morgenstern**
  smorgenstern@kayescholer.com jfrei@kayescholer.com
- **F. Chadwick Morriss**
  fcm@rsjg.com jt@rsjg.com;tb@rsjg.com
- **Robert J. Muldoon, Jr**
  rjmuldoon@sherin.com
- **Robert F. Northcutt**
  rfn@chlaw.com
- **Tabor Robert Novak, Jr**
  tnovak@ball-ball.com
- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com
- **Caine O'Rear, III**
  corear@handarendall.com
- **Kathleen Murray O'Sullivan**
  kosullivan@perkinscoie.com lnelson@perkinscoie.com
- **Christopher Palermo**
  cpalermo@kelleydrye.com
- **George Robert Parker**
  gparker@bradleyarant.com rpatterson@bradleyarant.com
- **Jane W. Parver**
  mferrandino@kayescholer.com maomdal@kayescholer.com
- **Laura Howard Peck**
  lhp@starneslaw.com
- **Carlos Manuel Pelayo**
  carlos.pelayo@dpw.com
- **Nancy L. Perkins**
  nancy.perkins@aporter.com
- **Zoe Philippides**
  zphilippides@perkinscoie.com
- **Anthony C. Porcelli**
  aporcelli@jenner.com
- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com
- **Leah Poynter**
  lpoynter@alston.com
- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com
- **Carlos Enrique Provencio**
  cprovencio@shb.com
- **Richard D. Raskin**
  rraskin@sidley.com

- **Archibald Theodore Reeves, IV**
  areeves@mcdowellknight.com
  afarnell@mcdowellknight.com;snorman@mcdowellknight.com;jgilmore@mcdowellknig
  ht.com
- **Robert Philip Reznick**
  reznick@hugheshubbard.com
- **Joel Ernest Richardson**
  joel.richardson@aporter.com
- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com
- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com
- **Bruce F. Rogers**
  brogers@bmrslaw.com
- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com
- **Louis J. Scerra, Jr**
  scerral@gtlaw.com
- **Andrew David Schau**
  adschau@pbwt.com
- **Lori A. Schechter**
  lschechter@mofo.com
- **Alexandra T. Schimmer**
  atschimmer@vssp.com
- **Michael T. Scott**
  mscott@reedsmith.com ldonohoe@reedsmith.com
- **John D. Shakow**
  jshakow@kslaw.com
- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com
- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com snorman@mcdowellknight.com
- **John Barrett Starnes**
  jstarnes@bakerdonelson.com
- **William Stancil Starnes**
  wss@starneslaw.com
- **Robert R. Stauffer**
  rstauffer@jenner.com
- **Gilbert Calvin Steindorff, IV**
  bert.steindorff@arlaw.com
- **Scott Alan Stempel**
  sstempel@morganlewis.com
- **Jonathan Louis Stern**
  jonathan.stern@aporter.com
- **Sharon Donaldson Stuart**
  sds@csattorneys.com

- **Kevin Richard Sullivan**
  krsullivan@kslaw.com
- **E. Abim Thomas**
  abim.thomas@ropesgray.com
- **C. Clay Torbert, III**
  cct@chlaw.com lucy@chlaw.com;roxie@chlaw.com
- **John Michael Townsend**
  townsend@hugheshubbard.com
- **Edwin John U**
  eu@kirkland.com
- **James M. Vant**
  vantj@gtlaw.com
- **George Walton Walker, III**
  walker@copelandfranco.com michaud@copelandfranco.com
- **Karen Natalie Walker**
  kwalker@kirkland.com
- **Jason Drew Wallach**
  wallachj@dsmo.com
- **James N. Walter, Jr**
  jnw@chlaw.com anne@chlaw.com;roxie@chlaw.com;donna@chlaw.com
- **Jason Robert Watkins**
  jrw@helmsinglaw.com
  klk@helmsinglaw.com;bxa@helmsinglaw.com;ktm@helmsinglaw.com
- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com
- **D. Scott Wise**
  d.wise@dpw.com
- **Joseph Harrison Young**
  jhyoung@hhlaw.com

I further certify that, in accordance with an agreement among defense counsel, I have served a copy of the document by electronic mail upon the following non-CM/ECF participants for each of the remaining parties on the same date:

**J. Steven Baughman**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Toni-Ann Citera**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Paul T. Coval**
Vorys, Sater, Seymour & Pease
P. O. Box 1008
Columbus, OH 43216-1008

**James R. Daly**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Paul F. Doyle**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**Paul K. Dueffert**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Douglas B. Farquhar**
Hyman Phelps & McNamara PC
700 Thirteenth Street NW
Suite 1200
Washington, DC 20005

**Sarah Anne Franklin**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**Elizabeth I. Hack**
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

**James V. Hayes**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Nicola Heskett**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Brian Ledahl**
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**Thomas H. Lee, II**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**James W. Matthews**
Sherin & Lodgen LLP
101 Federal Street
Boston, MA 02110

**Christopher May**
Ropes & Gray LLP
One Metro Center
700--12th Street, NW
Suite 900
Washington, DC 20005

**Neil Merkl**
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

**J. Ryan Mitchell**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**John T. Montgomery**
Ropes & Gray LLP
One International Place
Boston, MA 02110

**William D. Nussbaum**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Mona M. Patel**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**Gregory M. Petouvis**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Brian Rafferty**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Jonathan T. Rees**
Hogan and Hartson, LLP
555 13th Street, NW
Washington, DC 20004

**Daniel E. Reidy**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

**Thomas J. Roberts**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Mark D. Seltzer**
Holland & Knight
10 St. James Avenue
Boston, MA 02116

**T. Reed Stephens**
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 1600 East Tower
Washington, DC 20005

**Thomas J. Sweeney, III**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**Steven M. Umin**
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

**Peter J. Venaglia**
Dornbush Schaeffer Strongin & Weinstein, LLP
747 Third Avenue
New York, NY 10017

**Valerie M, Wagner**
Dechert LLP
1117 California Avenue
Palo Alto, CA 94304

**Bruce Wessel**
Irell & Mandella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

**Brendan Woodard**
White & Case
1155 Avenue of the Americas
New York, NY 10036

s/Lee H. Copeland
Of Counsel

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**STEVEN M. UMIN**

was, on the 20th day of January A.D. 1967 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 29th day of July, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: ______________________

**Deputy Clerk**