IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, in its capacity as sovereign and on behalf of the Alabama Medicaid Agency, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv647-T |
| ABBOTT LABORATORIES, INC., et al., | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 156) is granted.

DONE, this the 11th day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE