**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 12, 2005

# NOTICE OF DEFICIENCY

**To:** **Sandra Robinson**

**From:** **Clerk's Office**

**Case Style:** **State of Alabama vs. Abbott Laboratories, et al.**

**Case Number:** **2:05cv647**

**Referenced Pleading:** **Motion to Appear Pro Hac Vice**
**Document #110**

**The above referenced pleading was filed by electronic means on 7/28/05. There is a fee of $20.00 per attorney that must accompany this motion.** Please remit immediately.